# United States Court of Appeals
## *for the*
# Federal Circuit

### 2014-1842, -1843

JANSSEN PRODUCTS, L.P. AND JANSSEN SCIENCES IRELAND UC,

*Plaintiffs-Appellees,*

v.

LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC.,
MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,

*Defendants-Appellants.*

Appeals from the United States District Court for the District of New Jersey in No. 2:10-cv-05954-WHW-CLW, Senior Judge William H. Walls.

## DEFENDANTS-APPELLANTS' MOTION TO FILE SEPARATE BRIEFS

Deanne M. Mazzochi
William A. Rakoczy
Amy D. Brody
Tara M. Raghavan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*Attorneys for Defendants-Appellants*
*Lupin Limited, Lupin Pharmaceuticals,*
*Inc., Mylan Pharmaceuticals Inc. and*
*Mylan Inc.*

Dated: January 23, 2015

# INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 2 and Federal Circuit Rule 28(c), Defendants-Appellants Lupin Pharmaceuticals, Inc. and Lupin Limited (collectively, "Lupin") and Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan") each respectfully move this Court to allow the Lupin Appellants to file separate appellate briefing (principal and reply) from the Mylan Appellants, and vice versa.

This case involves the drug molecule colloquially called "darunavir." Before the district court, over nine patents were asserted; the majority involved claims to darunavir's molecule or associated treatment methods. (Raghavan Aff.[1] ¶¶ 3-7). The Lupin and Mylan defendants arguably had joint interests and defenses responding to such claims; but such common issues were resolved pre-trial.

Plaintiffs-Appellees Janssen Products, L.P. and Janssen Sciences Ireland UC ("Janssen") further asserted and dropped other patents or claims against Mylan or Lupin immediately prior to or during trial. By the trial's end, no longer were there any commonly-asserted patents against both Lupin and Mylan. The Janssen plaintiffs asserted against Lupin only claim 1 of U.S. Patent No. 7,126,015 ("the '015 patent"), and claim 4 of U.S. Patent No. 7,700,645 ("the '645 patent"). The Janssen plaintiffs asserted against Mylan only claim 13 of U.S. Patent No.

---

[1] "Raghavan Aff." refers to the Affidavit of Counsel Tara M. Raghavan for Defendants-Appellants' Motion for Separate Briefs, filed concurrently herewith.

1

7,772,411 ("the '411 patent"). Neither Lupin nor Mylan are in privity with one another when it comes to the accused products; each independently submitted an Abbreviated New Drug Application ("ANDA"), with different methods of manufacture and final products. Nor is any Lupin product or Mylan product in the chain of manufacture of the other.

The Defendants-Appellants' appeal of the district court's opinions will center on distinct patents and issues for distinct parties:

- For Lupin and the '015 patent, whether Lupin Ltd.'s ANDA product infringes under 35 U.S.C. § 271(g); and alleged obviousness or inoperability of a claim to a process for making "bis-THF" compounds under 35 U.S.C. §§ 103 and 112.

- For Lupin and the '645 patent, the alleged validity of a claim to a pharmaceutical composition containing a 1:1 ethanol solvate of darunavir under 35 U.S.C. §§ 103 and 112.

- For Mylan, the appeal issues involve claim construction, non-infringement, and the alleged novelty and non-obviousness of process steps used to prepare darunavir involving, *e.g.*, a "boc" protecting group and BNPC coupling reagent; whether the darunavir "salt" disclosures are enabled for the full scope of the claim; and remedy.

None of these three patents claim priority to the other; each patent has different specifications, priority dates, inventive entities; and prior art. (*Compare* Ex. 1, '015 patent at cover, *with* Ex. 2, '645 patent at cover, *and* Ex. 3, '411 patent at cover, attached hereto).

Lupin respectfully seeks to submit at most one 14,000 word principal brief and at most one 7,000 word reply brief, limited to the issues involved with the two

patents asserted against Lupin (the '015 and '645 patents). Mylan respectfully seeks to submit at most one 14,000 word principal brief and at most one 7,000 word reply brief limited to the issues relating to the one patent asserted against Mylan (the '411 patent).

Pursuant to Federal Circuit Rule 27(a)(5), Defendants-Appellants Lupin and Mylan have discussed this motion with Plaintiffs-Appellees Janssen, and Janssen's counsel has indicated that <u>Janssen opposes the present motion and plans to file a response</u>.

<u>**SUMMARY OF REASONS FOR THE REQUEST**</u>

This appeal represents an unusual circumstance involving co-defendants below where there are: (1) entirely different processes/products accused of infringing; (2) no party has the same patents, or patents within the same priority chain, asserted against it; and (3) the key appellate issues involving each party are likewise non-overlapping.

Of the patents asserted against Lupin, the '015 patent involves processes to prepare chemical intermediates colloquially called "bis-THF"; the '645 patent involves a 1:1 ethanol solvate crystal of darunavir and compositions containing same. The '411 patent asserted against Mylan involves process steps for manufacturing darunavir—which was a known compound. There is no benefit to one appellant's issues being resolved in a co-appellant's favor, *e.g.*, Mylan's

3

arguments on '411 patent invalidity provide no benefit to Lupin, because Janssen never asserted the '411 patent against Lupin; Lupin's arguments on the '645 and '015 patents do not benefit Mylan, because Janssen dismissed with prejudice any claim it had against Mylan under the '645 patent and never asserted the '015 patent against Mylan.

Thus, since the issues pertaining to each patent are discrete and not asserted uniformly against each Appellant, Lupin and Mylan request an Order permitting them to organize their briefs individually and separately.

As for brief length, ordinarily, Lupin and Mylan would have been represented by separate counsel below, and permitted to present separate briefs of 14,000 words each. *See, e.g.*, *Research Found. of State Univ. of N.Y. v. Mylan Pharm. Inc.*, 531 F. App'x 1008, 1009 (Fed. Cir. 2013) (Lupin and Mylan retained separate counsel). But, uniquely here, at the outset of the case nearly all patents asserted were commonly asserted against both Lupin and Mylan and involved invalidity challenges. At that time, Lupin and Mylan were fully aligned to challenge the bulk of patents asserted with common invalidity defenses such that it made sense to jointly retain counsel. By the time of trial, however, these circumstances changed; now, there are no patents commonly-asserted against Mylan and Lupin.

4

Consequently, the specifics of the patents and issues on appeal are distinct between Lupin and Mylan; the factual background, nature of the technology, scope and content of the prior art, and relevant issues to the two patents asserted against Lupin are distinct compared to the sole patent asserted against Mylan.

Avoiding duplicative briefing on common issues is why Federal Rule of Appellate Procedure 28(i) encourages parties to join briefs and adopt by reference another's brief. FED. R. APP. P. 28(i). Here, the opposite is true. There are no meaningful efficiencies or avoidance of repetition gained by presenting the Lupin and Mylan arguments in the same brief. If anything, it will actually be more confusing to jump between the three different patents, development timelines, alleged invention stories, and accused processes within the same brief.[2]

For the moment, Lupin and Mylan presently share the same counsel, but this exceptionally results in burdening both on appeal. Federal Circuit Rule 28 Practice Notes ("the Practice Notes") presently prohibit both Lupin and Mylan from fully and fairly presenting their separate appeal issues, on their different patents and different accused products and processes, because the Practice Notes state that when multiple parties are represented by the same counsel or counsel from the

---

[2] It is worth noting that due to the distinct and separate issues unique to Lupin and Mylan, respectively, U.S. District Court Judge Walls' opinion at issue on appeal stretched to 100 pages of analysis; nevertheless, the district court's trial opinion treated each infringement/validity issue as to Lupin and to Mylan separately within the opinion and the trial judgment separated all issues as to Lupin and Mylan.

same firm, "a combined brief must be filed on behalf of all the parties represented by that counsel or firm." FED. CIR. R. 28 (Practice Notes).

Were Lupin and Mylan represented by separate counsel even on appeal, Lupin and Mylan would each have the right to submit separate principal briefs of up to 14,000 words and separate reply briefs of up to 7,000 words. FED. R. APP. P. 32(a)(7)(B)(i)-(ii); *see also Metso Minerals, Inc. v. Powerscreen Int'l Distrib. Ltd.*, No. 2011-1572, 2012 U.S. App. LEXIS 9181, at *3-4 (Fed. Cir. May 3, 2012) (noting that related companies represented by the same counsel in the district court "will not be treated as a single party for briefing purposes" because on appeal, "Appellants are no longer all represented by the same firm"). However, Lupin and Mylan submit that one or the other should not be asked to go through the charade of retaining new counsel to include in the signature block merely to gain a separate appeal brief under the Practice Notes; this would elevate form over substance.

Alternatively, if separate briefs are not to be permitted at all, then Lupin and Mylan respectfully move for relief from the word limits pursuant to Federal Circuit Rule 28(c), so that Appellants can file a single principal brief of no more than 22,000 words and a single reply brief of no more than 11,000 words.

As a second alternative, if an expanded principal and reply brief of 22,000 and 11,000 words, respectively, is not permitted, Lupin and Mylan respectfully move this Court to at the very least allow each of these collective sets of

6

Appellants to file separate principal briefs on their discrete issues of 7,000 words and separate reply briefs on their discrete issues of 3,500 words.

## ARGUMENT

## I.    The Rule from which Lupin and Mylan seek relief.

Federal Rule of Appellate Procedure 32 governs the format and word count of briefs; Federal Circuit Rule 28 governs the contents.  Federal Circuit Rule 28(c) governs motions to file an extended brief, and recognizes that the Court disfavors such motions and will grant them "only for extraordinary reasons."  FED. CIR. R. 28(c).

Were Lupin and Mylan permitted to file their own separate briefs, for their separate cases, neither would seek to invoke Federal Circuit Rule 28(c).  However, Federal Circuit Rule 28 is accompanied by Practice Notes, which state that separate briefs should not be filed by multiple parties if they are represented by counsel from the same firm.  Thus, Lupin and Mylan must seek relief from either (a) the Practice Notes requiring a single combined brief; or (b) the word count limits of Federal Rule of Appellate Procedure 32(a)(7)(B).

Lupin and Mylan submit that extraordinary reasons justifying relief under Federal Circuit Rule 28(c) or from the Practice Notes' single-brief restriction exist here.

7

In a typical case with multiple parties before this Court, Federal Rule of Appellate Procedure and the Federal Circuit Practice Notes work well in conjunction, because multiple parties usually are represented by the same firm when: (a) on the patentee's side, one or more related corporate entities are involved in asserting the patents (*e.g.*, a patent owner and exclusive licensee); or (b) one or more corporate entities are related via the accused product (*e.g.*, a manufacturer and distributor; a subsidiary and corporate parent; an accused direct infringer and alleged inducer). In either scenario, joint interests presumptively are fully aligned whether the same counsel is representing the multiple parties in asserting or challenging patents.

Like this Court, other circuits have similarly adopted practices precluding multiple parties from filing separate briefs when parties have their interests aligned. *See, e.g.*, 7TH CIR. R., OPERATING PROCEDURE 8 (Dec. 1, 2009)[3]; *U.S. v. Torres*, 170 F.3d 749, 750 (7th Cir. 1999) (allowing parties with identical interests to file a single brief of 14000 words, and "counsel to file a joint brief presenting common issues, with each defendant retaining the right to file a separate brief presenting issues that affect only [that defendant]")); 11TH CIR. R. 28, INTERNAL OPERATING PROCEDURE 2 (Dec. 2013) ("Unless otherwise directed by the court, an

---

[3] "When multiple appellants have the same or a closely related interest in the appeal, the senior staff attorney ordinarily will provide for the filing of a joint opening brief, with provision in appropriate cases for separate individual briefs to present points that do not concern all appellants."

attorney representing more than one party . . . may only file one principal brief (and one reply brief, if authorized), which will include argument as to all of the parties represented by that attorney in that appeal . . . .").

Here, however, the trial and appeal issues do not jointly involve Lupin *and* Mylan interests; the same patent or patent family; or the same accused product. The invalidity defenses presented at trial and prior art based thereon were different; no patents asserted are in the same chain of applications; and Lupin and Mylan have their own separate, accused products with neither in the chain of supply, manufacture, sale or distribution with the other.

## II.    Further Factual Details.

The drug molecule at issue in this case is an anti-HIV drug "darunavir." Janssen Products, L.P. represents itself as the holder of a New Drug Application ("NDA") for various darunavir drug products.  The Lupin Appellants and Mylan Appellants in this case are associated with distinct corporate entities, and each of Lupin and Mylan separately submitted ANDAs relating to darunavir.[4]

In response to the Paragraph IV certifications associated with Lupin Ltd.'s filing of ANDA No. 202073, and Mylan Pharmaceuticals Inc.'s ANDA No.

---

[4] Other defendants included Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries, Ltd.; and Cipla, Ltd. but these parties have resolved all claims through settlement.  *See, e.g.*, *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Mar. 26, 2014), ECF No. 804.  They are not parties to the present appeal.

202136, various corporate entities within the Janssen umbrella of companies (including Tibotec Inc., Tibotec Pharmaceuticals Ltd., Tibotec Pharmaceuticals (f/k/a Tibotec Pharmaceuticals Ltd.), Janssen R&D Ireland (f/k/a Tibotec Pharmaceuticals), Janssen Sciences Ireland UC, and Janssen Products, L.P.) asserted various patents against Lupin and/or Mylan.

**A.    The majority of patents originally-asserted against Mylan and Lupin in the district court overlapped, and involved the same defenses; by the time of trial, there were no overlapping patents asserted against Mylan and Lupin.**

### 1.    The darunavir basic molecule patents.

Janssen, in its status as a licensee, and in conjunction with third-party patent owner G.D. Searle LLC (individuals at G.D. Searle first patented the darunavir molecule and disclosed its anti-HIV use), asserted against both Lupin and Mylan a series of patents directed to the basic darunavir molecule, including U.S. Patent Nos. 5,843,946; 6,248,775; RE 42,889; and RE 43,596.  (*See* Raghavan Aff. ¶ 3). Those disputes have been fully and finally resolved and are no longer at issue in the case.  (*See id.*).

### 2.    The darunavir method of use patent.

The United States government and the Board of Trustees of the University of Illinois, as owners/licensees of U.S. Patent No. 7,470,506 ("the '506 patent"), directed to a darunavir method of use, also sued both Lupin and Mylan under this

patent. (*See* Raghavan Aff. ¶ 4). That dispute has been fully and finally resolved, and the '506 patent is no longer at issue in this case. (*See id*.).

### 3.    The add-on patents.

Janssen separately asserted a series of patents owned by various Janssen-related entities against Lupin and/or Mylan. Specifically, Janssen early asserted the '645 patent, a polymorph patent, against both Lupin and Mylan. (*See* Raghavan Aff. ¶ 5). Janssen later asserted the '015 patent and U.S. Patent No. 7,595,408, two process patents involving "bis-THF" against Lupin. (*See id.* ¶ 6). Janssen also later asserted the '411 patent, a process patent directed to an allegedly novel process for preparing darunavir molecule using certain ingredients, against Mylan. (*See id.* ¶ 7).

***The "bis-THF" process patents: '015 patent, claim 1.*** Of Janssen's "bis-THF" patents asserted against Lupin, Janssen dismissed with prejudice all claims against Lupin under the '408 patent. (*See* Raghavan Aff. ¶ 6). That left only the '015 patent's particular process steps for manufacturing what colloquially are called "bis-THF" compounds, one isomer of which can be used as an intermediate in the preparation of chemical compounds of interest here. (*See* Ex. 1). The '015 patent is purportedly assigned to Janssen Sciences Ireland UC (formerly Tibotec Pharmaceuticals Ltd.), and has named inventors Bart Kesteleyn, Dominique

Surleraux, and Peter Quaedflieg.  (*See id.*).  By the time of trial, Janssen asserted

only claim 1 of this patent, and against Lupin only.  (*See* Raghavan Aff. ¶ 6).

*The "polymorph" patent: '645 patent, claim 4.*  The '645 patent involves a

1:1 darunavir ethanol solvate and compositions containing same.  (*See* Ex. 2).  The

'645 patent is purportedly assigned to Janssen Sciences Ireland UC (formerly

Tibotec Pharmaceuticals Ltd.), and has named inventors Hans Vermeersch, Daniel

Thoné, Luc Janssens, and Piet Wigerinck.  (*See, e.g.*, *id.*).  Janssen *dismissed with*

*prejudice* all claims against Mylan under this patent pre-trial.  (*See* Raghavan Aff.

¶ 5).  Thus, during the district court trial, Janssen only asserted the '645 patent's

claim 4, and against Lupin only.  (*See id.*).

*The '411 process patent, claim 13.*  The '411 patent involves alleged

improvements to processes for making darunavir; within the particular claim 13

asserted, the alleged improvements include use of a particular protecting group

(with a structure denoted by the shorthand, "Boc") when making chemical

intermediates, and a coupling reagent (with a structure denoted by the shorthand,

"BNPC") to arrive at the final darunavir molecule.  (*See* Ex. 3).  The '411 patent is

purportedly assigned to Janssen Sciences Ireland UC (formerly Tibotec

Pharmaceuticals Ltd.), and has named inventors Nicolaas Goyvaerts, Piet

Wigerinck, Hartmut Zinser, and Birgit Ebert.  (*See id.*).  By the time of trial, the

only claim Janssen asserted against Mylan was limited to claim 13 of the '411 patent. (*See* Raghavan Aff. ¶ 7).

### 4.    Actual claims adjudicated at the district court trial.

In sum, by the time of trial, Janssen dismissed, with prejudice, all '645 patent claims and all '411 patent claims except for darunavir process claim 13 as to Mylan.  As to Lupin, Janssen dismissed, with prejudice, all '408 patent claims; all '645 patent claims except for polymorph composition claim 4; and all '015 patent claims except for bis-THF process claim 1.

Thus, by the time of trial, there was no overlap between Mylan and Lupin as to the type of patents in dispute; relevant product elements in dispute; or accused processes in dispute.  Nor do these three patents share a common specification, priority date, or common "theme" as to what defines the alleged inventions.

### B.    Trial counsel.

Attorneys from Rakoczy Molino Mazzochi Siwik LLP ("RMMS") were originally retained as counsel of record for Lupin and Mylan against all of the commonly-asserted patents; when the process patents were added to the case, RMMS defended Lupin and Mylan.  However, at trial and throughout these proceedings, RMMS defended *only* Lupin with respect to the '015 patent, and *only* Mylan with respect to the '411 patent.  While RMMS defended Lupin and Mylan at one point involving the '645 patent, RMMS only tried the case concerning the

13

'645 patent on behalf of Lupin, because Janssen voluntarily dismissed with prejudice all claims against Mylan as to the '645 patent.

Thus, while at the outset of the case, when RMMS was originally retained, most patents asserted were commonly-asserted against Lupin and Mylan, but by the time of trial, the issues as to each patent and each Appellant were unique to only one of the Appellants, Lupin or Mylan, and no longer overlapped.

### C.    Lupin's and Mylan's Appeals.

After the decision by the district court, Lupin and Mylan each filed separate notices of appeal.  *See Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Aug. 14, 2014), ECF Nos. 983 (Lupin), 984 (Mylan).  These two appeals were consolidated by this Court on September 19, 2014.  (Docket Note Consolidating Appeals, Sept. 19, 2014, ECF No. 3.)  The appeal was initially deactivated in view of Lupin's and Mylan's emergency motion to modify the August 14, 2014 injunction order pursuant to Federal Rule of Civil Procedure 60(b).  (Order Deactivating Apeals, Sept. 29, 2014, ECF No. 9).

Following the district court's resolution of Lupin's and Mylan's emergency motion to modify the August 14, 2014 injunction order pursuant to Federal Rule of Civil Procedure 60(b), Lupin and Mylan each timely filed separate amended notices of appeal.  *See Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Nov. 5, 2014), ECF Nos. 1026 (Lupin), 1027 (Mylan).  The appeal

was re-activated on December 31, 2014. (Order Reactivating Appeals, Dec. 31, 2014, ECF No. 16). Pursuant to the re-activation order, the Court set the deadline to file Defendants-Appellants' opening brief. (*Id.*).

**III.    Lupin and Mylan should be given relief from either the Practice Notes requirement for sharing a single principal brief of 14,000 words and a single reply brief of 7,000; or pursuant to Federal Circuit Rule 28(c) given the unusual circumstance here where there are no longer any commonly-asserted patents; accused products; or appeal issues.**

Lupin and Mylan each filed separate appeals from the district court's final judgment, as there were no overlapping issues. Were the Lupin and Mylan appeals kept separate, each of Lupin and Mylan would be allowed to submit its own brief; each party to an appeal generally is able to file its own brief. *See, e.g.*, *Edwards Lifesciences LLC v. Cook Inc.*, 582 F.3d 1322, 1329 n.3 (Fed. Cir. 2009) (considering separate response briefs filed by co-appellees).

If the only multiple-parties involved in the Lupin appeal, for example, were Lupin Limited and Lupin Pharmaceuticals, Inc., there would be no need to seek more words or relief from the Practice Notes because the patents, accused product and issues such parties faced would be, essentially, congruent. However, with Mylan Pharmaceuticals Inc. and Mylan Inc. in the appellant mix, this now adds an entirely distinct patent; a different accused product; and entirely dissimilar corporate entities. There simply is no overlap between the Lupin and Mylan parties' interests.

As noted above, the difficulty for Appellants in this case arises from the Practice Notes to Federal Circuit Rule 28, which states that:

> When there are multiple parties represented by the same counsel or counsel from the same firm, a combined brief must be filed on behalf of all the parties represented by that counsel or firm.

FED. CIR. R. 28 (Practice Notes, Multiple Parties).

As discussed above, Federal Circuit Rule 28 and the Practice Notes' limitation of one brief to multiple parties represented by the same firm ordinarily is not problematic because such multiple-party interests will be sufficiently aligned so that the same brief can adequately represent all parties' interests and avoid repetition. *See* FED. R. APP. P. 28(i); *see also Tech. Patents LLC v. T-Mobile (UK) Ltd.*, No. 2011-1581, 2012 U.S. App. LEXIS 2775, at *10-11 (Fed. Cir. Feb. 10, 2012) (foreign and domestic defendants represented by the same firm below could separately join in other combined appellees' briefs at their discretion without running afoul of the Practice Notes' same-brief restriction).

Here, however, Lupin's brief on the merits regarding the '015 or '645 patents does not benefit Mylan's appeal involving the '411 patent or vice versa. Nor are there other defendants sued represented by other counsel, as in *Tech Patents*, who could separately fully and fairly represent Mylan's or Lupin's interests such that Mylan or Lupin could join such briefs without Mylan or Lupin having to file separate briefing. *See Tech Patents*, 2012 U.S. App. LEXIS 2775, at

16

*10 (while denying the right to file two separate 14,000 word briefs from the same firm, noting nevertheless that amongst the two groups of multiple defendants— foreign corporations prevailing on jurisdictional motions to dismiss, and domestic corporations—the foreign parties represented by the moving firms' counsel below "may file or join a combined appellees' brief, not to exceed 14,000 words" if the latter was submitted by separate counsel for other defendants planning to file briefs on their issues).

Courts in other Circuits have recognized that where there is a particularized showing of good cause, as there is here, motions to file separate briefs may be granted. *See O'Keefe et al. v. Chisholm et al.*, No. 14-1822 (7th Cir. July 23, 2014), ECF No. 66 (granting multiple appellants represented by the same counsel leave to file two separate opening briefs, but each opening brief had to focus on separate issues) (courtesy copy at Ex. 4); *Scott v. Cohen*, 528 F. App'x 150, 153 (3d Cir. 2013) (granting multiple appellees' motion to file separate briefs even though the appellees were represented by the same counsel as the appellees were from two separate organizations, had separate and distinct issues addressed by the district court, and had separate and distinct issues on appeal) (courtesy copy at Ex. 5); *see also* 4TH CIR. R. 28, Local Rule 28(d) (Dec. 1, 2013) (stating that motions to file separate briefs are granted "upon a particularized showing of good cause").

Likewise, under the present application of Federal Circuit Rule 28 in conjunction with the Practice Notes to the present case, Lupin or Mylan could elect to find an additional attorney to name on the signature block as lead attorney, as was done in *Metso Minerals*, 2012 U.S. App. LEXIS 9181 at *3-4. *See also Purdue Pharma L.P. v. Epic Pharma, LLC*, No. 14-1294, D.I. 110 (Fed. Cir. Jan. 22, 2015) (allowing separate briefs on motion for reconsideration where defendants were now represented by different counsel). However, Lupin or Mylan should not have to compete with each other and bear the additional cost of *pro forma* retaining new counsel for the signature block merely to obtain additional words; nor should they be placed further at odds with one another by essentially halving the usual word count each would have received if the other retained new counsel on appeal.

Thus, Lupin and Mylan respectfully submit that under the extraordinary circumstances here—where the same counsel below was retained because most asserted patents were commonly asserted against them, but by the time of trial, the commonly-asserted patents were eliminated from the case; and there is no mutually-beneficial corporate cooperation or ANDA overlap—the Federal Circuit Rule 28 Practice Notes' prohibition on multiple parties filing more than one brief if represented by the same counsel be waived for the present appeal. This would allow the Lupin appellants to present a single principal brief and a single reply brief on the '015 and '645 patents; and allow the Mylan appellants to present a

single principal brief and a single reply brief on the '411 patent. Lupin and Mylan respectfully request that they have 14,000 words for their respective principal briefs and 7,000 words for their respective reply briefs. Lupin and Mylan further submit that this will facilitate this Court's review of the trial court opinion, because the discrete issues and prior art involving Lupin and its product will be in Lupin's briefs, and Mylan's separate issues and technology will be in Mylan's briefs.[5]

Alternatively, if this Court wishes a combined set of briefs from Defendants-Appellants, Lupin and Mylan respectfully request that this Court grant relief pursuant to Federal Circuit Rule 28(c) and permit filing of a single principal brief not to exceed 22,000 words and a single reply brief not to exceed 11,000 words.

As a second alternative, given the discrete division of issues among Lupin and Mylan at trial, Lupin and Mylan respectfully submit that to avoid disputes between Lupin and Mylan regarding word count allocation, that Lupin and Mylan be given the right to present two separate principal appeal briefs of no more than 7,000 words each and two separate reply briefs of no more than 3,500 words each. That will still allow each of the parties to present their separate and independent issues to the Court in a way that each sees fit without requiring the need to seek recourse from the other.

---

[5] Lupin and Mylan would submit a joint Appendix to avoid unnecessary duplication, with the Appendix order including the district court's opinions, followed by the '645, '015, and '411 patents, and then the ordinary designation of materials in the usual course.

19

Dated:  January 23, 2015          Respectfully submitted,


        _____/s/ Tara M. Raghavan_____
        Deanne M. Mazzochi
        (dmazzochi@rmmslegal.com)
        William A. Rakoczy
        (wrakoczy@rmmslegal.com)
        Amy D. Brody (abrody@rmmslegal.com)
        Tara M. Raghavan
        (traghavan@rmmslegal.com)
        **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
        6 West Hubbard Street, Suite 500
        Chicago, Illinois 60654
        (312) 222-6301 (telephone)

        *Counsel for Defendants-Appellants Lupin Limited, Lupin Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., and Mylan Inc.*

# Exhibit 1



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**February 05, 2013**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,126,015*

ISSUE DATE: *October 24, 2006*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT

Certifying Officer

US007126015B2

(12) **United States Patent**
Kesteleyn et al.

(10) Patent No.: **US 7,126,015 B2**
(45) Date of Patent: **Oct. 24, 2006**

(54) **METHOD FOR THE PREPARATION OF HEXAHYDRO-FURO-[2,3-B]FURAN-3-OL**

(75) Inventors: **Bart Rudolf Romanie Kesteleyn,** Berlare (BE); **Dominique Louis Nestor Surleraux,** Machelen (BE); **Peter Jan Leonard Mario Quaedflieg,** Waalre (NL)

(73) Assignee: **Tibotec Pharmaceuticals Ltd.,** Dublin (IE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 288 days.

(21) Appl. No.: **10/489,059**

(22) PCT Filed: **Sep. 6, 2002**

(86) PCT No.: **PCT/EP02/10062**

§ 371 (c)(1),
(2), (4) Date: **Mar. 9, 2004**

(87) PCT Pub. No.: **WO03/022853**

PCT Pub. Date: **Mar. 20, 2003**

(65) **Prior Publication Data**

US 2004/0249175 A1    Dec. 9, 2004

(30) **Foreign Application Priority Data**

Sep. 10, 2001    (EP) .................................. 01203416

(51) Int. Cl.
*C07D 493/06*    (2006.01)
(52) U.S. Cl. ...................................................... **549/464**

(58) **Field of Classification Search** ................ 549/464
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | 94/26749 | * | 11/1994 |
| WO | WO 95/06030 | | 3/1995 |
| WO | WO 99/67417 | | 12/1999 |
| WO | WO 01/25240 A1 | | 4/2001 |

OTHER PUBLICATIONS

Schreiber et al., Tetrahed. Letter, (1986), vol. 27(23), pp. 2575-2578.*
Schreiber et al., Tetrahed. Letter, (1988), vol. 29(51), pp. 6689-6692.*
Arun K. Ghosh et al., Nonpeptidal $P_2$ Ligands for HIV Protease Inhibitors: Structure-Based Design, Synthesis, and Biological Evaluation. J. Med. Chem., 1996, 39, pp. 3278-3290.
M. Pezechk et al., A New Route to Perhydro- and Tetrahydro-Furo-2,3b Furans via Radical Cyclisation, Tetrahydron Letters, vol. 27, No. 32, pp. 3715-3718, 1986.
M. Uchiyama et al., Steroselective synthesis of optically active perhydrofuro[2,3-b]furan derivatives, Tetrahedron Letters 42 (2001) pp. 4653-4656.

* cited by examiner

*Primary Examiner*—Taofiq Solola
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

The present invention relates to a method for the preparation of hexahydro-furo[2,3-b]furan-3-ol as well as novel intermediates for use in said method. More in particular the invention relates to a stereoselective method for the preparation of hexahydro-furo[2,3-b]furan-3-ol, and to a method amenable to industrial scaling up.

**25 Claims, No Drawings**

DEFs-JT(Daru) 038279
DTX-0007 (Page 2 of 25)

US 7,126,015 B2

1

# METHOD FOR THE PREPARATION OF HEXAHYDRO-FURO-[2,3-B]FURAN-3-OL

## CROSS REFERENCE TO RELATED APPLICATIONS

This Application is a 35 U.S.C. § 371 national phase application of PCT/EP02/10062, with an international filing date of Sep. 6, 2002, which claims priority to application EP 01203416.1, filed on Sep. 10, 2001, all of which are incorporated herein by reference in their entirety.

The present invention relates to a method for the preparation of hexahydro-furo[2,3-b]furan-3-ol as well us novel intermediates for use in said method. More in particular the invention relates to a stereoselective method for the preparation of hexahydro-furo[2,3-b]furan-3-ol, and to a method amenable to industrial scaling up.

Hexahydro-furo[2,3-b]furan-3-ol is an important pharmacological moiety present in the structure of retroviral protease inhibitors such as those described in Ghosh et al. in *J. Med. Chem.* 1996, 39(17), 3278–3290, EP 0 715 618, WO 99/67417, and WO 99/65870. Said publications are hereby incorporated by reference.

Several methods for the preparation of hexahydro-furo[2, 3-b]furan-3-ol (formula (7))

7



are known. Ghosh et al. in *J. Med. Chem.* 1996, 39(17), 3278–3290, describe an enantioselective synthesis to obtain both (3R,3aS,6aR) and (3S,3aR,6aS) hexahydro-furo[2,3-b]furan-3-ol in optically pure form starting from 3(R)-diethyl malate and 3(S)-diethyl malate respectively. This process comprises several steps such as an allylation step using lithium diisopropyl amide, followed by a reduction step, and further a Swern oxidation step followed by an ozonolytic cleavage and a hydroboration step using 9-borabicyclo [3.3.1]nonane (9-BBN). Ghosh et al. also disclose a racemic synthesis of both the (3R,3aS,6aR) and (3S,3aR,6aS) enantiomers of hexahydrofuro[2,3-]furan-3-ol followed by an enzymatic resolution of the final product. This latter synthesis starts from 2,3-dihydrofuran and comprises the step of treating said intermediate with N-iodosuccinimide and allyl alcohol followed by a radical cyclisation in the presence of a catalyst i.e. cobaloxime. An ozonolytic cleavage followed by a reduction step furnished the racemic hexahydro-furo [2,3-b]furan-3-ol. Optically active compound (3R,3aS,6aR) hexahydro-furo[2,3-b]furan-3-ol is obtained after enzymatic resolution followed by silica gel chromatography. Pezeck et al. *Tetrahedron Lett.* 1986, 27, 3715–3718 also describes a route for the synthesis of hexahydro-furo[2,3-b]-furan-3-ol using ozonolysis. Hexahydro-furo[2,3-b]furan-3-ol is also described as an intermediate in the synthesis of optically active perhydrofuro[2,3-b]furan derivatives (Uchiyama et al., *Tetrahedron Lett.* 2001, 42, 4653–4656.). The key step in this procedure is the oxyselenenylation of 2,3-dihydrofuran. This procedure is suitable for use at the laboratory level, yet not amenable to industrial scaling up. Although the two synthetic routes described by Ghosh et al. provide (3R,3aS,6aR) and (3S,3aR,6aS) hexahydro-furo[2,3-b]furan-3-ol in reason-

2

able yields and high enantiomeric excess, they both are only feasible on a laboratory scale, but, for a number of reasons, are not amenable to industrial scaling up. For example, these known routes suffer from the disadvantage of utilizing expensive materials, heavy metals and rare compounds, such as the N-iodosuccinimide, the catalyst cobaloxime, lithium diisopropyl amide and 9-BBN. The necessary ozonolysis step has the disadvantage of producing highly reactive and shock-sensitive ozonides and peroxides making this step too dangerous to be applied on industrial scale. Furthermore ozonolysis as well as Swern oxidation are highly exothermic and, as a consequence, have to be performed at very low temperatures. The racemic route needs an enzymatic resolution in the final step of the synthesis followed by silica gel purification. Furthermore, the racemic route suffers from the disadvantage of a low overall mass balance, originating from the fact that the resolution step, leading to the final enantiomerically pure compound, occurs in the last step of the synthesis whereby only a maximum of 50% yield of desired enantiomer can be obtained. Both art-known routes also produce a lot of waste such as solvents and salts in washings operations. Thus, these known methods are not suitable for the production of optically pure stereoisomers of hexahydro-furo[2,3-b]furan-3-ol on an industrial scale.

The main object of the present invention is to provide an improved method for producing hexahydro-furo[2,3-b]furan-3-ol, when compared to the art-known methods and their drawbacks. It is another object to provide a method for the synthesis of hexahydro-furo[2,3-b]furan-3-ol, which is suitable for industrial scaling-up. A further object of the present invention is to provide with a stereoselective method comprising steps wherein the stereochemistry of intermediates or final compounds is controlled, which allows the synthesis of the stereoisomers of hexahydro-furo[2,3-b]furan-3-ol. Another further object is to provide with a method which allows the production of hexahydro-furo[2,3-b]furan-3-ol in a overall yield equal or higher than for the above-described methods and with an enantiomeric excess higher than 50%. Another object of the present invention is to provide with a process for manufacturing hexahydro-furo[2,3-b]furan-3-ol which is produced from readily available starting materials and reagents. Another object of the present invention is to provide with novel intermediate compounds, which are useful as precursors in the synthesis of hexahydro-furo[2, 3-]furan-3-ol.

The authors of the present invention have surprisingly found a novel and inventive method for the synthesis of stereoisomeric mixtures or stereoisomerically pure forms of hexahydro-furo[2,3-b]furan-3-ol.

Thus, the present method involves the synthesis of hexahydro-furo[2,3-b]furan-3-ol starting from an intermediate of formula (1) wherein $P^1$ and $P^2$ represent each independently a hydrogen, a hydroxy-protecting group or may together form a vicinal-diol protecting group, transforming said intermediate of formula (1) into a nitromethane

1



derivative of formula (3) wherein $R^1$ represents alkyl, aryl or aralkyl, $R^2$ represents hydrogen or C(=O)OR$^3$, R$^3$ repre-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

**3**

sents an alkyl, aryl or aralkyl, or $R^3$, if present, and $R^1$ taken together with the atoms to which they are attached may form a 5 to 8-membered cyclic group which may be optionally substituted with alkyl, aralkyl, or aryl,



3

subsequently transforming said nitromethane derivative into a tetrahydrofuran derivative of formula (6) wherein $OR^4$ represents an alcoholate such as an alkyloxy group, by for instance, making use of a Nef reaction,



6

and then transforming the intermediate of formula (6) into hexahydro-furo[2,3-b]furan-3-ol of formula (7) by way of an intramolecular cyclisation reaction.



7

The above method has the further advantage of using readily available starting material, such as an O-protected glyceraldehyde. The reagents further used in said method are safe and available in bulk. Furthermore, each step of said method provides with the desired compound in good yield. Moreover, each step of said method can be performed stereoselective, which allows the synthesis of pure stereoisomeric forms of said compounds when using, where appropriate, optically pure starting material and reagents. Thus, the method according to the present invention is amenable to industrial scaling-up.

In a preferred embodiment, the present invention relates to a method for the synthesis of hexahydro-furo[2,3-b]furan-3-ol of formula (7), which comprises the steps of:
a) condensing an intermediate of formula (1)



1

resulting in an α,β-unsaturated ester of formula (2), wherein $P^1$, $P^2$, $R^1$ and $R^2$ are defined as above,

**4**



2

b) reacting said ester of formula (2) with nitromethane resulting in an intermediate of formula (3),



3

c) submitting said intermediate of formula (3) to a Nef reaction leading to intermediates of formula (4) and (4')



4



4'

d) transforming said intermediates of formula (4) and (4') into an intermediate of formula (6) and,



6

e) converting intermediate of formula (6) to the compound of formula (7) by an intramolecular cyclisation reaction.

In a more preferred embodiment, the present invention relates to a method for the synthesis of hexahydro-furo[2,3-b]furan-3-ol of formula (7), which comprises the steps of:
a) condensing an intermediate of formula (1) with a suitable oxycarbonylmethylene reagent of formula $CHR^2R^5$—C (=O)—$OR^1$ wherein $R^1$ and $R^2$ are defined as above and $R^5$ represents a hydrogen, a carboxylic ester, a phosphonium salt or a phosphonate ester,

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038281
DTX-0007 (Page 4 of 25)

US 7,126,015 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>



resulting in an α,β-unsaturated ester of formula (2), wherein P$^1$, P$^2$, R$^1$ and R$^2$ are defined as above,



b) reacting said ester of formula (2) with nitromethane resulting in an intermediate of formula (3),



c) submitting said intermediate of formula (3) to a Nef reaction by treating it with a base and subsequently with a strong acid resulting in a mixture of intermediates of formula (4) and (4'), wherein R$^4$ is as defined above,



d) only in case R$^2$ is different from hydrogen, decarboxylating the intermediates of formula (4) and (4') thus forming intermediates of formula (5) and (5') respectively,



e) reducing intermediates of formula (4) and (4') wherein R$^2$ is hydrogen, or intermediates of formula (5) and (5') with a suitable reducing agent resulting in intermediate of formula (6) and,



f) converting intermediate of formula (6) to the compound of formula (7) by an intramolecular cyclisation reaction.

The order of the above mentioned steps in said process may be different from the alphabetical order cited above. For example, step (a) and (b) of said process may be inverted provided that an oxycarbonylmethylene reagent of formula CHR$^2$R$^8$—C(═O)—OR$^1$ is used instead of one of formula CHR$^2$R$^5$—C(═O)—OR$^1$ whereby R$^8$ differs from R$^5$ in that R$^8$ can not form a Wittig or Horner-Emmons reagent such as a phosphonium salt or a phosphonate ester. Also, in case R$^2$ is hydrogen, a reduction of the C(═O)—OR$^1$ moiety analogous to the one described in step e) may be performed prior to the Nef reaction of step (c).

Oxycarbonylmethylene reagents of formula CHR$^2$R$^5$—C (═O)—OR$^1$ wherein R$^5$ represents a carboxylic ester are for instance dicarboxylic esters of formula R$^1$O—C(═O)—CHR$^2$—C(═O)—OR$^1$. Oxycarbonylmethylene reagents of formula CHR$^2$R$^5$—C(═O)—OR$^1$ wherein R$^5$ represents a phosphonium salt may for instance have the formula (R$^6$)$_3$ P═CR$^2$—C(═O)—OR$^1$ wherein R$^6$ is alkyl, aryl or aralkyl. Oxycarbonylmethylene reagents of formula CHR$^2$R$^5$—C(═O)—OR$^1$ wherein R$^5$ represents (R$^7$O)$_2$P (═O)— may for instance have the formula (R$^7$O)$_2$P(═O)—CHR$^2$—C(═O)—OR$^1$ wherein R$^7$ is alkyl, aryl or aralkyl.

Suitably, the invention relates to a method wherein P$^1$ and P$^2$ together form a vicinal-diol protecting group, and particularly, the vicinal-diol protecting group is an acid labile protecting group that remains unaffected during the base treatment step of the Nef reaction. Preferably, said vicinal-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038282
DTX-0007 (Page 5 of 25)

US 7,126,015 B2

7

diol protecting group is selected from the group consisting of methylene, diphenylmethylene, ethylidene, 1-t-butylethylidene, 1-phenylethylidene, (4-methoxyphenyl)ethylidene, 2,2,2-trichloroethylidene, isopropylidene, cyclopentylidene, cyclohexylidene, cycloheptylidene, benzylidene, p-methoxybenzylidene, 2,4-dimethoxybenzylidene, 3,4-dimethoxybenzylidene and 2-nitrobenzylidene. In a most preferred embodiment, $P^1$ and $P^2$ together form a dialkyl methylene such as a isopropylidene or a 3-pentylidene radical.

Interesting vicinal-diol protecting groups are those protecting groups that do not cause an additional stereogenic center in the intermediates of formula (1), (2) and (3).

Suitably, $R^1$ and $R^3$ each independently are $C_{1-6}$alkyl, aryl or aryl$C_{1-6}$alkyl, in particular, $C_{1-6}$alkyl, more in particular, $R^1$ and $R^3$ each independently are methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl, and preferably, $R^1$ and $R^3$ each independently are methyl, ethyl or tert-butyl.

$R^1$ and $R^3$ when taken together, denoted as —$R^1$—$R^3$—, preferably are —$CH_2$— or —$CH_2$—$CH_2$— optionally substituted with $C_{1-6}$alkyl, aryl or aryl$C_{1-6}$alkyl.

Suitably, $R^4$ is a $C_{1-6}$alkyl, in particular, $R^4$ is methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl, and preferably, $R^4$ is methyl or ethyl.

In a preferred embodiment, the present invention relates to a stereoselective process for the preparation of pure stereoisomers of hexahydro-furo[2,3-b]furan-3-ol, in particular, (3R,3aS,6aR) hexahydro-furo[2,3-b]furan-3-ol.

The term "hydroxy-protecting group" as used herein refers to a substituent which protects hydroxyl groups against undesirable reactions during synthetic procedures such as those O-protecting groups disclosed in Greene, "Protective Groups In Organic Synthesis," (John Wiley & Sons, New York (1981)). O-protecting groups comprise substituted methyl ethers, for example, methoxymethyl, benzyloxymethyl, 2-methoxyethoxymethyl, 2-(trimethylsilyl)ethoxymethyl, t-butyl, benzyl and triphenylmethyl; tetrahydropyranyl ethers; substituted ethyl ethers, for example, 2,2,2-trichloroethyl; silyl ethers, for example, trimethylsilyl, t-butyldimethylsilyl and t-butyldiphenylsilyl; and esters prepared by reacting the hydroxyl group with a carboxylic acid, for example, acetate, propionate, benzoate and the like.

The term "vicinal-diol protecting group" as used herein refers to protecting groups in the acetal or ketal form and in the orthoester form. Specific examples of the protecting group in the acetal or ketal form include methylene, diphenylmethylene, ethylidene, 1-t-butylethylidene, 1-phenylethylidene, (4-methoxyphenyl)ethylidene, 2,2,2-trichloroethylidene, isopropylidene, cyclopentylidene, cyclohexylidene, cycloheptylidene, benzylidene, p-methoxybenzylidene, 2,4-dimethoxybenzylidene, 3,4-dimethoxybenzylidene, 2-nitrobenzylidene, etc. and specific examples of the protecting group in the orthoester form include methoxymethylene, ethoxymethylene, dimethoxymethylene, 1-methoxyethylidene, 1-ethoxyethylidene, 1,2-dimethoxy-ethylidene, alpha-methoxybenzylidene, 1-(N,N-dimethylamino) ethylidene, alpha-(N,N-dimethylamino)benzylidene, 2-oxacyclopentylidene, etc.

The term "alkyl" as used herein alone or as part of a group refers to saturated monovalent hydrocarbon radicals having straight or branched hydrocarbon chains or, in the event that at least 3 carbon atoms are present, cyclic hydrocarbons or combinations thereof and contains 1 to 20 carbon atoms ($C_{1-20}$alkyl), suitably 1 to 10 carbon atoms ($C_{1-10}$alkyl), preferably 1 to 8 carbon atoms ($C_{1-8}$alkyl), more preferably 1 to 6 carbon atoms ($C_{1-6}$alkyl), and even more preferably 1

8

to 4 carbon atoms ($C_{1-4}$alkyl). Examples of alkyl radicals include methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl, pentyl, isoamyl, hexyl, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl and the like. The term "aryl" as used herein, includes an organic radical derived from an aromatic hydrocarbon by removal of one hydrogen, and include monocyclic and polycyclic radicals, such as phenyl, biphenyl, naphthyl. The term "aralkyl" as used herein, relates to a group of the formula aryl-alkyl in which alkyl and aryl are as defined above. Examples of aralkyl radicals include benzyl, phenethyl and the like.

The term "alkoxy" as used herein alone or as part of a group refers to an alkyl ether radical wherein the term alkyl is as defined above. Examples of alkyl ether radical include methoxy, ethoxy, n-propoxy, isopropoxy, n-butoxy, iso-butoxy, sec-butoxy, tert-butoxy and the like.

The term "stereoselective process" and "stereoselective step" as used herein, essentially relates to a process or a step wherein when using an optically pure starting material, pure stereoisomeric forms of the compounds of interest are obtained at the end of said process or said step.

The term "stereochemically isomeric forms" or "stereoisomeric forms", as used herein, defines all possible isomeric as well as conformational forms, made up of the same atoms bonded by the same sequence of bonds but having different three-dimensional structures which are not interchangeable, which compounds or intermediates obtained during said process may possess. Unless otherwise mentioned or indicated, the chemical designation of a compound encompasses the mixture of all possible stereochemically isomeric forms which said compound may possess. Said mixture may contain all diastereoisomers, enantiomers and/or conformers of the basic molecular structure of said compound. More in particular, stereogenic centers may have the R- or S-configuration, diastereoisomers may have a syn- or anti-configuration, substituents on bivalent cyclic saturated radicals may have either the cis- or trans-configuration and alkenyl radicals may have the E or Z-configuration. All stereochemically isomeric forms of said compound both in pure form or in admixture with each other are intended to be embraced within the scope of the present invention.

Pure stereoisomeric forms of the intermediates of formula (1) and of the starting material or reagents as mentioned herein are defined as isomers substantially free of other enantiomeric or diastereomeric forms of the same basic molecular structure of said compounds, starting material or reagents. Suitably, the term "stereoisomerically pure" compounds, starting material or reagents relates to compounds, starting material or reagents having a stereoisomeric excess of at least 50% (i.e. minimum 75% of one isomer and maximum 25% of the other possible isomers) up to a stereoisomeric excess of 100% (i.e. 100% of one isomer and none of the other), preferably, compounds, starting material or reagents having a stereoisomeric excess of 75% up to 100%, more preferably, compounds, starting material or reagents having a stereoisomeric excess of 90% up to 100%, even more preferred compounds or intermediates having a stereoisomeric excess of 94% up to 100% and most preferred, having a stereoisomeric excess of 97% up to 100%. The terms "enantiomerically pure" and "diastereomerically pure" should be understood in a similar way, but then having regard to the enantiomeric excess, respectively the diastereomeric excess of the mixture in question.

Although the methods for preparing stereoisomerically pure compounds of formula (7) according to the present invention will advantageously employ stereoisomerically pure starting materials, it may be desirable to further purify

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038283

DTX-0007 (Page 6 of 25)

US 7,126,015 B2

| 9 | 10 |

the compounds and intermediates by the application of art-known purification procedures. For instance, enantiomers may be separated from each other by the selective crystallization of their diastereomeric salts with optically active acids. Alternatively, enantiomers may be separated by chromatographic techniques using chiral stationary phases.

Despite the fact that hexahydro-furo[2,3-b]furan-3-ol has three stereogenic centers and theoretically 8 different stereoisomers should occur, only 4 stereoisomers are deemed to exist. This is due to the rigidity of the bicyclic ringstructure in hexahydro-furo-[2,3-b]furan-3-ol which causes the transfused stereoisomers thereof to be thermodynamically unfavorable. Only stereoisomers having a cis-fused configuration are thermodynamically stable, thus reducing the number of stereoisomers of hexahydro-furo[2,3-b]furan-3-ol to the following:



| Compound | configuration atom 3 | configuration atom 3a | configuration atom 6a | Stereochemical descriptor |
|---|---|---|---|---|
| 7.1 | R | S | R | (3R,3aS,6aR) |
| 7.2 | R | R | S | (3R,3aR,6aS) |
| 7.3 | S | R | S | (3S,3aR,6aS) |
| 7.4 | S | S | R | (3S,3aS,6aR) |

The method of the present invention may be further understood by reference to Scheme 1, wherein $P^1$ and $P^2$ represent each independently a hydrogen, a hydroxy-protecting group or may together form a vicinal-diol protecting group, $R^1$ represents a alkyl, aryl or aralkyl, $R^2$ represents a hydrogen or $COOR^3$, $R^3$ represents a alkyl, aryl or aralkyl, or $R^3$, if present, and $R^1$ taken together with the atoms to which they are attached may form a 6 to 8-membered cyclic group which may be optionally substituted with an alkyl, aryl or aralkyl; and $R^4$ represents alkyl.

Scheme 1 depicts a synthetic method for the synthesis of hexahydro-furo[2,3-b]furan-3-ol (7) starting with intermediate of formula (1) wherein, $P^1$ and $P^2$ represent each independently a hydrogen, a hydroxy-protecting group or may together form a vicinal-diol protecting group.

The above-mentioned hydroxy-protecting group and vicinal-diol protecting group can be readily cleaved by methods know in the art such as hydrolysis, reduction, etc., and are appropriately selected depending on the protecting group used. According to a more preferred embodiment, the vicinal-diol protecting group is an acid labile protecting group, wherein the term "acid labile" as used herein refers to vicinal-diol protecting groups that are readily cleaved using acidic conditions.

Scheme 1



Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038284

DTX-0007 (Page 7 of 25)

US 7,126,015 B2

**11**  **12**

-continued



Several of the protected glyceraldehydes of formula (1) used in the present invention are known compounds. Enantioselective as well as racemic versions of the synthesis of these protected glyceraldehyde derivatives have been described in the literature. For example, the preparation of 2,3-O-isopropylidene-S-glyceraldehyde is described in C. Hubschwerlen, *Synthesis* 1986, 962, the preparation of 2,3-O-isopropylidene-R-glyceraldehyde is described in C. R. Schmid et al., *J. Org. Chem.* 1991, 56, 4056–4058, and the preparation of 2,3-O-isopropylidene-(R,S)-glyceraldehyde is described in A. Krief et al., *Tetrahedron Lett.* 1998, 39, 1437–1440. Said intermediate of formula (1) may be commercially available, or prepared prior to the reaction or formed in situ. According to a preferred embodiment, said compound is formed in situ.

In the first step of a preferred method for the preparation of a compound of formula (7), an α,β-unsaturated ester of formula (2) is prepared from intermediate of formula (1) by a condensation reaction with an appropriate oxycarbonylmethylene reagent in the presence of a suitable solvent at a suitable temperature.

In general, any reaction procedure introducing a —C(R²) C(=O)OR¹ moiety in the starting material of formula (1) can be utilized. For instance, such conversion of intermediate of formula (1) to intermediate of formula (2) can be performed using a reaction procedure that makes use of an oxycarbonylmethylene moiety of formula CHR⁵R⁵—C (=O)OR¹ such as, for example, via a Wittig reaction using phosphorus ylides of the formula (R⁶)₃P=CR²—C(=O) OR¹; via a Horner-Emmons reaction using phosphonates of the formula (R⁷O)₂P(=O)—CHR²—C(=O)OR¹, in the presence of a base; or via a Knoevenagel type of condensation reaction using malonate derivatives of the formula R¹OC(=O)—CHR²—C(=O)OR¹, in the presence of a base, wherein R¹, R², R⁶ and R⁷ have the same meaning as that defined above. Another alternative may be to use a Reformatsky reagent such as oxycarbonylmethylenezinc halides. Yet another alternative involves the use of precursors of —C(=O)—O— moieties such as a cyanide. These types of reaction procedures are described in detail in Jerry March's handbook of Advanced Organic Chemistry.

According to a preferred embodiment, said oxycarbonylmethylene reagent is selected from the group consisting of an (alkoxycarbonylmethylene)phosphoranes such as, for example, (carbethoxymethylene)triphenylphosphorane,

methoxycarbonylmethylene)triphenylphosphorane, (carbethoxymethylene)trimethylphosphorane, (carbethoxymethylene)triethylphosphorane, (carbethoxymethylene)tricyclohexylphosphorane or (carbethoxymethylene) tributylphosphorane; alkyl dialkylphosphonoacetates and alkyl diarylphosphonoacetates such as, for example, triethylphosphonoacetate, ethyl dimethylphosphonoacetate, methyl diethylphosphonoacetate or ethyl diphenylphosphonoacetate; alkyl malonate esters such as, for example, dimethylmalonate, diethyl malonate, di-tert-butyl malonate and malonic acid cyclic isopropylidene ester.

Examples of suitable bases include, but are not limited to, alkylamines and aromatic amines such as: pyridine, pyrrolidine, piperidine, morpholine, N-methylmorpholine, 1,4-diazabicyclo[2.2.2]octane (DABCO), 1,3-diazabicyclo [3.4.0]non-5-ene (DBN), 1,8-diazabicyclo[5.4.0]undec-7-ene (DBU), N,N-diethylaniline, N,N-dimethylaminopyridine(s), quinoline, triethylamine and N,N-diisopropylethylamine; as well as sodium-, potassium- or lithium hydride; sodium-, potassium-, lithium- or cesium carbonate; sodium-, potassium-, lithium- or cesium carbonate and alkoxide bases such as sodium, lithium or potassium methoxides, ethoxides, butoxides, t-butoxides, and t-amyloxides; butyllithium and lithium diisopropylamide.

Suitable solvents for this reaction are any hydrocarbon, ether, halogenated hydrocarbon, or aromatic solvents known in the art for the condensation reaction. These would include, but are not limited to, pentane, hexane, heptane, toluene, xylene(s), benzene, mesitylene(s), t-butylmethyl ether, dialkyl ethers (ethyl, butyl), diphenyl ether, chlorobenzene, methylene chloride, chloroform, carbon tetrachloride, acetonitrile, dichlorobenzene, dichloroethane, trichloroethane, cyclohexane, ethylacetate, isopropyl acetate, tetrahydrofuran, dioxane, methanol, ethanol, and isopropanol.

In case a Knoevenagel type of condensation is employed, it may also be convenient to use an acid anhydride, such as acetic anhydride, as a dehydrating agent in the condensation reaction. The fact that water is removed from the reaction medium will push the equilibrium of the reaction towards the α,β-unsaturated diester resulting in the completion of the reaction. Acetic anhydride may be replaced by tetrahydrofurane, n-methyl-morpholine, or isopropylacetate. The addition of a base may increase the yield of the Knoevenagel reaction. Examples include the use of alkylamines such as

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038285
DTX-0007 (Page 8 of 25)

US 7,126,015 B2

13

triethylamine. Preferably, such base is added in small amounts. Alternatively, a Knoevenagel reaction may be performed using TiCl$_4$.

Suitable temperature for the condensation reaction ranges between room temperature and refluxing temperature of the suitable solvent, a condition readily determined by one skilled in the art of organic synthesis. It is preferred to run the reaction at room temperature.

Depending on the type of condensation reaction and on the reagent used, α,β-unsaturated mono-esters of formula (2) (when R$^2$=H) or α,β-unsaturated di-esters of formula (2) (when R$^2$=COOR$^3$) can be synthesized. α,β-Unsaturated mono-esters of formula (2) (R$^2$=H) and di-esters whereby R$^3$ and R$^1$ are different, can be obtained with E or Z stereochemistry around the double bond. The E/Z isomer ratio depends from the applied condensation reagent and the reaction conditions, the reaction solvent in particular.

The next step of such preferred method consists of the addition of nitromethane as a formyl group precursor, to the α,β-unsaturated ester intermediate of formula (2), in the presence of a suitable base, resulting in a 1,4-addition product of formula (3). This nitromethane addition step occurs diastereoselectively. The newly formed stereocenter at carbon atom number 3 (C-3) of the pentanoate skeleton is controlled by the stereochemistry at the oxygenated position at carbon atom number 4 (C-4).



The syn/anti ratio is further controlled by the type of α,β-unsaturated ester (2) (E or Z, mono- or di-ester), the type of base used and the reaction conditions such as reaction solvent and reaction temperature. The syn addition product usually predominates.

Examples of suitable bases include but are not limited to DBN (1,3-Diazabicyclo [3.4.0]non-5-ene) and DBU (1,8-Diazabicyclo [5.4.0]undec-7-ene), triethylamine, pyrrolidine, piperidine, morpholine, N-methylmorpholine, 1-azabicyclo[2.2.2]-octane (DABCO), dimethylaminopyridine (DMAP), sodium hydroxide, potassium hydroxide, lithium hydroxide, calciumdihydroxide, bariumdihydroxide, sodium carbonate, potassium carbonate, sodium hydride, potassium hydride, sodium methoxide, lithium methoxide, sodium ethoxide, potassium ethoxide, lithium tert-butoxide, sodium tert-butoxide, potassium tert-butoxide, tetrabutylammonium fluoride, tetrabutylammonium hydroxide. Examples of suitable solvents include, but are not limited to pentane, hexane, heptane, toluene, xylene(s), benzene, mesitylene(s), t-butyl-methyl ether, dialkyl ethers (ethyl, butyl), diphenyl ether, chlorobenzene, methylene chloride, chloroform, carbon tetrachloride, acetonitrile, dichlorobenzene, 1,2-dichloroethane, and 1,1,1-trichloroethane, cyclohexane, tetrahydrofuran, dioxane, methanol, ethanol, isopropanol, dimethyl sulfoxide (DMSO), dimethyl formamide (DMF), N-methylpyrrolidone (NMP). The reaction temperature is set in the range of about 0 to about 100° C., preferably in the range of about 10 to about 50° C., more preferably at about room temperature.

Intermediate of formula (3) may be alternatively prepared by a process comprising the steps of first condensing inter-

14

mediate of formula (1) with nitromethane, resulting in an intermediate of formula (8) and secondly, reacting said intermediate of formula (8) with a suitable oxycarbonylmethylene reagent of formula CHR$^2$R$^8$—C(=O)—OR$^1$ resulting in said intermediate of formula (3).

It is to be understood that a person skilled in the art may employ other art-known reaction procedures to arrive at intermediate of formula (3) starting from an intermediate of formula (1).

The next step in the methods according to the present invention is to form an intermediate of formula (6) starting from an intermediate of formula (3).

One way of achieving this involves the transformation of an intermediate of formula (3) to the corresponding formyl derivative via a Nef reaction. This step is performed by treating intermediate of formula (3) with first a base and then with a strong acid resulting in intermediates of formula (4) and (4').

The Nef reaction is usually defined as the conversion of a primary or a secondary nitroalkane into the corresponding carbonyl compound (N. Kornblum Organic reactions 1962, 12, 101 and H. W. Pinnick Organic Reactions 1990, 38, 655). In the classical procedure, the nitroalkane is deprotonated with a base in α-position of the nitro function, followed by acid-catalyzed hydrolysis of the intermediate 'nitronate' salt via addition to a strong acid present in excess, to give the carbonyl derivative.

Suitable bases may be selected by one of skill in the art of organic synthesis. Suitable bases include, but are not limited to, inorganic bases such as alkali metal, alkali earth metal, and ammonium hydroxides and alkoxides. Suitable bases also include, but are not limited to, metal amides and alkyl lithiums. Examples of suitable strong bases are lithium diisopropyl amide, sodium amide, sodium methoxide, potassium t-butoxide, sodium butoxide, calcium dihydroxide, barium dihydroxide, methyllithium, butyllithium, hexyllithium, phenyllithium, and quaternary alkylammonium hydroxides, DBN (1,3-Diazabicyclo [3.4.0]non-5-ene) and DBU (1,8-Diazabicyclo [5.4.0]undec-7-ene), 1,4-diazabicyclo[2.2.2]octane (DABCO), potassium carbonate, sodium carbonate.

The term "strong acid" as used herein, refers to any conventional strong acid such as the strong, inorganic acids, e.g., hydrochloric acid and sulfuric acid, and the strong organic acids, e.g., benzenesulfonic acid and trichloroacetic acid. The preferred strong acids are concentrated sulfuric acid or hydrochloric acid.

The use of a strong acid causes the deprotection of the acid labile protecting groups, thus forming a diol intermediate of which the primary alcohol condenses with the formyl group to a cyclic hemi-acetal of formula



Using anhydrous conditions and an alcohol solvent such as methanol or ethanol (generically denoted as R$^4$—OH) the cyclic methyl acetal or ethyl acetal of the formyl group is obtained instead. Besides this classical base/acid procedure, Nef-conversions can be accomplished using a broad variety of oxidizing as well as reducing agents known in the art.

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038286

DTX-0007 (Page 9 of 25)

US 7,126,015 B2

15

According to a preferred embodiment, suitable alcohol solvents are selected from the group consisting of methanol, ethanol and isopropanol.

Said Nef reaction can be carried out at temperatures that range between about −78° C. and about 55° C., the preferred temperatures lying between about −18° C. and about room temperature. The reaction times can range up to about 24 hours and suitably range between about 1 hour and about 24 hours.

According to a preferred embodiment, intermediate of formula (3) is treated with a base and subsequently added to a concentrated strong acid alcoholic solution leading to the conversion of the nitromethane radical of intermediate of formula (3) to a formyl group. Concurrently, the acid treatment also catalyses the cleavage of the protecting groups P[1] and P[2], resulting in an intramolecular acetal formation leading to intermediates of formula (4) and (4'). The R[4] substituent in the intermediates of formula (4) and (4') originate from the alcohol R[4]—OH.

The bicyclic intermediate of formula (4) is the expected reaction product from the intermediate of formula (3) in a syn configuration while intermediate of formula (4') is the expected reaction product from the intermediate of formula (3) in an anti configuration. The trans-configuration of the substituents at carbon atom number 3 (C-3) and carbon atom number 4 (C-4) on the tetrahydrofuran ring of intermediate of formula (4') prevents the second lactone ring formation as in intermediate of formula (4).



At this stage of the synthesis procedure, when R[2] is COOR[3], a decarboxylation step is implemented. Said decarboxylation step consists of the removal of —C(=O)—OR[3] in intermediates of formula (4) and (4'). In a preferred embodiment, the decarboxylation step is performed by treating intermediates of formula (4) and (4') with a suitable base, such as sodium hydroxide or potassium hydroxide, under heating conditions, resulting, after acidification, in the intermediates of formula (5) and (5') respectively. Concurrently, R[1] in intermediate of formula (4') is replaced by hydrogen as can be noted in the formula in intermediate (5').

The bicyclic lactone derivative of formula (5) is the expected reaction product from intermediate of formula (4), while the carboxylic acid derivative of formula (5') is the expected reaction product from intermediate of formula (4'). The trans-configuration of the substituents at C-3 and C-4 on the tetrahydrofuran ring of intermediate formula (5') prevents the second lactone ring formation as in intermediate of formula (5).

At this stage of the synthesis procedure, the intermediates (4) and (4') or the intermediates (5) and (5') can be separated from one another using art-known chromatographic techniques. In addition to chromatographic techniques, the intermediate of formula (5') can be separated from lactone of formula (5) by means of acid/base extraction. Typically, intermediates of formula (5') can be extracted with a basic aqueous solution such as a sodium bicarbonate solution from a mixture of intermediates of formula (5) and (5') in an organic non-water mixable solvent. Suitable organic non-

16

water miscible solvents are any hydrocarbon, ether, halogenated hydrocarbon, or aromatic solvents. These would include, but are not limited to, pentane, hexane, heptane, toluene, xylene(s), benzene, mesitylene(s). t-butylmethyl ether, dialkyl ethers (ethyl, butyl), diphenyl ether, chlorobenzene, dichloromethane, chloroform, carbon tetrachloride, acetonitrile, dichlorobenzene, 1,2-dichloroethane, 1,1, 1-trichloroethane, ethyl acetate and isopropyl acetate.

In order to improve the extraction yield of lipophilic compounds, water soluble salts may be added to the mixture prior to extraction. A preferable salt includes NaCl. The addition of water miscible salts may increase the yield of the extraction.

Alternatively, a mixture of intermediates (4) and (4'), or intermediates (5) and (5') can be used without further separation, particularly when they were stereoselectively synthesized.

In the following step, intermediates of formula (4) and/or (4') wherein R[2] is hydrogen, or the intermediates of formula (5) and/or (5') are reduced with a suitable reducing agent, resulting in intermediate of formula (6).

The reduction step can conveniently be accomplished by treatment of intermediates of formula (4) and/or (4') wherein R[2] is hydrogen, or (5) and/or (5') with metal hydrides such as borane complexes, diborane, lithium borohydride, sodium borohydride-LiCl, disobutylaluminum hydride or lithium aluminum hydride in suitable anhydrous solvents. Examples of suitable anhydrous solvent include but are not limited to dichloromethane, toluene, xylene, benzene, pentane, hexane, heptane, petrol ether, 1,4-thioxane, diethyl ether, disopropyl ether, tetrahydrofuran, 1,4-dioxane, 1,2-dimethoxiethane, and in general any anhydrous solvent susceptible to being used in a chemical reduction process using the reagents cited above. Said reduction step can be carried out at temperatures that ranges between about −78° C. and about 55° C., the preferred temperatures lying between about −18° C. and about room temperature. The reaction time may range up to about 24 hours, and suitably vary between about 2 and about 24 hours. According to a preferred embodiment, the reduction step is performed using lithium borohydride in tetrahydrofuran. Alternatively, reduction may be accomplished using catalytic hydrogenation. Catalytic hydrogenation may suitably be performed using $H_2$ in combination with metals, including Pd. Pt, Ni and carbon.

In case R[2] is a hydrogen, an alternative route may be followed in preparing an intermediate of formula (6) from an intermediate of formula (3). In any of these two alternatives, a Nef procedure is employed. Thus, the conversion of intermediate of formula (3) to intermediate of formula (6), may be alternatively performed by a process comprising the steps of first reducing intermediate of formula (3) with a suitable reducing agent, resulting in an intermediate of formula (9) and secondly submitting the obtained intermediate of formula (9) to a Nef reaction by treatment with a base and then with a strong acid resulting in an intermediate of formula (6).

The last step consists of converting an intermediate of formula (6) to the desired compound of formula (7) by a cyclisation reaction. The cyclisation reaction occurs via an intramolecular transacetalisation reaction and can be performed in any acid-compatible organic solvent or a combination of a water miscible solvent and water and in the presence of a strong organic or inorganic acid. Said reaction is suitably performed by treatment of intermediate of formula (6) with a catalytic amount of a strong acid. In a preferred embodiment, the strong acid is selected from group consisting of hydrochloric acid and sulfuric acid. Said

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

17    18

cyclisation step can be carried out at temperatures that range between about −78° C. and about 55° C., the preferred temperatures lying between about −18° C. and about room temperature.

Pure stereoisomeric forms of the above-mentioned compounds and intermediates may be synthesized by said above-described synthesis procedures. For instance, enantiomerically pure starting materials will be employed.

According to a preferred embodiment said above-described method is suitable for the preparation of (3R,3aS, 6aR) hexahydro-furo[2,3-b]furan-3-ol of formula (7.1)

7.1



In a first step, an intermediate of formula (1a) is reacted with a suitable oxycarbonylmethylene reagent as described above resulting in an α,β-unsaturated ester of formula (2a) wherein $P^1$, $P^2$, $R^1$ and $R^2$ have the same meaning as that defined above. The reaction conditions are the same as those described previously for the condensation step. Intermediate (1a) may be preheated prior to a Knoevenagel reaction. Suitable preheating temperatures range from 40–70° C., preferably 50–65° C. The intermediate may then be cooled before the reaction. The order of adding the reagents may influence the yield of the reaction. For instance, in case a Knoevenagel type of condensation is used, it may be convenient to add the oxycarbonylmethylene reagent to intermediate (1a) prior to adding the dehydrating reagent. The manner of adding the dehydrating reagent may influence the yield of the reaction. The dehydrating reagent may be added slowly i.e. by dosing. After adding the dehydrating reagent, the reaction may be performed at temperatures in the range 20–60° C., preferably in the range 35–55° C.

1a



2a



In a second step, said ester of formula (2a) is reacted with nitromethane in the presence of a suitable base, resulting in intermediates of formula (3a) and (3b), wherein $R^1$, $R^2$, $P^1$ and $P^2$ are defined as above.

3a



3b



The reaction conditions are the same as those previously described for the nitromethane addition step. The reaction is preferably carried out in an alcoholic solvent in the presence of a non-nucleophilic base such as DBU or sodium methoxide, at room temperature. Depending on the starting material and reaction conditions, this step can be performed stereoselectively.

The next step consists in the transformation of intermediates of formula (3a) and (3b) to the corresponding formyl derivatives via a Nef reaction. According to a preferred embodiment intermediates of formula (3a) and (3b) are treated with a base and subsequently added to a concentrated strong acid alcoholic solution leading to the conversion of the nitromethane radical of intermediates of formula (3a) and (3b) to a formyl group. Concurrently, the acid treatment also catalyses the cleavage of the protecting groups $P^1$ and $P^2$, resulting in an intramolecular acetal formation leading to intermediates of formula (4a) and (4'a), respectively, wherein $R^1$, $R^2$ and $R^4$ are defined as above. Examples of a strong acid alcoholic solution include sulfuric acid in $CH_3OH$. The temperature during treatment with a strong acid alcoholic solution is room temperature or lower. Preferably, the temperature is below 15° C., more preferably, the reaction is performed below 10° C.

4a



4'a



The reaction conditions are the same as those previously described for the Nef reaction.

At this stage of the synthesis procedure, when $R^2$ is $COOR^3$, a decarboxylation step is implemented for inter-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

19 20

mediates of formula (4a) and (4'a). The decarboxylation step consists of the removal of the —C(=O)—OR³ in intermediates of formula (4a) and (4'a). In a preferred embodiment the decarboxylation step is performed by treating intermediates of formula (4a) and (4'a) with a suitable base, such as sodium hydroxide or potassium hydroxide, under heating conditions, resulting, after acidification, in the decarboxylated products of formula (5a) and (5'a) respectively. Concurrently, R¹ in intermediate of formula (4') is replaced by hydrogen, resulting in a carboxylic acid moiety in intermediate (5'a).

Decarboxylation can also be performed using halides. Suitable reagents include KI, NaCl, LiI, LiBr and KBr, preferably KI. KI can be dissolved in a solvent such as N-methylpyrrolidone.

Alternatively, decarboxylation can be performed in buffered aqueous solutions. A suitable buffer includes citric acid buffer at pH~6. The decarboxylation reaction is then performed at elevated temperature, suitably between 50° C. and reflux temperature. Preferably, the reaction temperature is above 60° C.

The decarboxylated mixture can be neutralized using strong acidic resins including DOWEX-H+® or mild acidic resins including AMBERJET®. Said resins can also be used for the cyclization reaction. Mild acidic resins of type AMBERJET® are also suitable for neutralizing the reaction.

5a



5'a



In the next step, intermediate of formula (4'a), when R² is a hydrogen atom, or the intermediate of formula (5'a) is separated from intermediate of formula (4a) or (5a) respectively, by means of chromatography or acid/base extraction. Intermediate of formula (4'a) or (5'a) can be extracted from the reaction mixture using art-known methods such as with a basic aqueous solution like sodium bicarbonate solution in an organic non-water miscible solvent. The reaction is further carried out with isolated intermediate of formula (4a) or (5a).

Intermediate (5a) can be crystallized using organic solvents. Suitable solvents include isopropylalcohol, ethylacetate, ethanol and methylisobutylketon. An interesting solvent is isopropylalcohol.

In the next step, intermediate of formula (4a) or (5a) is reduced with a suitable reducing agent resulting in intermediate of formula (6a), wherein R⁴ is defined as above.

6a



The reduction step can be accomplished using the same conditions as previously described for the reduction step. According to a preferred embodiment, this step is performed using lithium borohydride in tetrahydrofuran. Alternatively, the reduction can be performed using LiAlH₄ or NaBH₄ in the presence of LiCl. Catalytic hydrogenation can also be used. Catalytic hydrogenation can be performed using hydrogen gas in the presence of a suitable catalyst. Examples of catalysts suitable for catalytic hydrogenation including nickel, palladium and platina. Suitably, the catalyst is present on an inert surface such as charcoal.

The last step consists of converting intermediate of formula (6a) to the compound of formula (7.1) by a cyclisation reaction. The cyclisation reaction occurs via an intramolecular transacetalisation reaction. Said reaction is preferably performed by treatment of intermediate of formula (6a) with a catalytic amount of a strong acid. In a preferred embodiment, the strong acid is selected from group consisting of hydrochloric acid and sulfuric acid. In one embodiment, the cyclization is performed at low temperature. Preferably, the temperature is below 15° C., more preferably, below 5° C. Following acid treatment, the mixture is neutralized using a suitable base and compound 7.1 is isolated.

Said above-described method is suitable for the preparation of (3R,3aR,6aS) hexahydro-furo[2,3-b]furan-3-ol of formula (7.2), by following the sequence of reactions described above.

7.2



The reaction conditions of the condensation step, and the nitromethane addition step are controlled such that intermediate of formula (3b) is obtained in the highest possible yield, by changing for example the type of base used, the solvent and the reaction temperature. After the Nef reaction, the next step consists of isolating intermediates of formula (4'a) or (5'a) and then reducing said intermediate to obtain intermediate of formula (6b),

6b



which is further cyclised to compound of formula (7.2).

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038289

DTX-0007 (Page 12 of 25)

US 7,126,015 B2

**21**

Similarly, (3S,3aR,6aS) hexahydro-furo[2,3-b]furan-3-ol of formula (7.3), can be obtained by a method according to the present invention, starting from optically pure intermediate of formula (1b).



7.3



1b

In a first step an intermediate of formula (1b) is reacted with a suitable oxycarbonylmethylene reagent resulting in an $\alpha,\beta$-unsaturated ester of formula (2b), wherein $P^1$, $P^2$, $R^1$ and $R^2$ have the same meaning as that defined above.



2b

The reaction conditions are the same as that previously described for the condensation step.

In a second step, said ester of formula (2b) is reacted with nitromethane in the presence of a suitable base, resulting in intermediates of formula (3c) and (3d), wherein $R^1$, $R^2$, $P^1$ and $P^2$ are defined as above.



3c



3d

The reaction conditions are the same as that previously described for the nitromethane addition step. The reaction is preferably carried out in an alcoholic solvent in the presence of a non-nucleophilic base such as DBU, at room temperature.

The next step consists in the transformation of intermediates of formula (3c) and (3d) to the corresponding formyl derivatives via a Nef reaction. According to a preferred embodiment intermediates of formula (3c) and (3d) are treated with a base and subsequently added to a concentrated strong acid alcoholic solution. The acid treatment also catalyses the cleavage of the protecting groups $P^1$ and $P^2$,

**22**

resulting in an intramolecular acetal formation leading to intermediates of formula (4b) and (4'b), respectively, wherein $R^1$, $R^2$ and $R^4$ are defined as above.



4b



4'b

The reaction conditions are the same as those previously described for the Nef reaction.

At this stage of the synthesis procedure, when $R^2$ is $COOR^3$, a decarboxylation step is implemented for intermediates of formula (4b) and (4'b). The decarboxylation step consists of the removal of the —C(=O)—OR$^1$ in intermediates of formula (4b) and (4'b). In a preferred embodiment the decarboxylation step is performed by treating intermediates of formula (4b) and (4'b) with a suitable base, such as sodium hydroxide or potassium hydroxide, under heating conditions, resulting, after acidification, in the decarboxylated products of formula (5b) and (5'b) respectively. Concurrently, $R^1$ in intermediate of formula (4'b) is replaced by hydrogen, resulting in a carboxylic acid moiety in intermediate (5'b).



5b



5'b

In the next step, intermediate of formula (4'b) wherein $R^2$ is a hydrogen atom, or intermediate of formula (5'b), is separated from intermediate of formula (4b) or (5b) by means of chromatography or acid/base extraction. The reaction is further carried out with intermediate of formula (4'b) or (5'b).

In the next step, intermediate of formula (4'b) or (5'b) is reduced with a suitable reducing agent resulting in intermediate of formula (6c), wherein $R^4$ has the same meaning as that defined above.

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038290
DTX-0007 (Page 13 of 25)

US 7,126,015 B2

**23**                                 **24**



6c

The reduction step can be accomplished using the same reaction conditions as those previously described for the reduction step.

The last step consists of converting intermediate of formula (6c) to the compound of formula (7.3) by a cyclisation reaction. The cyclisation reaction occurs via an intramolecular transacetalisation reaction. Said reaction is preferably performed by treatment of intermediate of formula (6c) with a catalytic amount of a strong acid in water. In a preferred embodiment, the strong acid is selected from group consisting of hydrochloric acid and sulfuric acid.

The preparation of (3S, 3aS, 6aR) hexahydro-furo[2,3-b] furan-3-ol of formula (7.4) can suitably be performed,



7.4

by following the sequence of reactions described above for the synthesis of compound of formula (7.3) and controlling the conditions of the condensation step, and the nitromethane addition step, such that intermediate of formula (3b) is obtained as the major isomer, by changing for example the type of base used, the solvent and the reaction temperature. After the Nef reaction, the next step consists of isolating intermediates of formula (4b) or (5b) and then reducing said intermediate to obtain intermediate of formula (6d),



6d

which is further cyclised to compound of formula (7.4).

Another aspect of the present invention relates to new intermediates and methods of producing the same. The present invention relates to new intermediates having the formula (3), wherein $P^1$ and $P^2$ are defined as above, $R^2$ is $COOR^3$, and $R^1$ and $R^3$ are defined as above, said intermediates having the formula (3.1).



3.1

Said intermediates of formula (3.1) are obtainable by the methods of the present invention.

Also intermediates of formula (3) wherein $R^2$ is hydrogen, said intermediates having the formula (3.2), are deemed novel provided that when $P^1$ and $P^2$ taken together form an isopropylidene, $R^1$ is other than methyl or ethyl.



3.2

According to a preferred embodiment the present invention relates to intermediates having the stereochemistry (3a), (3b), (3c) and (3d), wherein $P^1$, $P^2$, $R^1$, $R^2$, $R^3$ have the same meaning as that defined above.



3a



3b



3c



3d

According to a more preferred embodiment the present invention relates to intermediates of formula (3a), (3b), (3c) and (3d), wherein $P^1$, $P^2$ form together a vicinal-diol protecting group, $R^2$ is $COOR^3$, said intermediates having the

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038291
DTX-0007 (Page 14 of 25)

US 7,126,015 B2

**25**

formula (3a.1), (3b.1), (3c.1) and (3d.1) respectively. Suitably, $R^1$ and $R^3$ each independently are selected from the group consisting of methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl, more interestingly, $R^1$ and $R^3$ are the same.



3a.1



3b.1



3c.1



3d.1

In a yet more preferred embodiment the present invention relates to intermediates having the formula (3a.1), (3b.1), (3c.1) and (3d.1), wherein $P^1$ and $P^2$ taken together form a dialkyl methylene, said intermediates having the formula (3a.1a), (3b.1a), (3c.1a) and (3d.1a) respectively. Suitably, $R^1$ and $R^3$ each independently are selected from the group consisting of methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl, more interestingly, $R^1$ and $R^3$ are the same. In a more preferred embodiment, $R^1$ and $R^3$ each independently are methyl, ethyl or tert-butyl and more interestingly, $R^1$ and $R^3$ are the same.



3a.1a

**26**

-continued



3b.1a



3c.1a



3d.1a

Another preferred embodiment of the present invention relates to intermediates of formula (3a), (3b), (3c) and (3d), wherein $P^1$, $P^2$ form together a vicinal-diol protecting group, $R^2$ is H, said intermediates having the formula (3a.2), (3b.2), (3c.2) and (3d.2) respectively. Suitably, $R^1$ is selected from the group consisting of methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl.



3a.2



3b.2



3c.2

DEFs-JT(Daru) 038292
DTX-0007 (Page 15 of 25)

US 7,126,015 B2

27

28

-continued

3d.2



In yet another preferred embodiment the present invention relates to intermediates having the formula (3a.2), (3b.2), (3c.2) and (3d.2), wherein $P^1$ and $P^2$ taken together form a dialkyl methylene, said intermediates having the formula (3a.2a), (3b.2a), (3c.2a) and (3d.2a) respectively. Suitably, $R^1$ is selected from the group consisting of methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl, more interestingly, $R^1$ is methyl, ethyl or tert-butyl.

3a.2a



3b.2a



3c.2a



3d.2a



Intermediates of formula (3c.2a) and (3d.2a) wherein $R^1$ is ethyl have been described in Patrocinio et al., Synthesis (1994), 5, 474–6.

Suitable, in the intermediates of formula (3a.1a), (3b.1a), (3c.1a) and (3d.1a), and (3a.2a), (3b.2a), (3c.2a) and (3d.2a), alkyl is $C_{1-6}$alkyl, preferably, $C_{1-4}$alkyl, and most preferably methyl or ethyl.

In general, the synthesis of the stereoisomeric forms of formula (3a), (3b), (3c) or (3d) can be performed by starting with optically pure intermediate of formula (1a) or (1b) respectively.

Yet another aspect of the invention relates to intermediates of formula (4), (4'), (5) and (5') which are deemed novel. Said intermediates are obtainable by a method according to the invention.

According to a preferred embodiment the present invention relates to intermediates of formula (5a), (5'b), wherein $R^4$ is selected for the group consisting of methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl and pentyl. In a more preferred embodiment, $R^4$ is methyl or ethyl.

The synthesis of intermediates of formula (5a) or (5'b) are conveniently carried by starting with optically pure intermediate of formula (1a) or (1b) respectively.

The compounds of formula (7) find their particular use in the preparation of a medicament. According to a preferred embodiment, the present compounds of formula (7) are used as precursor in the preparation of anti-viral drugs, in particular anti-HIV drugs, more in particular HIV protease inhibitors.

The compound of formula (7.1) and all intermediates leading to the formation of said stereoisomerically pure compound are of particular interest in preparing HIV protease inhibitors as disclosed in WO 95/24385, WO 99/65870, WO 00/47551, WO 00/76961 and U.S. Pat. No. 6,127,372, WO 01/25240, EP 0 715 618 and WO 99/67417 all incorporated herein by reference, and in particular, the following HIV-protease inhibitors.

[(1S,2R)-2-hydroxy-3-[[(4-methoxyphenyl)sulfonyl](2-methylpropyl)amino]-1-(phenyl-methyl)propyl]-carbamic acid (3R,3 aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl ester (HIV protease inhibitor 1);

[(1S,2R)-3-[[(4-aminophenyl)sulfonyl](2-methylpropyl) amino]-2-hydroxy-1-(phenyl-methyl)propyl]-carbamic acid (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl ester (HIV protease inhibitor 2);

[(1S,2R)-3-[(1,3-benzodioxol-5-ylsulfonyl)(2-methylpropyl)amino]-2-hydroxy-1-(phenylmethyl)propyl]-carbamic acid (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl ester (HIV protease inhibitor 3), or any pharmaceutically acceptable addition salt thereof.

Thus, the present invention also relates to HIV protease inhibitors 1, 2, 3 or any pharmaceutically acceptable salt or prodrug thereof, obtained by using a compound of formula (7.1) prepared according to the present invention in the chemical synthesis of said HIV protease inhibitors. Such chemical synthesis is disclosed in the art, for instance in WO 01/25240, EP 0 715 618 and WO 99/67417.

The following examples are meant to be illustrative of the present invention. These examples are presented to exemplify the invention and are not to be construed as limiting the invention's scope.

EXPERIMENTAL SECTION

General Procedures:

Proton NMR spectra were recorded on a Bruker Avance DPX 400 MHz NMR spectrometer. Proton chemical shifts are reported in ppm ($\delta$) relative to internal tetramethylsilane (TMS, $\delta 0.0$). Analytical thin-layer chromatography (TLC) was performed using silica gel 60 A $F_{254}$ precoated plates (0.25 mm thickness). TLC Rf values are reported. Visual-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

<table>
<tr><td>29</td><td>30</td></tr>
</table>

ization was accomplished by staining with a solution of KMnO$_4$ in acetone or with a solution of vaniline in a 1/1 mixture of water and concentrated sulfuric acid. Analytical gas chromatography (GC) was performed using a DB-XLB column. Analytical chiral GC was performed using a cyclodex-β column. Detection on both columns was accomplished by employing a flame ionization detector. All solvents and reagents were retrieved by commercial suppliers and used without any treatment or purification prior to their use. L-5,6-O-Isopropylidene-gulono-1,4-lactone was prepared from L-ascorbic acid according to C. Hubschwerlen Synthesis 1986, 962–964.

(determined by $^1$H NMR). The $^1$H NMR spectrum was consistent with that of the desired structures.

Synthesis of I.4

Compound (I.3, 0.1 mol, 20 g, E/Z: 96/4) and nitromethane (0.11 mol, 6.7 g) were dissolved in acetonitrile (200 ml) and cooled to 0° C. A solution of 1,8-diazabicyclo-[5.4.0]undec-7-ene (0.15 mol, 22.8 g) in acetonitrile (50 ml) was added dropwise over 5 minutes. The reaction mixture was stirred overnight at room temperature. Then, most the solvent was removed under reduced pressure. The oily residue was diluted with water (200 ml) and extracted with

Example.I



Synthesis of I.3

Potassium periodate (0.25 mol, 57.5 g) and potassium hydrogen carbonate (0.25 mol, 25 g) were slurried in water (100 ml) and cooled to 0° C. L-5,6-O-Isopropylidene-gulono-1,4-lactone (I.1, 0.12 mol, 26 g) was dissolved in tetrahydrofuran (100 ml) and water (100 ml) and added dropwise over 20 minutes to the periodate solution at 0° C. After addition, the mixture was stirred at room temperature for 4 hours and then cooled to 0° C. The solids were removed by filtration and washed with tetrahydrofuran (100 ml). The combined organic filtrates containing 2,3-O-isopropylideneglyceralde-hyde (I.2) were used without evaporation of the solvents in the next step. Triethylphosphonoacetate (0.114 mol, 32 g) was added to the combined filtrates at 0° C. Potassium carbonate (0.6 mol, 83 g) was dissolved in water (160 ml) and added dropwise over 1 hour at 0° C. to the reaction mixture. The two-phase solution was stirred for 4 hours. The organic phase was separated and the aqueous phase was extracted with ethyl acetate (3×100 ml). The combined organic phases were washed with water (2×100 ml) and the solvent was evaporated to give a pale yellow oil. This crude oil was filtered through silica, eluting with n-hexane/ethyl acetate (10/90) to yield compound (I.3, 14.3 g, yield=60%) as an E/Z mixture in a ratio 96/4

ethyl acetate (3×200 ml). The combined organic layers were washed with 5% hydrochloric acid (200 ml) and then with a saturated sodium hydrogen carbonate solution. Drying over MgSO$_4$ and evaporation under reduced pressure afforded intermediate (I.4, 9 g, yield=34%) in a syn/anti ratio of 75/25 (determined by $^1$H NMR). The $^1$H NMR spectrum was consistent with that of the desired structures.

Synthesis of I.5

A solution of compound (I.4, 0.03 mol, 7.8 g, syn/anti: 75/25) in tetrahydrofuran (100 ml) was cooled to 0° C. Lithium borohydride (0.045 mol, 1 g) was added in portions over 30 minutes and the mixture was stirred overnight at room temperature. The reaction was quenched by the slow addition of a saturated ammonium chloride solution (100 ml) under cooling (0° C.), extracted with ethyl acetate (10×50 ml) and dried over MgSO$_4$. Evaporation under reduced pressure afforded compound (I.5, 6.02 g, yield=92%) as an oil. The $^1$H NMR spectrum was consistent with that of the desired structures.

Synthesis of hexahydro-furo[2,3-b]furan-3-ol (7.1 and 7.2):

To a stirred solution of compound (I.5, 0.011 mol, 2.4 g, syn/anti mixture) in isopropanol (20 ml), potassium tert-butoxide (0.0132 mol, 1.5 g) was added portionwise over 30

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038294
DTX-0007 (Page 17 of 25)

US 7,126,015 B2

| 31 | 32 |

minutes at room temperature. The basic solution was transferred to an addition funnel and added dropwise over 10 minutes to a cooled (0° C.) vigorously stirred mixture of concentrated (37%) hydrochloric acid (0.0275 mol, 2.3 ml) in isopropanol (20 ml). The reaction mixture was stirred for 2 hours at room temperature, then triethylamine (0.022 mol, 2.2 g) was added dropwise causing Et3N.HCl salts to precipitate. The reaction mixture was diluted with ethyl acetate (50 ml) and filtered to remove the salts. The solvent was evaporated under reduced pressure. The residue was diluted with ethyl acetate (50 ml) causing more Et3N.HCl salts to precipitate. The salts were removed by filtration and the solvent was evaporated under reduced pressure. The residual oil was further purified by silica gel plug filtration with ethyl acetate as eluent to afford a mixture of compounds (7.1/7.2, 1.03 g, yield=72%) in a ratio of 78/22 (determined by ¹H NMR). Analytical samples of the pure compounds (7.1, Rf$_{7.1}$=0.27) and (7.2, Rf$_{7.2}$=0.15) were obtained by means of silica gel chromatography using ethyl acetate as the solvent.

(3R,3aS,6aR)-Hexahydro-furo[2,3-b]furan-3-ol (7.1): ¹H NMR (400 MHz, CDCl₃): δ 1.81–1.91 (1H, m), 2.28–2.34 (1H, m), 2.83–2.89 (1H, m), 3.11 (1H, broad s), 3.35–3.59 (1H, m), 3.85–3.98 (3H, m), 4.38–4.45 (1H, m), 5.66 (1H, d, J=5.2 Hz).

(3R,3aR,6aS)-Hexahydro-furo[2,3-b]furan-3-ol (7.2): ¹H NMR (400 MHz, CDCl₃): δ 1.68–1.75 (1H, m), 2.12–2.23 (1H, m), 2.42 (1H, broad s), 2.79–2.85 (1H, m,), 3.81–3.91 (3H, m), 3.964.01 (1H, m), 4.23 (1H, m), 5.89 (1H, d, J=4.9 Hz).

The reaction mixture was stirred overnight at room temperature, then transferred into an addition funnel and added dropwise over 30 minutes to a cooled (0° C.) vigorously stirred solution of concentrated sulfuric acid (0.03 mol, 0.8 ml) in ethanol (10 ml). After stirring at room temperature overnight, the reaction mixture was diluted with water (100 ml) and extracted with dichloromethane (3×50 ml). The combined organic phases were washed with a saturated sodium hydrogen carbonate solution (100 ml), dried over MgSO₄ and evaporated under reduced pressure to afford a crude mixture of products (II.3/II.3°, 1.27 g, yield=58%) as an oil. Using ¹H NMR analysis, compound II.3 was identified as the major component in the product mixture. The crude product mixture was used as such in the next step.

Synthesis of (7.1) and (7.2) from Crude (II.3/II.3'):

The crude product mixture (II.3/II.3°) (0.006 mol, 1.27 g) was dissolved in tetrahydrofuran (20 ml) and cooled to 0° C. Lithium borohydride (0.009 mol, 200 mg) was added in portions over 5 minutes and the mixture was stirred overnight at room temperature. The solvent was evaporated under reduced pressure and the residue was dissolved in isopropanol (25 ml). Concentrated (37%) hydrochloric acid (1 ml) was added dropwise and the mixture was stirred for 4 hours at room temperature. Then, triethylamine (5 ml) was added dropwise causing Et3N.HCl salts to precipitate. The reaction mixture was diluted with ethyl acetate (100 ml) and filtered to remove the salts. The solvent was evaporated under reduced pressure. The residue was diluted with ethyl acetate (100 ml) causing more Et3N.HCl salts to precipitate.

Example II



Synthesis of II.3 and II.3'

A solution of nitromethane (0.011 mol, 0.67 g) in ethanol (5 ml) was cooled to 0° C. 1,8-Diazabicyclo[5.4.0]undec-7-ene (0.015 mol, 2.3 g) in ethanol (5 ml) was added dropwise and the mixture was stirred for 30 minutes. Compound (II.1, 0.01 mol, 2 g, E/Z=96/4) was dissolved in ethanol (5 ml) and added dropwise to the solution at 0° C.

The salts were removed by filtration and the solvent was evaporated under reduced pressure. The residual oil was further purified by silica gel plug filtration with ethyl acetate as eluent to afford a mixture of compounds (7.1/7.2, 0.68 g, yield 87%) in a ratio of 87/13 (determined by ¹H NMR). The ¹H NMR spectrum was consistent with that of the desired structures.

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

33                                                              34

Example III



## Synthesis of III.2

2,3-O-Isoproylidene-glyceraldehyde (III.1, 0.1 mol, 65 g of a 20% w/w solution of III.1 in tetrahydrofuran) was mixed with dimethyl malonate (0.15 mol, 19.8 g), acetic anhydride (0.3 mol, 30.6 g) and pyridine (0.05 mol, 3.95 g) and stirred at room temperature overnight. The reaction mixture was evaporated under reduced pressure. The residual oil was diluted with dichloromethane (200 ml), washed with a saturated sodium hydrogen carbonate solution (3×100 ml), dried over MgSO$_4$ and evaporated under reduced pressure. Fractionated distillation afforded (III.2), bp: 88–94° C./0.03 mmHg, 14.2 g, yield=58%, purity by GC: 83%). TLC (ethyl acetate/hexane 20/80): Rf$_{(III.2)}$=0.43 (KMnO$_4$ in acetone). $^1$H NMR (400 MHz, CDCl$_3$): δ 1.39 (3H, s), 1.45 (3H, s), 3.71–3.75 (1H, m), 3.81 (3H, s), 3.83 (3H, s), 4.25–4.29 (1H, m), 4.90–4.95 (1H, m), 7.04 (1H, d, J=7.1 Hz).

## Synthesis of (III.3):

To a stirred solution of (III.2, 2 mmol, 490 mg) in methanol (20 ml), was added first nitromethane (2.2 mmol, 134 mg) and then 1,8-diazabicyclo[5.4.0]undec-7-ene (0.5 mmol, 76 mg) and the reaction mixture was stirred at room temperature for 3 hours. The solvents were evaporated under reduced pressure. The residual oil was diluted with a saturated ammonium chloride solution, extracted with dichloromethane, dried over MgSO$_4$ and evaporated under reduced pressure to afford crude (III.3) as a syn/anti mixture in ratio's ranging from 90/10 to 97/3 (determined by $^1$H NMR). TLC (ethyl acetate/hexane 20/80): Rf$_{(III.3)}$=0.29 (KMnO$_4$ in acetone): the syn/anti-(III.3) isomers do not appear as separated spots on TLC. The structure of compound syn-(III.3)

was identified from the $^1$H NMR spectrum of the crude reaction mixture: syn-(III.3): $^1$H NMR (400 MHz, CDCl$_3$): δ 1.23 (3H, s), 1.31 (3H, s), 3.13 (1H, ~quintet, J=5.5 Hz), 3.55 (1H, d, J=5.5 Hz), 3.66–3.69 (overlapping, 1H, m), 3.68 (3H, s), 3.70 (3H, s), 4.05 (1H, dd, J$_1$=8.8 Hz, J$_2$=6.7 Hz), 4.22 (1H, ~q, J=5.9 Hz), 4.60 (1H, dd, J=14.8 Hz, J$_2$=4.8 Hz), 4.67 (1H, dd, J$_1$=14.8 Hz, J$_2$=5.9 Hz).

## Synthesis of (III.4/III.4') from (III.2):

To a stirred solution of (III.2, 0.05 mol, 12.2 g) in methanol (50 ml), was added first nitromethane (0.055 mol, 3.36 g) and then 1,8-diazabicyclo[5.4.0]undec-7-ene (5 mmol, 760 mg) and the reaction mixture was stirred at room temperature for 4 hours. The reaction mixture was cooled to 0° C. and a solution of sodium methoxide 2N in methanol (0.05 mol, 25 ml) was added dropwise over 30 minutes. The mixture was then transferred to an addition funnel and added dropwise over 45 minutes to a cooled vigorously stirred solution of concentrated sulfuric acid (0.125 mol, 12 g) in methanol (25 ml), keeping the internal temperature <10° C. During the addition, a white precipitate was formed and the suspension was stirred overnight at room temperature. The reaction mixture was evaporated to half of the original volume and then slowly poured into a cooled saturated sodium hydrogen carbonate solution (200 ml), keeping the internal temperature <10° C. The aqueous phase was extracted with ethyl acetate (4×50 ml), the combined extracts were washed with water (50 ml) and evaporated to afford a mixture of crude compounds (III.4/III.4', 8.37 g, yield=78%) as an oil. The $^1$H NMR spectrum of the crude reaction mixture showed compound (III.4) to be the major reaction product. An analytical sample of compound (III.4)

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038296

DTX-0007 (Page 19 of 25)

US 7,126,015 B2

35

was obtained by flash chromatography on silica gel, eluting with ethyl acetate/hexane 50/50. TLC (ethyl acetate/hexane 50/50): $Rf_{(III.4)}$=0.45 (KMnO$_4$ in acetone). (III.4): $^1$H NMR (400 MHz, CDCl$_3$): δ 3.33 (3H, s), 3.39 (1H, dd, J=7.0 Hz J$_2$=4.4 Hz), 3.58 (1H, d, J=4.4 Hz), 3.82 (3H, s), 3.97 (1H, dc, J$_1$=11 Hz, J$_2$=3.9 Hz), 4.10 (1H, d, J=11 Hz), 4.95 (1H, s), 5.23 (1H, dd, J=7.0 Hz, J$_2$=3.9 Hz).

Synthesis of (III.5):

Potassium hydroxide (0.025 mol, 1.42 g) was dissolved in methanol (10 ml) and water (2 ml). A solution of crude (III.4/III.4', 0.023 mol, 5.2 g) in methanol (10 ml) was added and the reaction mixture was heated under reflux for 2 to 3 hours. TLC analysis indicated the complete conversion of all starting material (III.4/III.4') and the reaction mixture was concentrated under reduced pressure to ⅓ of the original volume. The residual solution was mixed with acetic acid (10 ml) and stirred at room temperature for 2 hours. Then, the reaction mixture was diluted with water (20 ml) and extracted with ethyl acetate (3×20 ml). The combined organic layers were washed with a saturated sodium hydro-

36

cooled on ice and quenched by addition of water (5 ml). The reaction mixture was evaporated under reduced pressure (bath temperature=40° C., P=200 mbar) until most of the tetrahydrofuran was evaporated and the residual aqueous solution was acidified with 2N hydrochloric acid to pH=0–1. The reaction mixture was stirred for 1 hour at room temperature, saturated with sodium chloride and extracted with ethyl acetate (5×20 ml). The combined organic layers were dried over MgSO$_4$ and evaporated under reduced pressure to give compound (7.1, 1.01 g, yield=71%) as a colorless oil. The structure of (7.1) was confirmed by the $^1$H NMR spectrum. The enantiomeric purity of compound (7.1) was determined by GC analysis of its acetate. Therefore, compound (7.1, 0.5 g) was mixed with acetic anhydride (2 g) and N,N-dimethyl-4-aminopyridine (100 mg) and stirred at room temperature overnight. The reaction mixture was diluted with hexane (50 ml) and washed with a saturated hydrogen carbonate solution (2×50 ml) and then with water (50 ml). Chiral GC analysis of the hexane solution allowed to determine the enantiomeric excess of compound (7.1) to be >99%.

Example IV



gen carbonate solution (20 ml), dried over MgSO$_4$ and evaporated under reduced pressure to afford compound (III.5, 2.35 g, yield=65%) as a solid. An analytical sample of compound (III.5) was obtained by recrystallisation from isopropanol to afford pure compound (III.5) as colorless needles. TLC (EtOAc): $Rf_{(III.5)}$=0.49. (III.5): $^1$H NMR (400 MHz, CDCl$_3$): δ 2.51 (1H, dd, J$_1$=18.6 Hz, J$_2$=4.0 Hz), 2.84 (1H, dd, J$_1$=18.6 Hz, J$_2$=11.3 Hz), 3.00–3.06 (1H, m), 3.33 (3H, s), 3.95 (1H, dd, J$_1$=10.9 Hz, J$_2$=3.9 Hz), 4.10 (1H, d, J=10.9 Hz), 4.88 (1H, s), 5.14 (1H, dd, J$_1$=7.0 Hz, J$_2$=3.9 Hz).

Synthesis of (7.1) from (III.5):

To a cooled (0° C.) solution of compound (III.5, 0.011 mol, 1.88 g) in tetrahydrofuran (20 ml), lithium borohydride (0.017 mol, 370 mg) was added in portions over 10 minutes. The suspension was stirred overnight at room temperature until TLC analysis indicated the complete conversion of starting material (III.5). Then, the reaction mixture was

Synthesis of (IV.2)

2,3-O-Isopropylidene-glyceraldehyde (IV.1, 1654 mol, 1075 kg of a 20% w/w solution of (IV.1) in tetrahydrofuran) was mixed with dimethyl malonate (1 equiv., 1654 mol, 218 kg) and stirred at 20° C. for 3 hours. Pyridine (0.5 equiv., 827 mol, 65.5 kg) was added and the reaction mixture was heated to 45° C. At this temperature, a solution of acetic anhydride (3 equiv., 4962 mol, 506 kg) in tetrahydrofuran (506 kg) was added over a period of 4 hours. After heating for 12 hours at 45° C., most of the solvent (1200 kg) was removed by vacuum evaporation and the residual oil was diluted with toluene (2500 kg). The organic solution was added over a period of 2 hours to a vigorously stirred aqueous sodium hydrogen carbonate suspension previously prepared by mixing solid sodium hydrogen carbonate (190 kg) with 1N sodium hydrogen carbonate (1760 kg). After phase separation, the aqueous phase was removed and the organic phase was washed with 1N sodium hydrogen car-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038297

DTX-0007 (Page 20 of 25)

US 7,126,015 B2

37 | 38

bonate (1760 kg). Then, most toluene was evaporated under reduced pressure to a residual amount of about 450 kg. Further removal of toluene and solvent switch to methanol was performed by azeotropic distillation with methanol by repeated (twice) addition of methanol (500 kg) and evaporation of the same amount (500 kg) under reduced pressure. Finally, methanol (830 kg) was added to yield intermediate IV.2 (1280 kg of a 23.6% solution in methanol). Intermediate IV.2 was used as such in the next step.

Synthesis of (IV.4/IV.4') from (IV.2):

Intermediate (IV.2) (503 mol, 520 kg of a 23.6% w/w of IV.2 in methanol) was mixed with nitromethane (1.1 equiv., 553 mol, 62 kg of a 55% w/w of nitromethane in methanol) and to the stirred reaction mixture 1,8-diazabicyclo[5.4.0] undec-7-ene (0.1 equiv., 50.3 mol, 7.6 kg) was added over a period of 30 minutes under cooling, keeping the internal temperature <25° C. Stirring was continued at room temperature for 3 hours. The reaction mixture was cooled to 0° C. and sodium methoxide 2N in methanol (1.1 equiv., 553 mol, 100 kg of a 30% w/w solution of sodium methoxide in methanol) was added dropwise over 30 minutes, keeping the internal temperature at 0° C. After 30 minutes at 0° C., the reaction mixture was dosed over a period of 1 hour to a cooled (0° C.), vigorously stirred solution of concentrated sulfuric acid (2.5 equiv. 1258 mol, 128 kg of 96% sulfuric acid) in methanol (200 kg), keeping the internal temperature <10° C. The reaction mixture was further cooled to 0° C. and added to a vigorously stirred, cooled (0° C.) biphasic system of ethyl acetate (450 kg) and 1N sodium hydrogen carbonate (1.9 equiv., 1905 kg) over a period of 1 hour, keeping the internal temperature <15° C. The reaction mixture was filtered to remove most of the precipitated sodium sulfate. After phase separation, the organic phase was collected and the aqueous phase was extracted four times with ethyl acetate (total amount of ethyl acetate: 2250 kg). The collected organic phases were washed with brine (300 kg of a 23% w/w sodium chloride solution) and evaporated under reduced pressure to a residual amount of 750 kg (containing ca. 66 kg of intermediate IV.4). Intermediate IV.4 was used as such in the next step.

Synthesis of (IV.5) from (IV.4)

To a stirred solution of (IV.4) (750 kg of a solution ca. 66 kg IV.4 in methanol) was added water (38 kg) and potassium hydroxide (553 mol, 68 kg of 45% aqueous potassium hydroxide) and the reaction mixture was heated to reflux for 2 hours. After rapid cooling to 35° C., acetic acid (830 mol, 46 kg of 96% acetic acid) was added and the reaction mixture was evaporated under reduced pressure over a period of 10 hours to a residual amount of ca. 200 kg. After cooling to room temperature, more acetic acid (354 kg) was added over a period of 1 hour. After stirring for 2 hour at room temperature, most acetic acid was removed by vacuum evaporation over a period of 10 hours to a residual amount of ca. 250 kg. Water (800 kg) was added and the aqueous solution was extracted three times with ethyl acetate (3×700 kg). The combined organic layers were washed twice with 1N sodium hydrogen carbonate (2×586 kg). A third washing with 1N sodium hydrogen carbonate was performed with pH control; 1N sodium hydrogen carbonate was added until a pH of 6.8–7.2 (ca. 410 kg 1N sodium hydrogen carbonate was used). A solvent switch from ethyl acetate to isopropanol was performed by subsequent evaporation of the organic solution under reduced pressure to a residual amount of 200 kg, addition of isopropanol (350 kg), evaporation of the organic solution under reduced pressure to a residual amount of 200 kg and addition of isopropanol (350 kg). The

reaction mixture was heated to 60–70° C. and isopropanol was further evaporated at that temperature under reduced pressure to a residual amount of ca. 144 kg. After filtration, the reaction mixture was cooled to 0° C. over a period of 4–5 hours, allowing crystallisation of intermediate (IV.5). Filtration and drying (vacuum drying at 40° C.) of the crystals yielded intermediate (IV.5) (27 kg). Intermediate IV.5 was used as such in the next step.

Synthesis of (7.1):

To a solution of intermediate (IV.5) (180 mol, 30 kg) in tetrahydrofuran (160 kg), lithium borohydride (1.1 equiv., 198 mol, 43.1 kg of a solution of 10% lithium borohydride in tetrahydrofuran) was added over 30 minutes. The reaction mixture was heated to 50° C. over a period of 1 hour and stirred at that temperature for 2 hours. The obtained suspension was cooled to –10° C. and hydrochloric acid (1.2 equiv. relative to LiBH₄, 238 mol, 27.2 kg of 32% hydrochloric acid) was dosed over a period of 4 hours, keeping the internal temperature <–5° C. After stirring at –10° C. for an additional 2 hours, triethylamine (1.1 equiv. relative to HCl, 261 mol, 26.5 kg) was added over a period of 1 hour, while maintaining the internal temperature <0° C. A solvent switch to ethyl acetate was performed by distillation of the solvents under atmospheric pressure to a residual amount of ca. 100 kg, addition of ethyl acetate (360 kg) and further distillation of the tetrahydrofuran/ethyl acetate solvent mixture with continues addition of ethyl acetate to maintain a constant volume. This procedure was continued until a tetrahydrofuran/ethyl acetate ratio of 4:1 (checked by gas chromatography). The resulting mixture was cooled to 0° C., filtered and the filter cake was washed with two portions of ethyl acetate (2×30 kg). The collected filtrates were evaporated to yield compound (7.1) (18 Kg). The identity of compound 7.1 was confirmed using HPLC, NMR and chiral gas chromatography using reference samples from Example III.

What is claimed is:

1. A method for the synthesis of hexahydro-furo[2,3-b] furan-3-ol of formula (1) starting from an intermediate of formula (1) wherein P¹ and P² represent each independently a hydrogen, a hydroxy-protecting group or may together form a vicinal-diol protecting group,



1

transforming said intermediate of formula (1) into a nitromethane derivative of formula (3) wherein R¹ represents alkyl, aryl or aralkyl, R² represents hydrogen or C(=O)OR³, R³ represents alkyl, aryl or aralkyl, or R³, if present, and R¹ taken together with the atoms to which they are attached may form a 6 to 8-membered cyclic group which may be optionally substituted with alkyl, aralkyl, or aryl,

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

<table>
<tr><td>39</td><td>40</td></tr>
</table>

b) reacting said ester of formula (2) with nitromethane resulting in an intermediate of formula (3),



subsequently transforming said nitromethane derivative into a tetrahydrofuran derivative of formula (5) wherein $OR^4$ represents an alcoholate,



and then transforming the intermediate of formula (6) into hexahydro-furo[2,3-b]furan-3-ol of formula (7) by way of an intramolecular cyclisation reaction



**2.** A method according to claim **1** wherein the intermediate of formula (3) is transformed into an intermediate of formula (5) by making use of a Nef reaction.

**3.** A method according to claim **1** for the synthesis of hexahydro-furo[2,3-b]-furan-3-ol of formula (7), which comprises the steps of:

a) condensing an intermediate of formula (1)



resulting in an α,β-unsaturated ester of formula (2),



c) submitting said intermediate of formula (3) to a Nef reaction leading to intermediates of formula (4) and (4')



d) transforming said intermediates of formula (4) and (4') into an intermediate of formula (6) and,



e) converting intermediate of formula (6) to the compound of formula (7) by an intramolecular cyclisation reaction.

**4.** A method according to claim **1** for the synthesis of hexahydro-furo[2,3-b]furan-3-ol of formula (7), which comprises the steps of:

a) condensing an intermediate of formula (1) with $CHR^2R^5$—C(=O)—$OR^1$ wherein $R^5$ represents a hydrogen, a carboxylic ester, a phosphonium salt or a phosphonate ester,



resulting in an α,β-unsaturated ester of formula (2)

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

41 | 42



b) reacting said ester of formula (2) with nitromethane resulting in an intermediate of formula (3),



c) submitting said intermediate of formula (3) to a Nef reaction by treating it with a base and subsequently with a strong acid resulting in a mixture of intermediates of formula (4) and (4'),





d) only in case $R^2$ is different from hydrogen, decarboxylating the intermediates of formula (4) and (4') thus forming intermediates of formula (5) and (5') respectively,





e) reducing intermediates of formula (4) and (4'), or intermediates of formula (5) and (5') with a suitable reducing agent resulting in intermediate of formula (6) and,



f) converting intermediate of formula (6) to the compound of formula (7) by an intramolecular cyclisation reaction.

5. A method according to claim 1 for the synthesis of hexahydro-furo[2,3b]furan-3-ol of formula (7.1) starting from an intermediate of formula (1), wherein $P^1$ and $P^2$ taken together form an isopropylidene,



condensing said intermediate of formula (1) resulting in an intermediate of formula (2), wherein $P^1$ and $P^2$ taken together form an isopropylidene, $R^2$ represents —C(═O)$OR^3$, wherein $R^3$ is methyl and $R^1$ is methyl,



reacting said ester of formula (2) into a nitromethane derivative of formula (3) wherein $P^1$ and $P^2$ taken together form an isopropylidene, $R^2$ represents —C(═O)$OR^3$, wherein $R^3$ is methyl, and $R^1$ is methyl,



transforming said intermediate of formula (3) using a base and subsequently an acid to yield intermediates of formula (4) and (4'), wherein $R^2$ represents —C(═O)$OR^3$, wherein $R^3$ is methyl, $R^1$ is methyl and $R^4$ is methyl,

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,126,015 B2

43          44



decarboxylating intermediates of formula (4) leading to an intermediate of formula (5), wherein $R^4$ is methyl,



reducing said intermediate of formula (5) with a suitable reducing agent resulting in an intermediate of formula (6), wherein $R^4$ is methyl,



transforming the intermediate of formula (6) into compound 7.1 by way of intramolecular cyclization reaction

7.1



**6.** A method according to claim **3** wherein intermediate of formula (3) is submitted to a Nef reaction using acidic quenching while keeping the temperature below −10° C. during said quenching.

**7.** A method according to claim **4** wherein the decarboxylation of intermediates of formula (4) and (4') is performed in a buffered aqueous solution.

**8.** A method according to claim **3** wherein intermediate (6) is prepared via reduction of intermediates of formula (4) and (4') or intermediates of formula (5) and (5') using lithium borohydride in tetrahydrofuran or $NaBH_4$ in the presence of LiCl.

**9.** A method according to claim **3** wherein the cyclisation of intermediate of formula (6) to the compound of formula (7) is performed by adding a strong acid to the reaction mixture containing intermediate of formula (6).

**10.** A method according to claim **9** wherein the cyclisation reaction is performed at a temperature lower then 5° C.

**11.** A method according to claim **10** wherein the temperature of the reaction mixture while adding the strong acid to the reaction mixture remains lower than −5° C.

**12.** A method according to claim **1** wherein an intermediate of formula (3) is prepared by a process comprising the steps of first condensing an intermediate of formula (1) with nitromethane, resulting in an intermediate of formula (8) and secondly, reacting said intermediate of formula (8) with $CHR^7R^8$—C(=O)—$OR^1$ wherein $R^8$ is hydrogen or a carboxylic ester

8



**13.** A method according to claim **12** wherein the carboxylic ester is defined as C(=O)—$OR^1$.

**14.** A method according to claim **1** wherein an intermediate of formula (6) is prepared by a process comprising the steps of first reducing intermediate of formula (3) wherein $R^2$ is hydrogen with a suitable reducing agent, resulting in an intermediate of formula (9) and secondly submitting the obtained intermediate of formula (9) to a Nef reaction by treatment with a base and then with a strong acid

9



**15.** A method according to claim **1** wherein hexahydrofuro[2,3-b]furan-3-ol of formula (7) is isolated by adding a small excess of a tertiary amine, followed by the removal of water and removal of formed salts.

**16.** A method according to claim **1** wherein $R^1$ and $R^3$ each independently are $C_{1-6}$alkyl, aryl or aryl$C_{1-6}$alkyl or together with the atoms to which $R^1$ and $R^3$ are attached form a 6 to 8-membered cyclic group optionally substituted with $C_{1-6}$alkyl, aryl or aryl$C_{1-6}$alkyl, and wherein $R^4$ is $C_{1-6}$alkyl.

**17.** A method according to claim **1** wherein $R^1$, $R^3$ and $R^4$ each independently are methyl, ethyl, propyl, isopropyl, n-butyl, isobutyl, sec-butyl, tert-butyl or pentyl.

**18.** A method according to claim **1** wherein $P^1$ and $P^2$ together form an acid labile vicinal-diol protecting group.

**19.** A method according to claim **1** wherein $P^1$ and $P^2$ is a dialkyl methylene radical.

**20.** A method according to claim **4** wherein $R^5$ is hydrogen, $R^1O$—C(=O)—, $(R^6)_3P$=wherein $R^6$ is alkyl, aryl or aralkyl, or $(R^7O)_2P(=O)$— wherein $R^7$ is alkyl, aryl, aralkyl.

**21.** An intermediate having the formula (3),

(3)

DEFs-JT(Daru) 038301

DTX-0007 (Page 24 of 25)

US 7,126,015 B2

**45**

wherein $P^1$ and $P^2$ represent each independently a hydrogen, a hydroxy-protecting group or may together form a vicinal-diol protecting group, $R^1$ represents alkyl, aryl or aralkyl, $R^2$ represents hydrogen or $C(=O)OR^3$, $R^3$ represents alkyl, aryl or aralkyl, or $R^3$, if present, and $R^1$ taken together with the atoms to which they are attached may form a 6 to 8-membered cyclic group which may be optionally substituted with alkyl, aralkyl, or aryl;

provided that when $R^2$ is hydrogen and $P^1$ and $P^2$ taken together form an isopropylidene, then $R^1$ is other than methyl or ethyl.

**22**. An intermediate having the formula (4) or (4'),



wherein $R^1$ represents alkyl, aryl or aralkyl; $R^2$ represents hydrogen or $C(=O)OR^3$; $R^3$ represents alkyl, aryl or aralkyl, or $R^3$, if present, and $R^1$ taken together with the atoms to which they are attached may form a 6 to 8-membered cyclic group which may be optionally substituted with alkyl, aralkyl, or aryl; $OR^4$ represents an alcoholate.

**23**. An intermediate having the formula (5) or (5'),

**46**



wherein $OR^4$ represents an alcoholate.

**24**. An intermediate according to claim **23** wherein the intermediate has the formula (5a)



**25**. An intermediate according to claim **24** in crystalline form.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 038302
DTX-0007 (Page 25 of 25)

# Exhibit 2



U 1908659

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**January 17, 2013**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,700,645*
ISSUE DATE: *April 20, 2010*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**P. R. GRANT**
Certifying Officer

DEFs-JT(Daru) 035879
DTX-0001 (Page 1 of 35)



US007700645B2

(12) **United States Patent**
Vermeersch et al.

(10) Patent No.: **US 7,700,645 B2**
(45) Date of Patent: **Apr. 20, 2010**

(54) **PSEUDOPOLYMORPHIC FORMS OF A HIV PROTEASE INHIBITOR**

(75) Inventors: **Hans Wim Pieter Vermeersch**, Ghent (BE); **Daniel Joseph Christiaan Thoné**, Beerse (BE); **Luc Donné Marie-Louise Janssens**, Malle (BE)

(73) Assignee: **Tibotec Pharmaceuticals Ltd.**, Little Island, Co. Cork (IE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1320 days.

(21) Appl. No.: **10/514,352**

(22) PCT Filed: **May 16, 2003**

(86) PCT No.: **PCT/EP03/50176**

§ 371 (c)(1),
(2), (4) Date: **Nov. 12, 2004**

(87) PCT Pub. No.: **WO03/106461**

PCT Pub. Date: **Dec. 24, 2003**

(65) **Prior Publication Data**

US 2005/0250845 A1    Nov. 10, 2005

(30) **Foreign Application Priority Data**

May 16, 2002    (EP)    ................................. 02076929

(51) **Int. Cl.**
*A61K 31/353*    (2006.01)
(52) **U.S. Cl.** ..................................... **514/456**; 549/396
(58) **Field of Classification Search** ................. 514/456; 549/396
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,248,775 B1    6/2001    Vazquez et al.

FOREIGN PATENT DOCUMENTS

EP        0715618 B1    6/1996
WO        WO 95/06030 A1    3/1995
WO        WO 99/67417 A2    12/1999

OTHER PUBLICATIONS

Seddon "Pseudopolymorph . . . " Crystal growth & design 4(6)1087 (2004).*
Vermeersch et al. "Pseudo . . . " CA 140:47540 (2003).*
Seddon "Pseudopolymorph: a polemic" Crystal Growth & design 4(6) p. 1087-1087 (2004).*
Kirk-Othmer "Encyclopedia of chemi. tech" v..8, p. 95-147 (2002).*
Braga et al. "Making crystals from . . . " Chem. Commun. p. 3635-3645 (2005).*
Giron D., et al, "Thermal analysis and calorimetric methods in the characterization of polymorphs and solvates," Thermochimica ACTA, Elsevier Science Publishers. Amsterdam, vol. 248, 1995, pp. 1-59.
Borka L, et al., "Crystal polymorphism of pharmaceuticals," ACTA Pharmaceutica Jugoslavica, Savez Farmaceutskih Drustava Jugoslavije, Zagre, Yu, vol. 40, 1990 pp. 71-94.
Ghosh A.K., et al, "Potent HIV protease inhibitors incorporating high-affinity $P_2$-ligands and (R)-(hydroxyethylamino) sulfonamide isostere," Bioorganic & Medical Chemistry Letters, Oxford, GB, vol. 8, No. 6, Mar. 17, 1998, pp. 687-690.
Grunenberg A., et al, "Theoretical derivation and practival application of energy/temperature diagrams as an instrument in preformulation studies of polymorphic drug substances," International Journal of Pharmaceutics 129 (1996) 147-158.
Byrn, S. R, et al., "Solid-State Chemistry of Drugs", Second Edition, 1999, published by SSCI. Inc... pp. 12-13.
International Search Report dated Mar. 30, 2004 for PCT/EP03/50176.
Seddon, K., Crystal Growth & Design, 4 (6), p. 1087 (2004).

* cited by examiner

*Primary Examiner*—Celia Chang

(57) **ABSTRACT**

New pseudopolymorphic forms of (3R,3aS,6aR)-hexahydro-furo[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate and processes for producing them are disclosed.

**8 Claims, 18 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 01/10/2013



Figure 1

Copy provided by USPTO from the PIRS Image Database on 01/10/2013



Figure 2

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035882
DTX-0001 (Page 4 of 35)



Figure 3

Copy provided by USPTO from the PIRS Image Database on 01/10/2013



Figure 4

Copy provided by USPTO from the PIRS Image Database on 01/10/2013



Figure 5



Figure 6



Figure 7

Copy provided by USPTO from the PIRS Image Database on 01/10/2013





Figure 8

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

Figure 9



Figure 10



Copy provided by USPTO from the PIRS Image Database on 01/10/2013



Figure 11

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035889
DTX-0001 (Page 11 of 35)



Figure 12

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

U.S. Patent    Apr. 20, 2010    Sheet 11 of 18    US 7,700,645 B2



Figure 13

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035891
DTX-0001 (Page 13 of 35)



Figure 14

U.S. Patent        Apr. 20, 2010        Sheet 13 of 18        US 7,700,645 B2

Figure 15



Figure 16



Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035893
DTX-0001 (Page 15 of 35)

Figure 17



Figure 18



Figure 19



Figure 20



Copy provided by USPTO from the PIRS Image Database on 01/10/2013

Figure 21



Figure 22



Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035896
DTX-0001 (Page 18 of 35)

Figure 23



Figure 24



Copy provided by USPTO from the PIRS Image Database on 01/10/2013

Figure 25



Figure 26



Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035898

DTX-0001 (Page 20 of 35)

US 7,700,645 B2

1

# PSEUDOPOLYMORPHIC FORMS OF A HIV PROTEASE INHIBITOR

This application is the national stage of Application No. PCT/EP03/50176, filed May 16, 2003, which application claims priority from European Patent Application No. 02076929.5, filed May 16, 2002.

## TECHNICAL FIELD

This invention relates to novel pseudopolymorphic forms of (3R,3aS,6aR)-hexahydro-furo[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate, a method for their preparation as well as their use as a medicament.

## BACKGROUND OF THE INVENTION

Virus-encoded proteases, which are essential for viral replication, are required for the processing of viral protein precursors. Interference with the processing of protein precursors inhibits the formation of infectious virions. Accordingly, inhibitors of viral proteases may be used to prevent or treat chronic and acute viral infections. (3R,3aS,6aR)-hexahydro-furo[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate has HIV protease inhibitory activity and is particularly well suited for inhibiting HIV-1 and HIV-2 viruses.

The structure of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl(1S,2R)-3-[[(4-phenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate, is shown below:

Formula (X)



Compound of formula (X) and processes for its preparation are disclosed in EP 715618, WO 99/67417, U.S. Pat. No. 6,248,775, and in *Bioorganic and Chemistry Letters*, Vol. 8, pp. 687-690, 1998, "Potent HIV protease inhibitors incorporating high-affinity P₂-ligands and (R)-(hydroxyethylamino) sulfonamide isostere", all of which are incorporated herein by reference.

Drugs utilized in the preparation of pharmaceutical formulations for commercial use must meet certain standards, including GMP (Good Manufacturing Practices) and ICH (International Conference on Harmonization) guidelines. Such standards include technical requirements that encompass a heterogeneous and wide range of physical, chemical and pharmaceutical parameters. It is this variety of parameters to consider, which make pharmaceutical formulations a complex technical discipline.

For instance, and as example, a drug utilized for the preparation of pharmaceutical formulations should meet an acceptable purity. There are established guidelines that define the limits and qualification of impurities in new drug substances produced by chemical synthesis, i.e. actual and potential impurities most likely to arise during the synthesis, purification, and storage of the new drug substance. Guidelines are instituted for the amount of allowed degradation products of the drug substance, or reaction products of the drug substance with an excipient and/or intermediate container/closure system.

Stability is also a parameter considered in creating pharmaceutical formulations. A good stability will ensure that the desired chemical integrity of drug substances is maintained during the shelf-life of the pharmaceutical formulation, which is the time frame over which a product can be relied upon to retain its quality characteristics when stored under expected or directed storage conditions. During this period the drug may be administered with little or no risk, as the presence of potentially dangerous degradation products does not pose prejudicial consequences to the health of the receiver, nor the lower content of the active ingredient could cause under-medication.

Different factors, such as light radiation, temperature, oxygen, humidity, pH sensitivity in solutions, may influence stability and may determine shelf-life and storage conditions.

Bioavailability is also a parameter to consider in drug delivery design of pharmaceutically acceptable formulations. Bioavailability is concerned with the quantity and rate at which the intact form of a particular drug appears in the systemic circulation following administration of the drug. The bioavailability exhibited by a drug is thus of relevance in determining whether a therapeutically effective concentration is achieved at the site(s) of action of the drug.

Physico-chemical factors and the pharmaco-technical formulation can have repercussions in the bioavailability of the drug. As such, several properties of the drug such as dissociation constant, dissolution rate, solubility, polymorphic form, particle size, are to be considered when improving the bioavailability.

It is also relevant to establish that the selected pharmaceutical formulation is capable of manufacture, more suitably, of large-scale manufacture.

In view of the various and many technical requirements, and its influencing parameters, it is not obvious to foresee which pharmaceutical formulations will be acceptable. As such, it was unexpectedly found that certain modifications of the solid state of compound of formula (X) positively influenced its applicability in pharmaceutical formulations.

## SUMMARY OF THE INVENTION

Present invention concerns pseudopolymorphic forms of compound of formula (X) for the preparation of pharmaceutical formulations. Such pseudopolymorphic forms contribute to pharmaceutical formulations in improved stability and bioavailability. They can be manufactured in sufficient high purity to be acceptable for pharmaceutical use, more particularly in the manufacture of a medicament for inhibiting HIV protease activity in mammals.

In a first aspect, the present invention provides pseudopolymorphs of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate.

Pseudopolymorphs provided include alcohol solvates, more in particular, C1-C4 alcohol solvates; hydrate solvates; alkane solvates, more in particular, C1-C4 chloroalkane solvates; ketone solvates, more in particular, C1-C5 ketone solvates; ether solvates, more in particular, C1-C4 ether solvates; cycloether solvates; ester solvates, more in particular, C1-C5 ester solvates; and sulfonic solvates, more in particular, C1-4 sulfonic solvates of the compound of formula (X). Preferred pseudopolymorphs are pharmaceutically acceptable solvates, such as hydrate and ethanolate.

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

| 3 | 4 |

Particular pseudopolymorphs are Form A (ethanolate), Form B (hydrate), Form C (methanolate), Form D (acetonate), Form E (dichloromethanate), Form F (ethylacetate solvate), Form G (1-methoxy-2-propanolate), Form H (anisolate), Form I (tetrahydrofuranate), Form J (isopropanolate) of compound of formula (X). Another particular pseudopolymorph is Form K (mesylate) of compound of formula (X).

In a second aspect, present invention relates to processes for preparing pseudopolymorphs. Pseudopolymorphs of compound of formula (X) are prepared by combining compound of formula (X) with an organic solvent, water, or mixtures of water and water miscible organic solvents, and applying any suitable technique to induce crystallization, to obtain the desired pseudopolymorphs.

In a third aspect, the invention relates to the use of the present pseudopolymorphs, in the manufacture of pharmaceutical formulations for inhibiting HIV protease activity in mammals. In relation to the therapeutic field, a preferred embodiment of this invention relates to the use of pharmaceutically acceptable pseudopolymorphic forms of compound of formula (X) for the treatment of an HIV viral disease in a mammal in need thereof, which method comprises administering to said mammal an effective amount of a pharmaceutically acceptable pseudopolymorphic form of compound of formula (X).

The following drawings provide additional information on the characteristics of the pseudopolymorphs according to present invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1, FIG. 2 and FIG. 3 are the powder X-ray diffraction patterns of the Form A (1:1).

FIG. 4 depicts Form A (1:1) in three dimensions with the atoms identified.

FIG. 5 is a comparison of the Raman spectra of Forms A, B, D, E, F, H, (1:1) and the amorphous form at the carbonyl stretching region of 1800-100 cm$^{-1}$ and the region 3300-2000 cm$^{-1}$.

FIG. 6 is a comparison of the expanded Raman spectra of Forms A, B, D, E, F, H, (1:1) and the amorphous form at the carbonyl stretching region of 600-0 cm$^{-1}$.

FIG. 7 is a comparison of the expanded Raman spectra of Forms A, B, D, E, F, H, (1:1) and the amorphous form at the carbonyl stretching region of 1400-800 cm$^{-1}$.

In FIGS. 5, 6, and 7, P1 corresponds to Form A, P18 corresponds to Form B, P19 corresponds to amorphous form, P25 corresponds to Form E, P27 corresponds to Form D, P50 corresponds to Form D, P68 corresponds to Form H, P69 corresponds to Form C, P72 corresponds to Form I, and P81 corresponds to Form G.

FIG. 8 is the Differential Scanning Calorimetric (DSC) thermograph of Form A (1:1).

FIG. 9 is the Infrared (IR) spectrum that reflects the vibrational modes of the molecular structure of Form A as a crystalline product

FIG. 10 is the IR spectrum that reflects the vibrational modes of the molecular structure of Form B as a crystalline product

FIG. 11: IR spectrum of forms A, B, and amorphous form, at spectral range 4000 to 400 cm$^{-1}$.

FIG. 12: IR spectrum of forms A, B, and amorphous form, at spectral range 3750 to 2650 cm$^{-}$.

FIG. 13: IR spectrum of forms A, B, and amorphous form, at spectral range 1760 to 1580 cm$^{-}$.

FIG. 14: IR spectrum of forms A, B, and amorphous form, at spectral range 980 to 720 cm$^{-1}$.

In FIGS. 11, 12, 13 and 14, curve A corresponds to Form A, curve B corresponds to Form B, and curve C corresponds to the amorphous form.

FIG. 15: DSC Thermograph curves of Form A (curve D), Form A after Adsorption/Desorption (ADS/DES) (curve E), and Form A after ADS/DES hydration tests (curve F)

FIG. 16: Thermogravimetric (TG) curves of Form A (curve D), Form A after ADS/DES (curve E), and Form A after ADS/DES hydration tests (curve F)

FIG. 17: TG curve of Form A at 25° C. under dry nitrogen atmosphere in function of time

FIG. 18: ADS/DES curves of Form A.

FIG. 19: ADS/DES curves of the hydration test of Form A

FIG. 20: ADS/DES curves of Form B

FIG. 21: IR spectrum of Form K

FIG. 22: Raman spectrum of Form K

FIG. 23: DSC curve of Form K

FIG. 24: TG curve of Form K

FIG. 25: ADS/DES isotherm of Form K, batch 1

FIG. 26: ADS/DES isotherm of Form K, batch 2

DETAILED DESCRIPTION

The term "polymorphism" refers to the capacity of a chemical structure to occur in different forms and is known to occur in many organic compounds including drugs. As such, "polymorphic forms" or "polymorphs" include drug substances that appear in amorphous form, in crystalline form, in anhydrous form, at various degrees of hydration or solvation, with entrapped solvent molecules, as well as substances varying in crystal hardness, shape and size. The different polymorphs vary in physical properties such as solubility, dissolution, solid-state stability as well as processing behaviour in terms of powder flow and compaction during tabletting.

The term "amorphous form" is defined as a form in which a three-dimensional long-range order does not exist. In the amorphous form the position of the molecules relative to one another are essentially random, i.e. without regular arrangement of the molecules on a lattice structure.

The term "crystalline" is defined as a form in which the position of the molecules relative to one another is organised according to a three-dimensional lattice structure.

The term "anhydrous form" refers to a particular form essentially free of water. "Hydration" refers to the process of adding water molecules to a substance that occurs in a particular form and "hydrates" are substances that are formed by adding water molecules. "Solvating" refers to the process of incorporating molecules of a solvent into a substance occurring in a crystalline form. Therefore, the term "solvate" is defined as a crystal form that contains either stoichiometric or non-stoichiometric amounts of solvent. Since water is a solvent, solvates also include hydrates. The term "pseudopolymorph" is applied to polymorphic crystalline forms that have solvent molecules incorporated in their lattice structures. The term pseudopolymorphism is used frequently to designate solvates (Byrn, Pfeiffer, Stowell, (1999) *Solid-state Chemistry of Drugs*, 2nd Ed., published by SSCI, Inc).

The present invention provides pseudopolymorphs of (3R, 3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate.

In one embodiment pseudopolymorphs are alcohol solvates, more in particular, $C_1$-$C_4$ alcohol solvates; hydrate solvates; alkane solvates, more in particular, $C_1$-$C_4$ chloroalkane solvates; ketone solvates, more in particular, $C_1$-$C_5$ ketone solvates; ether solvates, more in particular $C_1$-$C_4$ ether solvates; cycloether solvates; ester solvates, more in particular $C_1$-$C_5$ ester solvates; or sulfonic solvates, more in particular, $C_1$-$C_4$ sulfonic solvates, of the compound of formula (X). The term "$C_1$-$C_4$ alcohol" defines straight and/or branched chained saturated and unsaturated hydrocarbons having from 1 to 4 carbon atoms substituted with at least a hydroxyl group,

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

| 5 | 6 |

and optionally substituted with an alkyloxy group, such as, for example, methanol, ethanol, isopropanol, butanol, 1-methoxy-2-propanol and the like. The term "$C_1$-$C_4$ chloroalkane" defines straight and/or branched chained saturated and unsaturated hydrocarbons having from 1 to 4 carbon atoms substituted with at least one chloro atom, such as, for example, dichloromethane. The term "$C_1$-$C_5$ ketone" defines solvents of the general formula R'—C(=O)—R wherein R and R' can be the same or different and are methyl or ethyl, such as, acetone and the like. The term "$C_1$-$C_4$ ether" defines solvents of the general formula R'—O—R wherein R and R' can be the same or different and are a phenyl group, methyl or ethyl, such as, anisole and the like. The term "cycloether" defines a 4- to 6-membered monocyclic hydrocarbons containing one or two oxygen ring atoms, such as tetrahydrofuran and the like. The term "$C_1$-$C_5$ ester" defines solvents of the general formula R'—O—C(=O)—R wherein R and R' can be the same or different and are methyl or ethyl, such as ethylacetate and the like. The term "$C_1$-$C_4$ sulfonic solvent" defines solvents of the general formula R—SO$_3$H wherein R can be a straight or branched chained saturated hydrocarbon having from 1 to 4 carbon atoms, such as mesylate, ethanesulfonate, butanesulfonate, 2-methyl-1-propanesulfonate, and the like.

Pseudopolymorphs of the present invention, which are pharmaceutically acceptable, for instance hydrates, alcohol solvates, such as, ethanolate, are preferred forms.

Several pseudopolymorphs are exemplified in this application and include Form A (ethanolate), Form B (hydrate), Form C (methanolate), Form D (acetonate), Form E (dichloromethanate), Form F (ethylacetate solvate), Form G (1-methoxy-2-propanolate), Form H (anisolate), Form I (tetrahydrofuranate), Form J (isopropanolate), or Form K (mesylate) of compound of formula (X).

Solvents can occur in different ratios of solvation. Solvent content of the crystal may vary in different ratios depending on the conditions applied. Solvate crystal forms of compound of formula (X) may comprise up to 5 molecules of solvent per molecule of compound of formula (X), appearing in different solvated states including, amongst others, hemisolvate, monosolvate, disolvate, trisolvate crystals, intermediate solvates crystals, and mixtures thereof. Conveniently, the ratio of compound of formula (X) to the solvent may range between (5:1) and (1:5). In particular, the ratio may range from about 0.2 to about 3 molecules of solvent per 1 molecule of compound of formula (X), more in particular, the ratio may range from about 1 to about 2 molecules of solvent per 1 molecule of compound of formula (X), preferably the ratio is 1 molecule of solvent per 1 molecule of compound of formula (X).

Solvates may also occur at different levels of hydration. As such, solvate crystal forms of compound of formula (X) may in addition comprise under certain circumstances, water molecules partially or fully in the crystal structures. Consequently, the term "Form A" will be used herein to refer to the ethanolate forms of compound of formula (X) comprising up to 5 molecules of solvent per 1 molecule of compound of formula (X), intermediate solvates crystals, and the mixtures thereof, and optionally comprising additional water molecules, partially or fully in the crystal structures. The same applies for Form B through Form K. In case a particular "Form A" needs to be denoted, the ratio of solvation will follow the "Form A", for instance, one molecule of ethanol per one molecule of compound (X) is denoted as Form A (1:1).

The X-ray powder diffraction is a technique to characterise polymorphic forms including pseudopolymorphs of compound of formula (X) and to differentiate solvate crystal forms from other crystal and non-crystal forms of compound of formula (X).

As such, X-ray powder diffraction spectra were collected on a Phillips PW 1050/80 powder diffractometer, model Bragg-Brentano. Powders of Form A (1:1), around 200 mg each sample, were packed in 0.5 mm glass capillary tubes and were analysed according to a standard method in the art. The X-ray generator was operated at 45 Kv and 32 mA, using the copper Kα line as the radiation source. There was no rotation of the sample along the chi axis and data was collected between 4 and 60° 2-theta step size. Form A (1:1) has the characteristic two-theta angle positions of peaks as shown in FIGS. 1, 2 and 3 at: 7.04°±0.50, 9.24°±0.5°, 9.96°±0.5°, 10.66°±0.5°, 11.30°±0.5°, 12.82°±0.5°, 13.80°±0.5°, 14.56°±0.5°, 16.66°±0.5°, 17.30°=±0.5°, 18.28°±0.5°, 19.10°±0.5°, 20.00°±0.5°, 20.50°±0.5°, 21.22°±0.5°, 22.68°±0.5°, 23.08°±0.5°, 23.66°±0.5°, 25.08°±0.5°, 25.58°±0.5°, 26.28°±0.5°, 27.18°±0.5°, 28.22°±0.5°, 30.20°±0.5°, 31.34°±0.5°, 32.68°±0.5°, 33.82°±0.5°, 39.18°±0.5°, 41.20°±0.5°, 42.06°±0.5°, and 48.74°±0.5°.

In another set of analytical experiments, X-ray single diffraction was applied to Form A (1:1), which resulted in the following crystal configuration, listed in the table below.

TABLE 1

Crystal Data

| | |
|---|---|
| Crystal shape | Prism |
| Crystal dimensions | 0.56 × 0.38 × 0.24 mm |
| Crystal color | Colorless |
| Space Group | P $2_1$ $2_1$ $2_1$ orthorhombic |
| Temperature | 293 K |
| Cell constants | a = 9.9882(6) Å |
| | b = 16.1697(8) Å |
| | c = 19.0284(9) Å |
| | alpha (α) = 90° |
| | beta (β) = 90° |
| | gamma (γ) = 90° |
| Volume | 3158.7(3) Å$^3$ |
| Molecules/unit cell (Z) | 4. |
| Density, in Mg/m$^3$ | 1.248 |
| μ (linear absorption coefficient) | 1.340 mm$^{-1}$ |
| F(000) | 1272 |

Intensity Measurements

| | |
|---|---|
| Diffractometer | Siemens P4 |
| Radiation | Cu Kα (λ = 1.54184 Å) |
| Temperature | ambient |
| 2θ$_{max}$ | 138.14° |
| Correction | Empirical via Ψ-scans |
| Number of Reflections Measured | Total: 3912 |

Structure Solution and Refinement

| | |
|---|---|
| Number of Observations | 3467 [F$^2$ > 2 σ(F$^2$)] |
| Residual (R) | 0.0446 |

The resulting three-dimensional structure of Form A (1:1) is depicted in FIG. 4.

Table 2 shows the atomic coordinates (x 104) and equivalent isotropic displacement parameters (Å $^2$×10$^3$) for Form A (1:1). Atoms are numbered as exhibited in FIG. 4. The x, y and z fractional coordinates indicate the position of atoms relative to the origin of the unit cell. U(eq) is defined as one third of the trace of the orthogonalized U$_{ij}$ tensor.

| | x | y | z | U(eq) |
|---|---|---|---|---|
| O1 | 7778(3) | 2944(2) | 9946(1) | 70(1) |
| C2 | 7171(4) | 3513(2) | 9487(2) | 64(1) |
| C3 | 6831(3) | 3046(2) | 8823(2) | 52(1) |
| C3A | 7653(3) | 2411(2) | 8793(2) | 55(1) |
| C4 | 7527(4) | 1533(2) | 8708(2) | 65(1) |
| C5 | 7425(5) | 1241(2) | 9457(2) | 70(1) |
| O6 | 8501(3) | 1642(2) | 9809(1) | 76(1) |
| C6A | 8582(4) | 2416(2) | 9534(2) | 62(1) |

DEFs-JT(Daru) 035901

DTX-0001 (Page 23 of 35)

US 7,700,645 B2

| | 7 | | |
|---|---|---|---|

-continued

| | x | y | z | U(eq) |
|---|---|---|---|---|
| O7 | 5533(2) | 2702(1) | 8945(1) | 51(1) |
| O8 | 5168(2) | 2636(1) | 7768(1) | 53(1) |
| C9 | 4791(3) | 2534(1) | 8368(1) | 42(1) |
| N10 | 3590(2) | 2256(1) | 8562(1) | 43(1) |
| C11 | 2638(3) | 1916(2) | 8068(2) | 44(1) |
| C12 | 2223(3) | 1071(2) | 8310(2) | 58(1) |
| C13 | 3381(3) | 501(2) | 8387(2) | 56(1) |
| C14 | 3937(4) | 340(2) | 9038(2) | 67(1) |
| C15 | 4989(5) | −200(2) | 9111(3) | 80(1) |
| C16 | 5494(5) | −581(3) | 8530(3) | 96(2) |
| C17 | 4975(6) | −413(3) | 7881(3) | 98(2) |
| C18 | 3926(5) | 126(2) | 7810(2) | 78(1) |
| C19 | 1423(3) | 2464(2) | 7976(2) | 45(1) |
| O20 | 494(2) | 2112(1) | 7502(1) | 61(1) |
| C21 | 1829(3) | 3307(2) | 7740(2) | 48(1) |
| N22 | 699(3) | 3880(1) | 7721(1) | 49(1) |
| C23 | 521(4) | 4312(2) | 7048(2) | 58(1) |
| C24 | −61(4) | 3785(2) | 6473(2) | 67(1) |
| C25 | −1453(5) | 3497(3) | 6654(2) | 86(2) |
| C26 | −47(7) | 4247(3) | 5779(2) | 102(2) |
| S27 | 510(1) | 4414(1) | 8440(1) | 50(1) |
| O28 | 572(3) | 3860(1) | 9015(1) | 61(1) |
| O29 | −693(2) | 4873(1) | 8345(1) | 65(1) |
| C30 | 1854(3) | 5080(2) | 8509(2) | 50(1) |
| C31 | 1803(3) | 5825(2) | 8159(2) | 54(1) |
| C32 | 2871(4) | 6341(2) | 8195(2) | 56(1) |
| C33 | 4033(4) | 6133(2) | 8564(2) | 55(1) |
| C34 | 4063(4) | 5385(2) | 8909(2) | 59(1) |
| C35 | 2598(4) | 4869(2) | 8883(2) | 56(1) |
| N36 | 5076(3) | 6667(2) | 8596(2) | 72(1) |
| C37 | 1920(10) | 2231(7) | 5258(4) | 232(6) |
| C38 | 1310(10) | 1590(6) | 5564(4) | 191(5) |
| O39 | 1310(10) | 1393(2) | 6249(2) | 94(1) |

Table 3 shows the anisotropic displacement parameters ($Å^2 \times 10^3$) for Form A (1:1). The anisotropic displacement factor exponent takes the formula:

$$-2\pi^2[h^2a^{*2}U_{11}+\ldots+2hka^*b^*U_{12}]$$

| | $U_{11}$ | $U_{22}$ | $U_{33}$ | $U_{23}$ | $U_{13}$ | $U_{12}$ |
|---|---|---|---|---|---|---|
| O1 | 65(2) | 89(2) | 55(1) | −4(1) | −12(1) | −3(1) |
| C2 | 53(2) | 68(2) | 71(2) | −7(2) | −8(2) | −11(2) |
| C3 | 38(2) | 63(2) | 55(2) | 4(1) | −2(1) | −12(1) |
| C3A | 37(2) | 78(2) | 49(1) | 9(1) | 1(1) | −3(2) |
| C4 | 61(2) | 74(2) | 61(2) | −4(2) | −6(2) | 10(2) |
| C5 | 72(3) | 67(2) | 71(2) | 8(2) | −11(2) | −7(2) |
| O6 | 78(2) | 80(2) | 70(1) | 16(1) | −21(1) | −8(2) |
| C6A | 47(2) | 80(2) | 59(2) | 5(2) | −6(2) | −7(2) |
| O7 | 34(1) | 69(1) | 50(1) | 0(1) | −1(1) | −9(1) |
| O8 | 42(1) | 68(1) | 50(1) | 3(1) | 2(1) | −2(1) |
| C9 | 35(2) | 41(1) | 49(1) | 1(1) | −3(1) | 3(1) |
| N10 | 31(1) | 50(1) | 49(1) | −1(1) | 1(1) | −2(1) |
| C11 | 32(2) | 41(1) | 57(1) | −4(1) | 0(1) | −2(1) |
| C12 | 44(2) | 42(1) | 87(2) | 2(1) | 2(2) | −4(1) |
| C13 | 50(2) | 39(1) | 78(2) | 0(1) | 8(2) | 0(1) |
| C14 | 64(2) | 56(2) | 80(2) | 0(2) | 5(2) | 9(2) |
| C15 | 68(3) | 72(2) | 100(3) | 18(2) | 7(2) | 12(2) |
| C16 | 77(3) | 68(2) | 143(4) | 26(3) | 34(3) | 28(2) |
| C17 | 114(4) | 72(2) | 109(3) | −6(2) | 32(3) | 38(3) |
| C18 | 89(3) | 60(2) | 85(2) | −4(2) | 10(2) | 10(2) |
| C19 | 30(2) | 44(1) | 61(1) | −3(1) | −5(1) | −5(1) |
| O20 | 44(1) | 56(1) | 83(1) | −6(1) | −18(1) | −6(1) |
| C21 | 36(2) | 42(1) | 64(2) | 2(1) | −4(1) | −1(1) |
| N22 | 42(1) | 47(1) | 57(1) | 1(1) | 0(1) | 3(1) |
| C23 | 59(2) | 50(1) | 64(2) | 7(1) | −8(2) | 1(2) |
| C24 | 79(3) | 59(2) | 62(2) | 1(1) | −11(2) | 6(2) |
| C25 | 75(3) | 83(2) | 101(3) | 6(2) | −30(3) | −5(2) |
| C26 | 143(5) | 99(3) | 65(2) | 14(2) | −15(3) | −6(3) |
| S27 | 44(1) | 47(1) | 61(1) | 2(1) | 3(1) | 1(1) |
| O28 | 62(2) | 58(1) | 61(1) | 9(1) | 3(1) | 7(1) |
| O29 | 46(1) | 58(1) | 92(2) | −4(1) | 6(1) | 10(1) |
| C30 | 50(2) | 46(1) | 54(1) | 2(1) | 1(1) | 1(1) |

| | 8 | | |
|---|---|---|---|

-continued

| | $U_{11}$ | $U_{22}$ | $U_{33}$ | $U_{23}$ | $U_{13}$ | $U_{12}$ |
|---|---|---|---|---|---|---|
| C31 | 50(2) | 48(1) | 64(2) | 6(1) | −4(2) | 6(1) |
| C32 | 59(2) | 45(1) | 65(2) | 4(1) | 2(1) | 1(1) |
| C33 | 57(2) | 55(2) | 52(1) | −4(1) | 1(1) | −3(1) |
| C34 | 56(2) | 63(2) | 59(2) | 6(1) | −13(2) | −3(2) |
| C35 | 63(2) | 52(1) | 53(1) | 5(1) | −8(2) | −2(2) |
| N36 | 67(2) | 70(2) | 80(2) | 4(2) | −5(2) | −19(2) |
| C37 | 290(10) | 260(10) | 145(7) | 68(7) | 67(8) | 120(10) |
| C38 | 280(10) | 187(7) | 104(4) | 1(5) | −53(6) | −80(10) |
| O39 | 99(2) | 91(2) | 93(2) | 1(2) | −13(2) | −28(2) |

Raman spectroscopy has been widely used to elucidate molecular structures, crystallinity and polymorphism. The low-frequency Raman modes are particularly useful in distinguishing different molecular packings in crystal. As such, Raman spectra were recorded on a Bruker FT-Raman RFS 100 spectrometer equipped with a photomultiplier tube and optical multichannel detectors. Samples placed in quartz capillary tubes were excited by an argon ion laser. The laser power at the samples was adjusted to about 100 mW and the spectral resolution was about 2 $cm^{-1}$. It was found that Forms A, B, D, E, F, and H, (1:1) and the amorphous form have the Raman spectra which appear in FIGS. 5, 6, and 7.

In addition, Forms A and B were characterized using a µTATR (Micro-Attenuated Total Reflectance) accessory (Harrick Split-Pea with Si crystal). The infrared spectra were obtained with a Nicolet Magna 560 FTIR spectrophotometer, a Ge on KBr beamsplitter, and a DTGS with KBr windows detector. Spectra were measured at 1 $cm^{-1}$ resolution and 32 scans each, in a wavelength range of from 4000 to 400 $cm^{-1}$, and application of baseline correction. The wavenumbers for Form A obtained are exhibited in the following Table 4.

TABLE 4

Wavenumbers ($cm^{-1}$) and relative intensities of absorption bands ([1])

3454w, 3429w, 3354w, 3301w, 3255w, 3089w, 3060w, 3041w, 3028w
2964w, 2905w, 2875w, 2856w, 2722vw, 2684vw, 2644vw, 2603vw, 2234vw
1704s, 1646w, 1595s, 1550m, 1503m, 1466w, 1453w, 1444w, 1413w
1373w, 1367w, 1340w, 1324m, 1314m, 1306m, 1290w, 1266m, 1244m, 1229m
1187w, 1148s, 1124m, 1104m, 1090m, 1076m, 1052m, 1042s, 1038m, 1024s
987s, 971m, 944m, 909w, 890w, 876w, 841m, 792w, 768s, 742s, 732w, 697m, 674s, 645w, 630m
598w, 593w, 574m, 564s, 553vs, 538m, 533m, 531m, 526m, 508m, 501m, 491m, 471m, 458w, 445w, 442w, 436w, 428w, 418w

vs = very strong, s = strong, m = medium, w = weak, vw = very weak, br = broad

The IR spectrum in FIG. 9 reflects the vibrational modes of the molecular structure as a crystalline product.

The wavenumbers obtained for Form B are exhibited in the following Table 5.

TABLE 5

Wavenumbers ($cm^{-1}$) and relative intensity of absorption bands ([1])

3614w, 3361m, 3291m, 3088w, 3061w, 3043w, 3028w
2967w, 2905w, 2872w, 2222vw
Wavenumbers ($cm^{-1}$) and relative intensities of absorption bands ([1])
1703s, 1631w, 1595s, 1553m, 1502w, 1467w, 1453w, 1444w, 1436w
1388vw, 1374vw, 1366w, 1355vw, 1340w, 1308m, 1291w, 1267m, 1245m
1187w, 1148s, 1125m, 1105m, 1091m, 1077m, 1052m, 1044m, 1025s
990m, 972m, 944m, 912w, 891w, 876vw, 862w, 843w, 836w, 792w,

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

9                                                    10

TABLE 5-continued

Wavenumbers (cm⁻¹) and relative intensities of absorption bands (¹)

769m, 757w, 743m, 717w, 699m, 672m
508w, 591w, 585w, 576m, 566m, 553vs, 536m, 509w, 502m, 484w,
471w, 432vw, 425w, 418w

(¹) vs = very strong, s = strong, m = medium, w = weak, vw = very weak, br
= broad

The IR spectrum in FIG. 10 reflects the vibrational modes
of the molecular structure of Form B as a crystalline product.

Following the same analytical IR method, Form B and the
amorphous form were also characterised and compared with
Form A, as shown in FIGS. 11 to 14. IR spectra of the different
physical forms showed distinct spectral differences, most
relevant are those in Table 6:

TABLE 6

Wavenumbers (cm⁻¹) and relative intensities of absorption bands (¹)

| Form A | Form B | Amorphous form |
|---|---|---|
| 3454m, 3429m, 3353m, | 3615m, 3356m, 3291m, | 3462m, 3362m, 3249m, |
| 3255m, 3089w, 3060m, | 3089m, 3061m, 3043w, | 3062m, 3026m |
| 3041w, 3028w | 3027w | |
| 2963m, 2905m, 2869m, | 2966m, 2905m, 2873m | 2959m, 2871m |
| 2856m | | |
| 1704s, 1646m, 1596s, | 1703s, 1630m, 1595s, | 1704s, 1628s, 1596s, 1525s, |
| 1549s, 1503s | 1552s, 1502m | 1502s |
| 1306s, 1266s, 1244s | 1308s, 1267s, 1245s | 1312s, 1259s |
| 1146s, 1104s, 1090s, 1076s, | 1148s, 1105s, 1090s, 1077s, | 1143s, 1090s, 1014s |
| 1052s, 1042s, 1038s, 1023s | 1052s, 1044s, 1024s | |
| 987s, 971s, 954s, 945s, | 989s, 972s, 944s, 925m, | 960s, 953s, 950s, 944s, 937s, |
| 912m, 909m, 891s, 876s, | 915m, 912s, 891s, 862s, | 922s, 832s |
| 841s, 827s | 843s | |
| 792m, 758s, 742s, 697s, | 792s, 769s, 744s, 699s, 672s | 750br, 702s, 672s |
| 674s | | |

(¹) s = strong, m = medium, w = weak, vw = very weak, br = broad

The physical Forms A, B, and amorphous form are identi-
fied through spectral interpretation, focused on absorption
bands specific for each form. Unique and specific spectral
differences between forms are noticed in 3 spectral ranges:
from 3750 to 2650 cm⁻¹ (range 1), from 1760 to 1580 cm⁻¹
(range 2) and from 980 to 720 cm⁻¹ (range 3).

Range 1 (from 3750 to 2650 cm⁻¹)
   FIG. 11: Form A shows a double band with absorption
maxima at 3454 cm⁻¹ and 3429 cm⁻¹. Form B shows a single
absorption band at 3615 cm⁻¹ and amorphous form shows a
single absorption band at 3362 cm⁻¹.

Range 2 (from 1760 to 1580 cm⁻¹)
   FIG. 12: Form A shows a single absorption band at 1646
cm⁻¹, Form B shows a single absorption band at 1630 cm⁻¹
and amorphous form shows a single absorption band at 1628
cm⁻¹ with a clearly higher intensity compared to the Form B
band. Additionally, amorphous form shows a less intense,
broad band at 1704 cm⁻¹ compared to both forms A and B
bands at about 1704 cm⁻¹.

Range 3 (from 980 to 720 cm⁻¹)
   FIG. 13: Form A shows a distinct set of 5 absorption bands
at 911, 890, 876, 862 and 841 cm⁻¹. Form B shows a similar
set but the 876 cm⁻¹ band is missing. Amorphous form shows

a single broad band at about 750 cm⁻¹, both forms A and B
show two maxima at about 768 cm⁻¹ and 743 cm⁻¹.

Thermomicroscopy is another useful technique in the
study of solid-state kinetics. The kinetics of nucleation pro-
cesses from solutions or melts, including the analysis of the
nucleation speed, can be quantified. The simplest and most
widely used method is the melting point determination. As
such, a Mettler model FP 82 controller with heating stage was
used on a Leitz microscope. A few particles of Form A were
placed on a glass slide and observed while heating at 10° C.
per minute. The melting range for Form A (1:1) was found to
be between 90° and 110° C.

On another means of characterization, the solubility of
Form A (1:1) was also a matter subject to study. Its solubility
in different solvents at approximate 23° C. was determined to
be as follows:

TABLE 7

Approximate solubility for Form A (1:1), in mg/ml

| Solvent | Approximate solubility Form A (mg/ml) |
|---|---|
| Acetone | 106-211 |
| Dichloromethane | 105-209 |
| 1-Methoxy-2-propanol | 160-213 |
| Ethylmethylketone | 102-204 |
| Ethylacetate | 71-107 |
| Ethanol absolute | <3.4 |
| Heptane | <3.4 |
| Water | <3.5 |
| Isopropylether | <3.4 |
| Methacyanate | >200 |
| Methanol | <3.4 |
| 2-Propanol | <3.4 |
| Tetrahydrofurane | 102-203 |
| Toluene | <3.5 |

Further solubility investigations were performed in func-
tion of pH. As such, the aqueous solubilities of Form A (1:1)
were measured in solvents with different pH. An excess of the
solute was equilibrated with the solvent at 20° C. for at least

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

11                                              12

24 hours. After removing the undissolved compound, the concentration in solution was determined using UV spectrometry.

TABLE 8

| Solubility for Form A (1:1) in function of pH | |
|---|---|
| Solvent | Solubility (mg/100 ml solution) |
| Water | 16 (pH 5.9) |
| Buffer pH 2 (citrate/HCl) | 18 (pH 2.0) |
| Buffer pH 3 (citrate/HCl) | 10 (pH 3.0) |
| Buffer pH 4 (citrate/HCl) | 9 (pH 4.0) |
| 0.01 N HCl | 18 (pH 2.1) |
| 0.1 N HCl | 83 (pH 1.1) |
| 1.0 N HCl | 620 (pH 0.2) |

Solubility of Form A (1:1) in function of HPβCD (hydroxypropyl-β-cyclodextrin) was measured. An excess of product was equilibrated with the solvent during 2 days at 20° C. After removing the undissolved compound, the concentration in solution was determined using UV spectrometry.

TABLE 9

| Solubility for Form A (1:1) in function of HPBCD | |
|---|---|
| solvent | Solubility in mg/ml solution |
| Water | 0.16 (pH = 5.9) |
| 5% HPβCD in water | 2.4 (pH = 5.8) |
| 10% HPβCD in water | 6.5 (pH = 6.0) |
| 20% HPβCD in water | 17 (pH = 6.0) |
| 40% HPβCD in water | 40 (pH = 5.9) |

In a second aspect, the present invention relates to processes for preparing pseudopolymorphs. Pseudopolymorphs of compound of formula (X) are prepared by combining compound of formula (X) with an organic solvent, or water, or mixtures of water and water miscible organic solvents, applying any suitable technique to induce crystallization, and isolating the desired pseudopolymorph.

By techniques for inducing crystallization are to be understood those processes for the production of crystals, which include amongst others, dissolving or dispersing compound of formula (X) in a solvent medium, bringing the solution or dispersion of compound of formula (X) and the solvent(s) to a desired concentration, bringing the said solution or dispersion to a desired temperature, effecting any suitable pressure, removing and/or separating any undesired material or impurities, drying the formed crystals to obtain the pseudopolymorphs in a solid state, if such state is desired.

Bringing the solution or dispersion of compound of formula (X) and solvents to a desired concentration does not necessarily imply an increase in the concentration of compound of formula (X). In certain cases, a decrease or no change in concentration could be preferable. By bringing the said solution or dispersion to a desired temperature, one will understand the acts of heating, cooling or leaving at ambient temperature.

The techniques used for obtaining a desired concentration are those common in the art, for instance, evaporation by atmospheric distillation, vacuum distillation, fractioned distillation, azeotropic distillation, film evaporation, other techniques well known in the art and combinations thereof. An optional process for obtaining a desired concentration could as well involve the saturation of the solution of compound of formula (X) and solvent, for example, by adding a sufficient volume of a non-solvent to the solution to reach the saturation point. Other suitable techniques for saturating the solution

include, by way of example, the introduction of additional compound of formula (X) to the solution and/or evaporation of a portion of the solvent from the solution. As referred to herein, saturated solution encompasses solutions at their saturation points or exceeding their saturation points, i.e. supersaturated.

Removing and/or separating any undesired material or impurities may be performed by purification, filtering, washing, precipitation or similar techniques. Separation, for example, can be conducted by known solid-liquid separation techniques. Filtering procedures known to those skilled in the art can as well be used in the present process. The filtrations can be performed, amongst other methods, by centrifugation, or using Buchner style filter, Rosenmund filter or plates, or frame press. Preferably, in-line filtration or safety filtration may be advantageously intercalated in the processes disclosed above, in order to increase the purity of the resulting pseudopolymorphic form. Additionally, filtering agents such as silica gel, Arbocel®, dicalite diatomite, or the like, may also be employed to separate impurities from the crystals of interest.

Crystals obtained may be also dried, and such drying process may optionally be used in the different crystallization passages, if more than one crystallization passage is applied. Drying procedures include all techniques known to those skilled in the art, such as heating, applying vacuum, circulating air or gas, adding a desiccant, freeze-drying, spray-drying, evaporating, or the like, or any combination thereof.

Processes for crystallization of pseudopolymorphs of compound of formula (X) embrace multiple combinations of techniques and variations thereof. As such, and by way of example, crystallization of pseudopolymorphs of compound of formula (X) may be executed by dissolving or dispersing compound of formula (X) at a suitable temperature in the solvent whereby portion of the said solvent evaporates increasing the concentration of the compound of formula (X) in the said solution or dispersion, cooling the said mixture, and optionally washing and/or filtering and drying resulting solvate crystals of compound of formula (X). Optionally, pseudopolymorphs of compound of formula (X) may be prepared by dissolving or dispersing compound of formula (X) in a solvent medium, cooling said solution or dispersion and subsequently filtering and drying the obtained pseudopolymorph. Another example of preparation of solvates of compound of formula (X) could be by saturating compound of formula (X) in the solvent medium, and optionally filtering, washing and drying obtained crystals.

Crystal formation may as well involve more than one crystallization process. In certain cases, one, two or more extra crystallization steps may be advantageously performed for different reasons, such as, to increase the quality of the resulting solvate. For instance, pseudopolymorphs of the present invention could also be prepared by adding a solvent to an initial starting base material of compound of formula (X), stirring the solution at a fixed temperature until the substances would be fully solved, concentrating the solution by vacuum distillation, and cooling. A first crystallization would take place and the formed crystals would be newly washed with a solvent, and followed by dissolution of compound of formula (X) with the solvent to form the desired pseudopolymorph. Recrystallization of the reaction mixture would occur, followed by a cooling step from reflux. The formed pseudopolymorph would optionally be filtered and allowed to dry.

By dissolving or dispersing compound of formula (X) in the organic solvent, water or a mixture of water and water miscible organic solvents, one may obtain different degrees of dispersion, such as suspensions, emulsions, slurries or mixtures; or preferably obtain homogeneous one-phase solutions.

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

13

Optionally, the solvent medium may contain additives, for example one or more dispersing agents, surfactants or other additives, or mixtures thereof of the type normally used in the preparation of crystalline suspensions and which are well documented in the literature. The additives may be advantageously used in modifying the shape of crystal by increasing the leniency and decreasing the surface area.

The solvent medium containing the solution may optionally be stirred for a certain period of time, or vigorously agitated using, for example, a high shear mixer or homogeniser or a combination of these, to generate the desired droplet size for the compound.

Examples of organic solvents useful for the present invention include $C_1$-$C_4$ alcohols such as methanol, ethanol, isopropanol, butanol, 1-methoxy-2-propanol, and the like; $C_1$-$C_4$ chloroalkanes such as dichloromethane; $C_1$-$C_4$ ketones such as acetone; $C_1$-$C_4$ ethers such as anisole, and the like; cycloethers such as tetrahydrofuran; $C_1$-$C_4$ esters such as ethylacetate; $C_1$-$C_4$ sulfonates such as mesylate, ethanesulfonate, butanesulfonate, 2-methyl-1-propanesulfonate; and the like.

Examples of mixtures of water and water miscible organic solvents include, mixtures of water with all organic solvents listed above provided they are miscible in water, e.g. ethanol/water, for instance in a 50/50 ratio.

Preferred solvents are those pharmaceutically acceptable solvents. However, pharmaceutically non-acceptable solvents may also find their use in the preparation of pharmaceutically acceptable pseudopolymorphs.

In a preferred method, the solvent is a pharmaceutically acceptable solvent since it results in a pharmaceutically acceptable pseudopolymorph. In a more preferred method, the solvent is ethanol.

In a particular embodiment, pharmaceutically acceptable pseudopolymorphs of compound of formula (X) can be prepared starting from pseudopolymorphic forms of compound of formula (X), which may not be necessarily pharmaceutically acceptable. For instance, Form A may be prepared starting from Form J. Pseudopolymorphs may also be prepared starting from the amorphous form.

In the mixtures of water and water miscible organic solvents, the amount of water can vary from about 5% by volume to about 95% by volume, preferably from about 25% to about 75% by volume, more preferably from about 40% to about 60% by volume.

It should also be noted that the quality of selected organic solvent (absolute, denaturated, or other) also influences the resulting quality of the pseudopolymorph.

Control of precipitation temperature and seeding may be additionally used to improve the reproducibility of the crystallization process, the particle size distribution and form of the product. As such, the crystallization can be effected without seeding with crystals of the compound of the formula (X) or preferably in the presence of crystals of the compound of the formula (X), which are introduced into the solution by seeding. Seeding can also be effected several times at various temperatures. The amount of the seed material depends on the amount of the solution and can readily be determined by a person skilled in the art.

The time for crystallization in each crystallization step will depend on the conditions applied, the techniques employed and/or solvents used.

Breaking up the large particles or aggregates of particles after crystal conversion may additionally be performed in order to obtain a desired and homogeneous particle size. Accordingly, the solvate crystal forms of compound of formula (X) are optionally milled after undergoing conversion. Milling or grinding refers to physically breaking up the large particles or aggregates of particles using methods and apparatus well known in the art for particle size reduction of

14

powders. Resulting particle sizes may range from millimeters to nanometers, yielding i.e. nanocrystals, microcrystals.

The yield of the preparation process of the pseudopolymorphs of compound of formula (X) may be 10% or more, a more preferred yield would vary from 40% to 100%. Interestingly, the yield varies between 70% and 100%.

Suitably, pseudopolymorphs of the present invention have a purity greater than 90 percent. More suitably, the present pseudopolymorphs have a purity greater than 95 percent. Even more suitably, the present pseudopolymorphs have a purity greater than 99 percent.

In a third aspect, the present invention relates to a pharmaceutical formulation comprising a therapeutically effective amount of a pseudopolymorph of compound of formula (X), and a pharmaceutically acceptable carrier or diluent thereof.

In one embodiment, present invention relates to the use of pharmaceutically acceptable pseudopolymorphic forms of compound of formula (X), preferably Form A, in the manufacture of a medicament for treating diseases caused by retroviruses, such as HIV infections, for example, Acquired Immune Deficiency Syndrome (AIDS) and AIDS-related complex (ARC).

In another embodiment, present invention provides a method for the treatment of a retroviral infection, for example an HIV infection, in a mammal such as a human, which comprises administering to the mammal in need thereof an effective antiretroviral amount of a pharmaceutically acceptable pseudopolymorphic form of compound of formula (X), preferably Form A.

Present invention also relates to a method in which the treatment of a HIV viral infection comprises the reduction of HIV load. Present invention also relates to a method in which the treatment of said HIV viral infection comprises the increase of CD4+ cell count. Present invention relates as well to a method in which the treatment of said HIV viral infection comprises inhibiting HIV protease activity in a mammal.

Pharmaceutically acceptable pseudopolymorphic forms of compound of formula (X), preferably Form A, also referred to herein as the active pharmaceutical ingredients, may be administered by any route appropriate to the condition to be treated, preferably orally. It will be appreciated however, that the preferred route may vary with, for example, the condition of the recipient.

For each of the above-indicated utilities and indications the amount required of the active ingredient will depend upon a number of factors including the severity of the condition to be treated and the identity of the recipient and will ultimately be at the discretion of the attendant physician or veterinarian. The desired dose preferably may be presented as one, two, three or four or more subdoses administered at appropriate intervals throughout the day.

For an oral administration form, pseudopolymorphs of the present invention are mixed with suitable additives, such as excipients, stabilizers or inert diluents, and brought by means of the customary methods into the suitable administration forms, such as tablets, coated tablets, hard capsules, aqueous, alcoholic, or oily solutions. Examples of suitable inert carriers are gum arabic, magnesia, magnesium carbonate, potassium phosphate, lactose, glucose, or starch, in particular, corn starch. In this case the preparation can be carried out both as dry and as moist granules. Suitable oily excipients or solvents are vegetable or animal oils, such as sunflower oil or cod liver oil. Suitable solvents for aqueous or alcoholic solutions are water, ethanol, sugar solutions, or mixtures thereof. Polyethylene glycols and polypropylene glycols are also useful as further auxiliaries for other administration forms.

For subcutaneous or intravenous administration, the pseudopolymorphs of compound of formula (X), if desired with the substances customary therefor such as solubilizers, emulsifiers or further auxiliaries, are brought into solution,

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035905

DTX-0001 (Page 27 of 35)

US 7,700,645 B2

| 15 | 16 |

suspension, or emulsion. The pseudopolymorphs of compound of formula (X) can also be lyophilized and the lyophilizates obtained used, for example, for the production of injection or infusion preparations. Suitable solvents are, for example, water, physiological saline solution or alcohols, e.g. ethanol, propanol, glycerol, in addition also sugar solutions such as glucose or mannitol solutions, or alternatively mixtures of the various solvents mentioned.

Suitable pharmaceutical formulations for administration in the form of aerosols or sprays are, for example, solutions, suspensions or emulsions of the pseudopolymorphs of compound of formula (X) in a pharmaceutically acceptable solvent, such as ethanol or water, or a mixture of such solvents. If required, the formulation can also additionally contain other pharmaceutical auxiliaries such as surfactants, emulsifiers and stabilizers as well as a propellant. Such a preparation customarily contains the active compound in a concentration from approximately 0.1 to 50%, in particular from approximately 0.3 to 3% by weight.

Pseudopolymorphs of the present invention may also be presented in a formulation comprising micrometer-, nanometer- or picometer-size particles of the pseudopolymorph of compound of formula (X), which formulation may contain other pharmaceutical agents and may optionally be converted to solid form.

It may be convenient to formulate the present pseudopolymorphs in the form of nanoparticles which have a surface modifier adsorbed on the surface thereof in an amount sufficient to maintain an effective average particle size of less than 1000 nm. Useful surface modifiers are believed to include those that physically adhere to the surface of the antiretroviral agent but do not chemically bind to the antiretroviral agent.

It may be further convenient to store the pseudopolymorphs of compound of formula (X) in packaging materials which are protective to mechanical, environmental, biological or chemical hazards, or degradation. Conditioning drug substances can be achieved by employing packaging materials impermeable to moisture, such as sealed vapour lock bags. Conditioning drug products, such as tablets, capsules, can be achieved by employing for instance, aluminium blisters.

It should be understood that in addition to the ingredients particularly mentioned above, formulations of this invention includes other agents conventional in the art having regard to the type of formulation in question, for example those suitable for oral administration may include flavouring agents or taste masking agents.

The following examples are intended for illustration only and are not intended to limit the scope of the invention in any way.

EXAMPLE 1

The industrial scale synthesis of Form A (1:1) was performed using the following steps. First a solution was prepared with isopropanol and (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate. The solution was concentrated by vacuum distillation at 70° C. and 200-500 mbar pressure and cooled from a T>35° to a T between 15° and 20° C. for about 10 hours. The crystals formed were newly washed with 13 liters isopropanol and filtered. A subsequent recrystallization from ethanol/water (90 liters/90 liters) was performed. This was followed by a new dissolution step, but with 60 liters ethanol instead. Recrystallization of the reaction mixture from ethanol occurred, followed by a cooling step from reflux to −15° C. approximately and during 10 hours. The ethanolate formed was filtered and let to dry at about 50° C. and about 7 mbar. The yield of this process was at least 75%.

EXAMPLE 2

In another example a mixture of Form D and Form B were prepared. Acetone was used as a solvent during the crystallisation process to form Form D. The crystallisation process then comprised the step of stirring the initial starting compound (10 g) in 70 ml acetone. The solution was subsequently refluxed until the compound was completely solved. 40 ml of water were added and the solution was subsequently cooled slowly until room temperature and stirred overnight. Formed crystals were filtered and dried in the vacuum oven at 50° C. 7.6 g of product resulted from the crystallization, being the yield of this process of about 75%.

EXAMPLE 3

In another example Form J crystals were prepared. Isopropanol was used as a solvent during the crystallisation process to form Form J. The crystallisation process then comprised the step of solving the initial starting material in the hot solvent. The solution was subsequently cooled until room temperature. Formed crystals were filtered and dried in the vacuum oven at 50° C. The crystals contained about 50 mol % isopropanol.

EXAMPLE 4

In this example, the mass losses for different pseudopolymorphs in thermogravimetric (TG) experiments were calculated. Thermogravimetry is a technique that measures the change in mass of a sample as it is heated, cooled or held at constant temperature. Approximately 2 to 5 mg of sample were placed on a pan and inserted into the TG furnace, model Netzsch Thermo-Microbalance TG 209 coupled to a Bruker FTIR Spectrometer vector 22. The samples were heated in a nitrogen atmosphere at a rate of 10° C./min, up to a final temperature of 250° C. The detection limit of residual solvents was in the order of 0.1% for distinct stepwise solvent loss over a narrow temperature range (few degrees Celsius).

The following TG data were obtained:

Form A: a weight loss of 4.2% was observed in the temperature range of 25-138° C. (ethanol+little water) and of 6.9% (ethanol+CO$_2$) in the temperature range of 25-200° C. Ethanol loss rate was maximal at 120° C. CO$_2$ loss was due to chemical degradation and was visible at around 190° C.

Form B: a weight loss of 3.4% was observed in the temperature range 25-78° C. (water) and of 5.1% in the temperature range 25-110° C. (ethanol+water for T>78° C.). From 110-200° C. further 1.1% weight was lost (ethanol).

Form C: a weight loss of 2.1% was observed in the temperature range 25-83° C. (water+methanol) and of 4.2% in the temperature range 25-105° C. (methanol for T>83° C., distinct step). From 105-200° C. further 2.1% weight was lost (methanol). No ethanol was observed in the gas phase.

Form D: a weight loss of 0.1% was observed in the temperature range 25-50° C., of 4.2% in the temperature range 25-108° C. (acetone+ethanol for T>50° C.), of 8.2% in the temperature range 25-157° C. (acetone+ethanol for T>108° C.) and of 10.5% in the temperature range 25-240° C. (acetone+ethanol for T>157° C.).

Form E: a weight loss of 0.2% was observed in the temperature range 25-75° C. (water), of 1.8% in the temperature range 25-108° C. (dichloromethane+ethanol for T>75° C.), of 6.8% in the temperature range 25-157° C. (dichloromethane+ethanol for T>108° C.) and of 8.8% in the temperature range 25-240° C. (dichloromethane+ethanol for T>157° C.).

Form F: a weight loss of 0.1% was observed in the temperature range 25-50° C. (probably water), of 1.7% in the temperature range 25-108° C. (ethylacctate+ethanol for

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

17

T>50° C.), of 6.6% in the temperature range 25-157° C. (ethylacetate+ethanol for T>108° C.) and of 9% in the temperature range 25-240° C. (ethylacetate+ethanol for T>157° C.).

Form G: a weight loss of 0.0% was observed in the temperature range 25-50° C., of 3.7% in the temperature range 25-108° C. (1-methoxy-2-propanol+ethanol for T>50° C., distinct step), of 8% in the temperature range 25-157° C. (1-methoxy-2-propanol+ethanol for T>108° C.) and of 12.5% in the temperature range 25-240° C. (1-methoxy-2-propanol+ethanol for T>157° C.).

Form H: a weight loss of 0.8% was observed in the temperature range 25-100° C. (anisole+little ethanol) and of 8.8% in the temperature range 25-200° C. (anisole+ethanol for T>100° C.).

Form I: a weight loss of 0.3% was observed in the temperature range 25-89° C. (water) and of 11.0% in the temperature range 25-200° C. (tetrahydrofurane for T>89° C.). No ethanol was observed in the gas phase.

Table 10 shows approximate expected mass losses for different Forms in thermogravimetric (TG) experiments.

Mass loss in % (M+x.LM=100%)

| Pseudopolymorph | BP[° C.] | Hemisolvate | Monosolvate | Disolvate | Trisolvate |
|---|---|---|---|---|---|
| Form D | 56 | 5.0 | 9.6 | 17.5 | 24.1 |
| Form H | 152 | 9.0 | 16.5 | 28.3 | 37.2 |
| Form E | 40 | 7.2 | 13.4 | 23.7 | 31.8 |
| Form G | 119 | 7.6 | 14.1 | 24.8 | 33.1 |
| Form F | 76 | 7.4 | 13.9 | 24.3 | 32.6 |
| Form A | 78 | 4.0 | 7.8 | 14.4 | 20.2 |
| Form B | 100 | 1.6 | 3.2 | 6.2 | 9.0 |
| Form C | 65 | 2.8 | 5.5 | 10.5 | 14.9 |
| Form I | 66 | 6.2 | 11.6 | 20.8 | 28.3 |

In another set of thermogravimetric methods, Form A, Form A after Adsorption/Desorption, and Form A after Adsorption/Desorption hydratation tests, were all transferred into an aluminum sample pan. The TG curve was recorded on a TA Instrument Hi-Res TGA 2950 thermogravimeter at the following conditions:

| | |
|---|---|
| initial temperature: | room temperature |
| heating rate: | 20° C./min |
| resolution factor: | 4 |
| final condition: | 300° C. or <80[(w/w)%] |

The TG curves of the samples are collected in FIG. 16. Table 11 shows mass losses for the forms tested:

TABLE 11

| | TG (% weight change) | |
|---|---|---|
| Form A | Up to 80° C. | >80° C. |
| Form A | 0.3 | 7.1 |
| Form A after ADS/DES | 2.9 | 4.0 |
| Form A after A/D hydratation test | 5.4 | 0.5 |

The loss of weight at temperatures up to 80° C. is mainly due to the evaporation of solvent (water) present in the sample. The loss of weight at temperatures above 80° C. is mainly due to the evaporation of solvent (ethanolate) present in the sample.

A TG curve of form A at 25° C. under dry nitrogen atmosphere in function of time is collected in FIG. 17. The loss of

18

weight at 25° C. after 10 hours was around 0.6%. This was due to the evaporation of solvent.

EXAMPLE 5

In another example, measurements of differential scanning calorimetry (DSC) were also performed. For such purpose, a Perkin Elmer DSC 204 thermal analysis system was used. From 2 to 5 mg sample of Form A were accurately weighed into a DSC pan. The experiments were performed in an open pan. The sample was equilibrated to approximately 30° C. and then heated at a rate of 10° C. per minute, up to a final temperature of 200° C. The DSC data was obtained following a standard method in the art. The Form A was characterized by differential scanning calorimetry (DSC) in which it showed a sharp endotherm in the range 80-119° C., showing a peak at about 105.6° C., with a delta H=−98.33 J/g onset. Accordingly, the ethanol solvate crystal Form A of compound of formula (X) (1:1) showed the thermograph pattern, which appears in FIG. 8.

In another set of DSC measurements, Form A, Form A after Adsorption/Desorption, and Form A after Adsorption/Desorption hydratation tests were examined. About 3 mg of the samples were transferred into a 30 μl perforated aluminum Perkin Elmer sample pan. The sample pan was closed with the appropriate cover and the DSC curve recorded on a Perkin Elmer Pyris DSC, at the following conditions:

| | |
|---|---|
| initial temperature: | 25° C. |
| heating rate: | 10° C./min |
| final temperature: | 150° C. |
| nitrogen flow: | 30 ml/min |

Form A showed an endothermic signal at about 104.6° C. and a heat of fusion of 95.8 J/g caused by the evaporation of the ethanolate and the melting of the product. Form A after ADS/DES showed a broad endothermic signal due to a mixture of ethanolate Form A and hydrated Form B. Form A after ADS/DES hydratation test showed an endothermic signal at about 73.5° C. and a heat of fusion of 126 J/g caused by the evaporation of water and the melting of the product. Thermograph curves are depicted in FIG. 15.

EXAMPLE 6

In another example stability studies of the Form A in three different conditions were tested out. They included conditions of 25° C. and 60% RH, 40° C. and 75% RH, and 50° C. These studies revealed that at 25° C. and 60% RH long-term stability, the amount of ethanol and water is stable.

Table 12 shows the Stability study for Form A. Long term stability at 25° C./60% RH (Relative Humidity), with brown glass bottles as sample container.

| Test | Release data | 0 month | 1 month | 3 month |
|---|---|---|---|---|
| Residual solvent: % (w/w) ethanol | 7.5 | 7.6 | 7.6 | 7.1 |
| % (w/w) Water | 0.10 | 0.27 | 0.26 | 0.55 |

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

| 19 | 20 |

## EXAMPLE 7

### Adsorption-Desorption Tests

About 23 mg of Form A were transferred into a VTI vapor sorption analyzer model SGA100 and the weight change with respect to the atmospheric humidity was recorded at the following conditions:

| drying temperature: | 40° C. |
|---|---|
| equilibrium: | ≦0.05% in 5 min. or 60 min. |
| data interval: | 0.05% or 2 min. |
| temperature: | 25° C. |
| first cycle | RH (%) adsorption: 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 95 |
| | RH (%) desorption: 95, 90, 80, 70, 60, 50, 40, 30, 20, 10, 5 |
| second cycle | RH (%) adsorption: 5, 10, 20, 30, 40, 50, 60, 70, 80, 90, 95 |
| | RH (%) desorption: 95, 90, 80, 70, 60, 50, 40, 30, 20, 10, 5 |

At the drying step about 0.6% weight loss was registered. The obtained dried product was not hygroscopic, it adsorbed up to 0.7% water at high relative humidity. During the desorption cycle a loss of weight of 1.4% was registered, this indicated that the product was losing ethanolate. The obtained product after ADS/DES was a mixture of ethanolate form and hydrated form.

The ADS/DES curve is collected in FIG. **18**.

### Adsorption-Desorption Hydratation Tests

About 23 mg of Form A were transferred into a VTI vapor sorption analyzer model SGA100 and the weight change with respect to the atmospheric humidity was recorded at the following conditions:

| equilibrium: | ≦0.0005% in 5 min. or 90 min. |
|---|---|
| data interval: | 0.05% or 2 min |
| temperature: | 25° C. |
| cycle | RH (%) adsorption/desorption: 5-95 repeat the cycle 11 times |

At the end of this test a loss of weight of 5.2% was registered. This was comparable with the TG result (TG 5.4% up to 80° C.). The ethanolate form was transferred into a hydrated form. The ADS/DES hydratation test curves are collected in FIG. 19.

## EXAMPLE 8

The stability of Form A was studied after storage of the compound in a sample container with an inner cover made of single LD-PE (string sealed), and outer cover made of PETP/Alu/PE (Moplast) heat sealed. A long term stability study at 25° C./60% RH, and an accelerated stability study at 40° C./75% RH, were performed for a period of 6 months, and the samples analysed at different time points as shown in following tables.

### TABLE 13

| | | | Long term stability at 25° C./60% RH | | | | |
|---|---|---|---|---|---|---|---|
| tests | Remark | Specification | Release data | 0 month | 1 month | 3 month | 6 month |
| Polymorphism | ° C. (onset) | For information only | 97.3 | 97.3 | 95.5 | 97.9 | 97.5 |
| DSC | ° C. max | For information only | 104 | 104.2 | 103.5 | 104.2 | 104 |
| Residual | % (w/w) ethanol | <=10.0% | 6.71 | 6.31 | 6.33 | 6.40 | 6.33 |
| solvents | % (w/w) 2-propanol | <=0.5% | 0.04 | 0.04 | 0.05 | 0.05 | 0.05 |
| | % (w/w) THF | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) acetone | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) CH₂Cl₂ | <=0.06% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| Water (KF) | % (w/w) | <=7.0% | 0.63 | 0.23 | 0.34 | 0.32 | 0.46 |
| X-Ray powder diffraction | | For information only | C | C | — | — | — |

C: chrystal

### TABLE 14

| | | | Accelerated stability at 40° C./75% RH | | | | |
|---|---|---|---|---|---|---|---|
| Tests | Remark | Specification | Release data | 0 month | 1 month | 3 month | 6 month |
| Polymorphism | ° C. (onset) | For information only | 97.3 | 97.3 | 97.5 | 98.0 | 97.8 |
| DSC | ° C. max | For information only | 104 | 104.2 | 103.4 | 1039 | 104.3 |
| Residual | % (w/w) ethanol | <=10.0% | 6.71 | 6.31 | 6.73 | 6.32 | 6.50 |
| solvents | % (w/w) 2-propanol | <=0.5% | 0.04 | 0.04 | 0.05 | <0.01 | <0.01 |
| | % (w/w) THF | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) acetone | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) CH₂Cl₂ | <=0.06% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| Water (KF) | % (w/w) | <=7.0% | 0.63 | 0.23 | 0.37 | 0.34 | 0.42 |
| X-Ray powder diffraction | | For information only | C | C | — | — | — |

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

US 7,700,645 B2

| 21 | 22 |

Form A exhibited chemical and crystallographic stability at the conditions mentioned in tables 13 and 14.

### EXAMPLE 9

The stability of Form A was studied after storage of the compound in a sample container with an inner cover made of single LD-PE (string sealed), and outer cover made of vapor loc bag (LPS) heat sealed. A long term stability study at 25° C./60% RH, and an accelerated stability study at 40° C./75% RH, were performed for a period of 6 months, and the samples analysed at different time points as shown in following tables.

### TABLE 15

| | | | Long term stability at 25° C./60% RH | | | | |
|---|---|---|---|---|---|---|---|
| Tests | Remark | Specification | Release data | 0 month | 1 month | 3 month | 6 month |
| Polymorphism | ° C. (onset) | For information only | 97.3 | 97.3 | 96.3 | 96.2 | 98.5 |
| DSC | ° C. max | For information only | 104 | 104.2 | 103.1 | 103.8 | 103.9 |
| Residual | % (w/w) ethanol | <=10.0% | 6.71 | 6.42 | 6.42 | 6.35 | 6.52 |
| solvents | % (w/w) 2-propanol | <=0.5% | 0.04 | 0.04 | 0.06 | 0.05 | 0.05 |
| | % (w/w) THF | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) acetone | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) $CH_2Cl_2$ | <=0.06% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| Water (KF) | % (w/w) | <=7.0% | 0.63 | 0.23 | 0.32 | 0.38 | 0.49 |
| X-Ray powder diffraction | | For information only | C | C | — | — | — |

### TABLE 16

| | | | Accelerated stability at 40° C./75% RH | | | | |
|---|---|---|---|---|---|---|---|
| Tests | Remark | Specification | Release data | 0 month | 1 month | 3 month | 6 month |
| Polymorphism | ° C. (onset) | For information only | 97.3 | 97.3 | 97.8 | 97.5 | 97.9 |
| DSC | ° C. max | For information only | 104 | 104.2 | 103.4 | 103.7 | 104.0 |
| Residual | % (w/w) ethanol | <=10.0% | 6.71 | 6.31 | 6.35 | 6.31 | 6.30 |
| solvents | % (w/w) 2-propanol | <=0.5% | 0.04 | 0.04 | 0.06 | 0.05 | 0.05 |
| | % (w/w) THF | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) acetone | <=0.5% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| | % (w/w) $CH_2Cl_2$ | <=0.06% | <0.01 | <0.01 | <0.01 | <0.01 | <0.01 |
| Water (KF) | % (w/w) | <=7.0% | 0.63 | 0.23 | 0.31 | 0.36 | 0.51 |
| X-Ray powder diffraction | | For information only | C | C | — | — | — |

Form A exhibited chemical and crystallographic stability at the conditions mentioned in tables 15 and 16.

### EXAMPLE 10

For the purpose of chemical stability testing, Form A was stored for a period of 1, 4 and 8 weeks under different conditions. These conditions were 40° C./75% RH, 50° C., RT/<5% RH, RT/56% RH, RT/75% RH and 0.3 da ICH light. The compound was analysed after storage by HPLC and by visual inspection. The HPLC method used in this study was HPLC method 909. The results of the tests are reported in the following table.

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035909

DTX-0001 (Page 31 of 35)

US 7,700,645 B2

23            24

#### TABLE 17

| Conditions | HPLC Sum of impurities | | | Appearance | | |
|---|---|---|---|---|---|---|
| | 1 week | 4 week | 8 week | 1 week | 4 weeks | 8 weeks |
| Reference | 1.07 | — | — | slightly-yellow | — | — |
| 0.3 da ICH light | 1.01 | — | — | slightly-yellow | — | — |
| 40° C./75% RH | 1.03 | 0.98 | 0.99 | slightly-yellow | slightly-yellow | slightly-yellow |
| 50° C. | 1.05 | 1.08 | 1.06 | slightly-yellow | slightly-yellow | slightly-yellow |
| RT/<5% RH | — | 1.02 | 1.04 | — | slightly-yellow | slightly-yellow |
| RT/56% RH | — | 1.02 | 0.99 | — | slightly-yellow | slightly-yellow |
| RT/75% RH | — | 1.00 | 1.01 | — | slightly-yellow | slightly-yellow |

It was concluded that Form A is chemically stable after storage in all investigated conditions.

### EXAMPLE 11

Different fractions of Form B were characterized with thermogravimetry (TG), differential scanning calorimetry (DSC) and infrared spectroscopy (IR). The results of the tests are reported in the following table.

#### TABLE 18

| Fractions | TG % weight change <100° C. | IR | DSC Max (° C.) | Extra (° C.) |
|---|---|---|---|---|
| Form B fraction 1 | 5.65 | Hydrate, Ref | 69.1 | — |
| after ADS/DES | 4.30 | ±Hydrate, Ref, +amorphous | — | — |
| Form B fraction 2 | 5.91 | ~Hydrate, Ref | 75.6 | — |
| after 5 d 40° C./75% RH | 3.56 | ~Hydrate, Ref | 74.1 | — |
| Form B fraction 3 | 3.13 | ±Hydrate, Ref, +amorphous | 77.0 | 67.8 |
| after 5 d 40° C./75% RH | 2.33 | ±Hydrate, Ref, +amorphous | 77.4 | 62.8 |

~hydrate, Ref: identical with reference

### EXAMPLE 12

The adsorption and desorption of water at 25° C. at different conditions of relative humidity was investigated on 38 mg of Form B. The weight change as a function of relative humidity was registered. The results are displayed in FIG. 20. At the drying step about 5.6% weight loss was registered for Form B. The obtained dried product was hygroscopic, it adsorbed up to 6.8% water at high relative humidity. After the desorption cycle about 1.2% water remained on the sample. The obtained product after ADS/DES was a mixture of hydrate and amorphous product.

### EXAMPLE 13

Aqueous solubilities of Form B were measured in solvents with different pH. An excess of the solute was equilibrated with the solvent at 20° C. for at least 24 hours. After removing the undissolved compound, the concentration in solution was determined using UV spectrometry.

#### TABLE 19

| Solvent | Solubility (mg/100 ml solution) |
|---|---|
| Water | 10 (pH 5.1) |
| Buffer pH 2 (citrate/HCl) | 23 (pH 2.0) |
| Buffer pH 3 (citrate/HCl) | 13 (pH 3.0) |
| Buffer pH 4 (citrate/HCl) | 12 (pH 4.0) |
| 0.01N HCl | 18 (pH 2.1) |
| 0.1N HCl | 150 (pH 1.1) |
| 1.0N HCl | 510 (pH 0.14) |

### EXAMPLE 14

The stability of the crystal structure of Form B was studied after storage of the compound for a period of two weeks at room temperature (RT) under <5%, 56% and 75% relative humidity (RH), 50° C. and 40° C./75% RH. The samples were analyzed with thermogravimetry (TG), differential scanning calorimetry (DSC), infrared spectroscopy (IR) and X-ray diffraction (XRD). The results of the tests are reported in the following table.

#### TABLE 20

| condition | TG <100° C. | <225° C. | IR | XRD | DSC Max (° C.) | Appearance |
|---|---|---|---|---|---|---|
| 0 days | 5.65 | 0.16 | Ref | Ref | 69.1 | slightly yellow-orange |
| after ADS/DES | 4.30 | 0.18 | ≠Ref | — | — | slightly yellow-orange |
| RT/<5% RH | 0.32 | 0.07 | ≠Ref | ≠Ref | 71.2 | slightly yellow-orange |
| RT/56% RH | 5.71 | 0.25 | ~Ref | ~Ref | 71.0 | slightly yellow-orange |
| RT/75% RH | 6.20 | 0.10 | ~Ref | ~Ref | 71.5 | slightly yellow-orange |
| 50° C. | 0.23 | 0.06 | ≠Ref | ±Ref | 76.4 | slightly yellow-orange |
| 40° C. 75% RH | 5.77 | 0.07 | ~Ref | ±Ref | 70.4 | slightly yellow-orange |

~Ref: identical with reference
±Ref: similar with reference
≠Ref: different with reference

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

DEFs-JT(Daru) 035910

DTX-0001 (Page 32 of 35)

US 7,700,645 B2

**25**

## EXAMPLE 15

In the chemical stability test program Form B was stored for a period of 1, 4 and 9 weeks under different conditions. These conditions were 40° C./75% RH, 50° C., RT/<5% RH, RT/56% RH, RT/75% RH and 0.3da ICH light. The compound was analysed after storage by HPLC and by visual inspection. The HPLC method used in this study was HPLC method 909. The results of the tests are reported in the following table, from which it was concluded that Form B is chemically stable.

### TABLE 21

| Condition | HPLC Sum of impurities | | | Appearance | | |
|---|---|---|---|---|---|---|
| | 1 week | 4 week | 9 week | 1 week | 4 weeks | 9 weeks |
| Reference | 1.35 | — | — | lightly yellow-orange | — | — |
| 0.3 da ICH light | 1.30 | — | — | light-orange | | |
| 40° C./75% RH | 1.43 | 1.38 | 1.41 | lightly yellow-orange | Orange | light-orange |
| 50° C. | 1.46 | 1.50 | 1.53 | lightly yellow-orange | light-orange | light-orange |
| RT/<50% RH | — | 1.48 | 1.37 | — | light-orange | light-orange |
| RT/56% RH | — | 1.11 | 1.35 | — | lightly yellow-orange | light-orange |
| RT/75% RH | — | 1.34 | 1.29 | — | light-orange | light-orange |

## EXAMPLE 16

Form K was prepared by adding neat methanesulfonic acid to a solution of Form A in THF at r.t. Form K was subsequently mixed with alkali halide and pressed to a pellet (Ph. Eur.) and analyzed by Infrared spectrometry (IR) at the following conditions:

| apparatus: | Nicolet Magna 560 FTIR spectrophotometer |
|---|---|
| number of scans: | 32 |
| resolution: | 1 cm$^{-1}$ |
| wavelength range: | 4000 to 400 cm$^{-1}$ |
| baseline correction: | yes |
| detector: | DTGS with KBr windows |
| beamsplitter: | Ge on KBr |
| alkali halide: | KBr (potassium bromide) |

The IR spectrum of Form K, as shown in FIG. 21, reflects the vibrational modes of the molecular structure of the mesylate solvate as a crystalline product.

### TABLE 22

Wavenumbers (cm$^{-1}$) and relative intensities of absorption bands ([1])

3362m, 3064w
2985m, 2964m, 2906m, 2873m, 2632w, 2585w
1687s, 1627w, 1601w
1584m, 1495m, 1480w, 1470w, 1452w, 1443w, 1421w
1383w, 1373w, 1369w, 1345m, 1324m, 1314m, 1299w, 1268m, 1245m, 1221m, 1202s
1190s, 1166vs, 1122m, 1091m, 1077m, 1051s, 1043s, 1023m, 1002m
992m, 969w, 943w, 912w, 888w, 867vw, 836w, 813vw
773m, 754w, 743m, 711w, 700m, 658m, 634w
581w, 556m, 505w, 472vw, 452vw, 435vw, 417vw

([1]) vs = very strong, s = strong, m = medium, w = weak, vw = very weak, br = broad

**26**

## EXAMPLE 17

Form K was transferred to a glass capillary cell and analyzed by Raman spectrometry at the following conditions:

| Raman mode: | Nondispersive Raman |
|---|---|
| apparatus: | Nicolet FT-Raman module |
| number of scans: | 64 |

-continued

| resolution: | 4 cm$^{-1}$ |
|---|---|
| wavelength range: | 3700 to 100 cm$^{-1}$ |
| laser: | Nd:YVO4 |
| laser frequency: | 1064 cm$^{-1}$ |
| detector: | InGaAs |
| beamsplitter: | CaF$_2$ |
| sample geometry: | 180° reflective |
| polarization: | no |

The Raman spectrum of Form K, as shown in FIG. 22, reflects the vibrational modes of the molecular structure of the mesylate as a crystalline product.

### TABLE 23

Wavenumbers (cm$^{-1}$) and relative intensities of absorption bands ([1])

3080m, 3068m, 3059m, 3043w, 3022w, 3006m
2989m, 2978s, 2962s, 2933vs, 2906m, 2871m
1685vw, 1628w, 1603s, 1585w, 1495w, 1479w, 1466w, 1450m, 1423w
1381w, 1346w, 1336w, 1313w, 1290w, 1271w, 1244w, 1230w, 1209m
1190w, 1182m, 1163vs, 1122w, 1105w, 1090m, 1049vs, 1032w, 1003s
968w, 955w, 941w, 914w, 897w, 877w, 866w, 845w, 823m, 814m
783m, 771m, 742w, 658w, 634m, 621w
577w, 561m, 534w, 524w, 497w, 451w, 436w
337w, 308w, 287m, 247w, 206w, 162m, 129m

([1]) vs = very strong, s = strong, m = medium, w = weak, vw = very weak

## EXAMPLE 18

About 3 mg of Form K were transferred into a standard aluminium TA-Instrument sample pan. The sample pan was closed with the appropriate cover and the DSC curve recorded on a TA-Instruments Q1000 MTDSC equipped with a RCS cooling unit, at the following conditions:

DEFs-JT(Daru) 035911

DTX-0001 (Page 33 of 35)

US 7,700,645 B2

27

| | |
|---|---|
| initial temperature: | 25° C. |
| heating rate: | 10° C./min |
| final temperature: | 200° C. |
| nitrogen flow: | 50 ml/min |

The DSC curve as depicted in FIG. 23, shows the melting with decomposition of a crystalline product. The melting of Form K occurs at 158.4° C. Due to the decomposition, the heat of fusion calculation can only be used to indicate the crystalline property of the product.

EXAMPLE 19

Form K was transferred into an aluminum sample pan. The TG curve was recorded on a TA Instruments Hi-Res TGA 2950 thermogravimeter at the following conditions:

| | |
|---|---|
| initial temperature: | room temperature |
| heating rate: | 20° C./min |
| resolution factor: | 4 |
| final condition: | 300° C. or <80[(w/w)%] |

The TG curve is exhibited in FIG. 24. The loss of weight of around 0.2% up to .60° C. was due to the evaporation of solvent. The loss of weight at temperatures above 140° C. was due to the evaporation and decomposition of the product.

EXAMPLE 20

Adsorption-Desorption

About 21 mg of Form K were transferred into a VTI vapor sorption analyzer model SGA100 and the weight change with respect to the atmospheric humidity was recorded at the following conditions:

| | |
|---|---|
| drying temperature: | 40° C. |
| equilibrium: | ≦0.05% in 5 min. or 60 min. |
| data interval: | 0.05% or 2.0 min. |
| temperature: | 25° C. |
| first cycle | RH (%) adsorption: 5,10,20,30,40,50,60,70,80, 90,95 |
| | RH (%) desorption: 95,90,80,70,60,50,40,30,20, 10,5 |
| second cycle | RH (%)adsorption: 5,10,20,30,40,50,60,70,80, 90,95 |

28

-continued

| |
|---|
| RH (%) desorption: 95,90,80,70,60,50,40,30,20, 10,5 |

The Adsorption-Desorption isotherm is shown in FIG. 25. Form K is hygroscopic. At the initial drying step a loss of weight of 0.3% was registered, comparable to the TG result. Form K adsorbed up to 1.5% water at high relative humidity. The product dried completely during the desorption cycle.

A different study of the adsorption and desorption of water by Form K at 25° C. at different conditions of relative humidity was investigated on an amount of 18 mg of the mesylate solvate. The weight change as a function of relative humidity was registered. The result is displayed in FIG. 26.

At the drying step about 0.6% weight loss is registered for Form K. The obtained dried product is slightly hygroscopic, it adsorbed up to 1.7% water at high relative humidity. The product dried completely during the desorption cycle.

EXAMPLE 21

Aqueous solubilities of Form K were measured in solvents with different pH. An excess of the solute was equilibrated with the solvent at 20° C. for at least 48 hours. After removing the undissolved compound, the concentration in solution was determined using UV spectrometry.

TABLE 24

| Solvent | Solubility (mg/100 ml solution) |
|---|---|
| Water | 19 (pH 3.3) |
| Buffer pH 2 (citrate/HCl) | 21 (pH 2.0) |
| Buffer pH 3 (citrate/HCl) | 12 (pH 3.0) |
| Buffer pH 4 (citrate/HCl) | 11 (pH 4.0) |
| 0.01N HCl | 24 (pH 2.0) |
| 20% HPβCD in water | 2100 (pH 1.6) |

EXAMPLE 22

The stability of the crystal structure of Form K batch 1 was studied after storage of the compound for a period of four weeks at room temperature (RT) under 75% relative humidity (RH), 50° C. and 40° C./75% RH. The stability of the crystal structure of Form K batch 2 was studied after storage of the compound for a period of four weeks at room temperature (RT) under <5%, 56% and 75% relative humidity (RH), 50° C. and 40° C./75% RH. The samples were analyzed with thermogravimetry (TG), differential scanning calorimetry (DSC) and infrared spectroscopy (IR). The results of the tests are reported in the following table.

TABLE 25

| | | TG | | | DSC | | |
|---|---|---|---|---|---|---|---|
| compound | conditions | <80° C. | <125° C. | IR | Max (° C.) | Extra (° C.) | Appearance |
| Form K | 0 days | 0.47 | 0.15 | Ref | 143.7 | — | slightly orange |
| Batch 1 | RT/75% RH | 2.87 | 0.19 | ≠Ref | 146.6 | 64.3 | slightly orange |
| | 50° C. | 0.32 | 0.14 | ~Ref | 140.6 | 45.6 | orange |
| | 40° C./75% RH | 1.48 | 3.71 | — | — | — | brown oil |
| Form K | 0 days | 0.16 | 0.11 | Ref | 155.8 | — | slightly orange |
| Batch 2 | RT/<5% RH | 0.00 | 0.03 | ~Ref | 156.9 | — | slightly orange |
| | RT/56% RH | 0.27 | 0.03 | ±Ref | 154.6 | — | slightly orange |
| | RT/75% RH | 1.82 | 0.07 | ≠Ref | 149.2 | 67.0 | slightly orange |
| | 50° C. | 0.12 | 0.12 | ~Ref | 156.8 | — | slightly orange |
| | 40° C./75% RH | 3.26 | 3.08 | — | — | — | brown oil |

~Ref: identical with reference
±Ref: similar with reference
≠Ref: different with reference

DEFs-JT(Daru) 035912
DTX-0001 (Page 34 of 35)

US 7,700,645 B2

**29**

EXAMPLE 23

In the chemical stability test program Form K batch 1 was stored for a period of 1 and 4 weeks under different conditions. These conditions were 40° C./75% RH, 50° C., RT/75% RH and 0.3da ICH light. Form K batch 2 was also stored for a period of 1 and 4 weeks under different conditions. These conditions were 40° C./75% RH, 50° C., RT/<5% RH, RT/56% RH, RT/75% RH and 0.3 da ICH light. The compound was analysed after storage by HPLC and by visual inspection. The HPLC method used in this study was HPLC method 909. The results of the tests are reported in the following table.

TABLE 26

| compound | conditions | HPLC Sum of impurities | | appearance | |
|---|---|---|---|---|---|
| | | 1 week | 4 weeks | 1 week | 4 weeks |
| Form K batch 1 | Reference | 3.57 | — | slightly-orange | — |
| | 0.3 da ICH light | 2.93 | — | slightly-orange | — |
| | 40° C./75% RH | 5.36 | >50* | slightly-orange | brown oil |
| | 50° C. | 3.99 | 27.53 | slightly-orange | orange |
| | RT/75% RH | | 3.61 | | slightly-orange |
| Form K Batch 2 | Reference | 1.50 | — | slightly-orange | — |
| | 0.3 da ICH light | 1.17 | — | slightly-orange | — |
| | 40° C./75% RH | 1.75 | >85* | slightly-orange | brown oil |
| | 50° C. | 1.46 | 1.25 | slightly-orange | slightly-orange |
| | RT/<5% RH | — | 1.58 | — | slightly-orange |
| | RT/56% RH | — | 1.45 | — | slightly-orange |
| | RT/75% RH | — | 1.46 | — | slightly-orange |

EXAMPLE 24

A randomized, placebo-controlled, double-blind, multiple dose escalation trial was performed to examine the safety, tolerability and pharmacokinetics of Form A after oral administration twice or three times daily, in healthy subjects. Four dosages of Form A (400 mg b.i.d., 800 mg b.i.d., 800 mg t.i.d., and 1200 mg t.i.d.) were tested in 4 panels of 9 healthy subjects. Within each panel, 6 subjects were treated with Form A and 3 subjects with placebo for 13 days with a single intake in the morning of day 14. (b.i.d.=twice daily, t.i.d.=three times daily).

Form A was readily absorbed and concentration-time profiles of Form A after repeated dosing were dependent on the dose administered. Steady-state plasma concentrations were reached generally within 3 days, although $C_{0h}$ (conc. at administration time) and $AUC_{24h}$ (area under de curve or bioavailability) slightly decreased over time at all dose levels. $AUC_{24h}$ and $C_{ss,av}$ (conc. at average steady-state) were dose-proportional (daily dose) at 400 mg b.i.d., 800 mg t.i.d. and 1200 mg b.i.d., but was more than dose-proportional at 800 mg b.i.d. $C_{max}$ (maximum conc.) was dose-proportional with respect to dose per intake. Less than 2% of unchanged Form A was excreted in the urine at all dose levels.

The invention claimed is:

1. An ethanolate solvate of the compound (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl(1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropyl-carbamate, in which the ratio of compound to ethanol is about 1:1.

**30**

2. A solvate having the formula:



3. A composition comprising an ethanolate solvate of the compound (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate, in which the ratio of compound to ethanol is about 1:1, and an inert carrier.

4. The composition of claim 3 wherein the inert carrier is a pharmaceutically acceptable carrier.

5. The composition of claim 4 wherein the pharmaceutically acceptable carrier is a solid inert carrier.

6. A composition comprising a solvate having the formula:



and an inert carrier.

7. The composition of claim 6 wherein the inert carrier is a pharmaceutically acceptable earner.

8. The composition of claim 7 wherein the pharmaceutically acceptable carrier is a solid inert carrier.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 01/10/2013

# Exhibit 3



U 7398822

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

#### February 05, 2013

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,772,411*
ISSUE DATE: *August 10, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

US007772411B2

(12) **United States Patent**
Goyvaerts et al.

(10) Patent No.: **US 7,772,411 B2**
(45) Date of Patent: **Aug. 10, 2010**

(54) **PROCESS FOR THE PREPARATION OF (3R,3AS,6AR)-HEXAHYDROFURO [2,3-B] FURAN-3-YL (1S,2R)-3-[[(4-AMINOPHENYL) SULFONYL] (ISOBUTYL) AMINO]-1-BENZYL-2-HYDROXYPROPYLCARBAMATE**

(75) Inventors: **Nicolaas Martha Felix Goyvaerts**, Berlaar (BE); **Piet Tom Bert Paul Wigerinck**, Terhagen (BE); **Hartmut Burghard Zinser**, Schaffhausen (CH); **Birgit M. Ebert**, Schaffhausen (CH)

(73) Assignee: **Tibotec Pharmaceuticals Ltd.** (IE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 791 days.

(21) Appl. No.: **10/596,732**

(22) PCT Filed: **Dec. 23, 2004**

(86) PCT No.: **PCT/EP2004/053692**
§ 371 (c)(1),
(2), (4) Date: **Jun. 22, 2006**

(87) PCT Pub. No.: **WO2005/063770**
PCT Pub. Date: **Jul. 14, 2005**

(65) **Prior Publication Data**
US 2007/0060642 A1    Mar. 15, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/568,183, filed on May 4, 2004.

(30) **Foreign Application Priority Data**
Dec. 23, 2003    (EP) .................................. 03104949

(51) **Int. Cl.**
*C07D 493/04*    (2006.01)
(52) **U.S. Cl.** .......................................... 549/464
(58) **Field of Classification Search** .................. 549/464
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,248,775 B1    6/2001    Vazquez et al.
6,455,738 B1    9/2002    Dubac et al.

FOREIGN PATENT DOCUMENTS

| EP | 0715618 B1 | 12/1998 |
| EP | 0754669 B1 | 10/2001 |
| EP | 0774453 B1 | 2/2002 |
| EP | 1081133 B1 | 3/2004 |
| EP | 0129856 B1 | 6/2004 |
| EP | 1215209 B1 | 8/2004 |
| EP | 1466898 A1 | 10/2004 |
| EP | 1067125 B1 | 7/2006 |
| WO | WO 94/04492 A1 | 3/1994 |
| WO | WO 94/05639 | 3/1994 |
| WO | WO 95/06030 | 3/1995 |
| WO | WO 96/22287 A1 | 7/1996 |
| WO | WO 96/28418 A1 | 9/1996 |
| WO | WO 96/28463 | 9/1996 |
| WO | WO 96/28464 | 9/1996 |
| WO | WO 96/28465 A1 | 9/1996 |
| WO | WO 97/18205 | 5/1997 |
| WO | WO 97/21685 A1 | 6/1997 |
| WO | WO 98/07685 A1 | 2/1998 |
| WO | WO 99/48885 A1 | 9/1999 |
| WO | WO 99/67417 A2 | 12/1999 |
| WO | WO 01/12599 A1 | 2/2001 |
| WO | WO 01/46120 A1 | 6/2001 |
| WO | WO 02/092595 A1 | 11/2002 |
| WO | WO 03/022853 A1 | 3/2003 |
| WO | WO 03/057665 A1 | 7/2003 |
| WO | WO 03/106461 A2 | 12/2003 |

OTHER PUBLICATIONS

Jain et al., "Polymorphism in Pharmacy" Indian Drugs ,1986, 23(6) 315-329.*
Vippagunta et al., "Crystalline Solid", Advanced Drug Delivery Reviews 48 (2001) 3-26.*
Guillory (in Brittain ed.), "Polymorphism, etc.", NY: Marcel Dekker, Inc., 1999, 1-2, 183-226.*
International Search Report, International Application No. PCT/EP2004/053692, Date of Mailing of International Search Report, May 2, 2005.
Bodanszky, M., *Principles of Peptide Synthesis*, 1st and 2nd revised edition, 1984 and 1993, Springer-Verlag, New York.
Cerfontain, Hans., *Mechanistic Aspects in Aromatic Sulfonation and Desulfonation*, 1968, Interscience Publishers, New York.
Cross L.C., et al., "Rules for The Nomenclature of Organic Chemistry, Section E: Stereochemistry.", *Pure & Appl. Chem.*, 1976, vol. 45, pp. 11-30.
Fieser et al., *Reagents for Organic Synthesis*, 1994, vol. 17, John Wiley & Sons.
Ghosh, A.K. et al., "Nonpeptidal P2 Ligands for HIV Protease Inhibitors: Structure-Based Design Synthesis and Biological Evaluation.", *Journal of Medicinal Chemistry*, 1996, vol. 39, pp. 3278-3290, American Chemical Society, Washington, US, XP002193358.

(Continued)

*Primary Examiner*—Patricia L Morris

(57)    **ABSTRACT**

The present invention relates to a process for the preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl) amino]-1-benzyl-2-hydroxypropylcarbamate as well as intermediates for use in said process. More in particular the invention relates to processes for the preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate which make use of 4-amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-(isobutyl)benzene sulfonamide intermediate, and to processes amenable to industrial scaling up. (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate is particularly useful as HIV protease inhibitors.

**18 Claims, No Drawings**

**US 7,772,411 B2**

Page 2

## OTHER PUBLICATIONS

Ghosh, A.K. et al., "Potent HIV Protease Inhibitors Incorporating High-Affinity P2-ligands and (R)-Hydroxyethylamino)Sulfonamide Isostere.", *Bioorganic & Medicinal Chemistry Letters*, Mar. 17, 1998, vol. 8, No. 6, pp. 687-690, Oxford, GB, XP004136945.

Gilbert, Everett, E., *Sulfonation and Related Reactions*, 1977, Interscience Publishers, New York.

Greene T. W., et al., *"Protective Groups in Organic Synthesis" 2nd edition*, T W Greene & P G M Wutz, 1991, Wiley Interscience.

Kim, B.M. et al., "Synthesis of a Chiral Aziridine Derivative as a Versatile Intermediate for HIV Protease Inhibitors.", *Organic Letters*, 2001, vol. 3, No. 15, 2001, pp.2349-2351, XP0001179485.

March, J., *"Advanced Organic Chemistry"*, 3rd edition, 1985, pp. 1036-1039.

McManus, S.P. et al., "The Synthesis of Aminoalcohols From Epoxides and Amonia.", *Synthetic Communications*, 1973, vol. 3, No. 3, pp. 177-180.

Paquette, Leo A., *Encyclopedia of Reagents for Organic Synthesis*, 1995, John Wiley & Sons, New York, US.

Stewart, J.M. et al., *Solid Phase Peptide Synthesis*, 2nd edition, 1984, W.H. Freeman and Company, San Franciso, CA.

Office Action dated Sep. 29, 2008 for corresponding European Application No. 04805020.7 - 2117/1725566.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,772,411 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**PROCESS FOR THE PREPARATION OF (3R,3AS,6AR)-HEXAHYDROFURO [2,3-B] FURAN-3-YL (1S,2R)-3-[[(4-AMINOPHENYL) SULFONYL] (ISOBUTYL) AMINO]-1-BENZYL-2-HYDROXYPROPYLCARBAMATE**

CROSS REFERENCE TO RELATED APPLICATIONS

This application is the national stage of PCT Application No. PCT/EP2004/053692, filed Dec. 23, 2004, which application claims priority from European Patent Application No. 03104949.7, filed 23 Dec. 2003 and U.S. provisional Patent Application No. 60/568,183, filed 4 May 2004, the entire disclosures of which are hereby incorporated in their entirely.

FIELD OF THE INVENTION

The present invention relates to a process for the preparation of (3R,3aS,6aR)-hexahydrofuro [2,3-b]furan-3-yl (1S, 2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl) amino]-1-benzyl-2-hydroxypropylcarbamate as well as intermediates for use in said processes. More in particular the invention relates to processes for the preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl] (isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate which make use of 4-amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-isobutylbenzene sulfonamide intermediate, and which are processes amenable to industrial scaling up.

BACKGROUND

The virus causing the acquired immunodeficiency syndrome (AIDS) is known by different names, including T-lymphocyte virus III (HTLV-III) or lymphadenopathy-associated virus LAV) or AIDS-related virus (ARV) or human immunodeficiency virus (HIV). Up until now, two distinct families have been identified, i.e. HIV-1 and HIV-2. Hereinafter, HIV will be used to generically denote these viruses.

One of the critical pathways in a retroviral life cycle is the processing of polyprotein precursors by retroviral protease. For instance, during the replication cycle of the HIV virus, gag and gag-pol gene transcription products are translated as proteins, which are subsequently processed by a virally encoded protease to yield viral enzymes and structural proteins of the virus core. Most commonly, the gag precursor proteins are processed into the core proteins and the pol precursor proteins are processed into the viral enzymes, e.g., reverse transcriptase and retroviral protease. Correct processing of the precursor proteins by the retroviral protease is necessary for the assembly of infectious virus, thus making the retroviral protease an attractive target for antiviral therapy. In particular for HIV treatment, the HIV protease is an attractive target.

Several protease inhibitors are on the market or are being developed. Hydroxyethylamino sulfonamide HIV protease inhibitors, for example 4-aminobenzene hydroxyethylamino sulfonamides, have been described to have favourable pharmacological and pharmacokinetic properties against wild-type and mutant HIV virus. Amprenavir is a commercially available exponent of this 4-aminobenzene hydroxyethylamino sulfonamide class of protease inhibitor. A process for the synthesis of amprenavir is described in WO99/48885 (Glaxo Group Ltd.).

4-aminobenzene hydroxyethylamino sulfonamides may also be prepared according to the procedures described in EP 715618, WO 99/67417, U.S. Pat. No. 6,248,775, and in Bioorganic and Chemistry Letters, Vol. 8, pp. 687-690, 1998, "Potent HIV protease inhibitors incorporating high-affinity

P2-ligands and (R)-(hydroxyethylamino) sulfonamide isostere", all of which are incorporated herein by reference. In particular, (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl) sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate, herein referred to as compound of formula (6), and methods for its preparation may be found disclosed in WO99/67417 (USA, The Secretary, Dpt. of Health and Human Services), and in PCT/EP03/50176 (Tibotec N.V.).

WO03/057665 (Ajinomoto KK) relates to a process for producing crystals of benzenesulfonamide derivatives. In particular, it provides a crystallization for (2R,3S) -N-(3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl-4-amino-benzensulfonamide, which is an intermediate of interest for the preparation of (3R,3aS,6aR)-hexahydrofuro [2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl] (isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate. This intermediate of interest is obtained according to the disclosure by departing from a (2S,3S)-3-benzyloxycarbonylamino-1,2-epoxy-4-phenylbutane, to which isobutylamite is reacted, followed by coupling of p-nitro-benzenesulfonylchloride to yield (2R, 3S)-N-(3-benzyloxycarbonylamino-2-hydroxy-4-phenylbutyl)-N-isobutyl-4-nitrobenzenesulfonamide, which is simultaneously reduced and deprotected to obtain the intermediate of interest. In particular, the route employs a benzyloxycarbonyl (Cbz or Z) as the amino protecting group of the core molecule. It is observed that the simultaneous reduction of the nitro moiety and Cbz deprotection in (2R,3S)-N-(3-benzyloxycarbonylamino-2-hydroxy-4-phenylbutyl)-N-isobutyl-4-nitrobenzenesulfonamide results in a highly exothermic reaction. Exothermic reactions, if possible, should be avoided or limited to its minimum extent, as they are more difficult for controlling reaction temperatures, i.e. when the reaction temperature would be too low, the reaction rate is small and a long time is required; when the reaction temperature would be too high, the reaction rate is too large and insufficient mixing occurs, inviting nonuniform reaction, deterioration (burning) of the product formed, or unwanted side reactions may take place with the result that product selectivity is decreased. On the other hand, it is also observed that the catalytic reduction disclosed in WO03/057665 does not include an acid treatment. In the absence of an acid treatment, it is expected that the catalyst employed during reduction and Cbz deprotection will be poisoned with the sulfur from p-nitrobenzenesulfonyl-chloride. A poisoned catalyst will inevitably result into the appearance of side-products thus decreasing product selectivity.

In order for a chemical route to be suitable for industrial scale, it should produce compounds in acceptable yields and purity while being easy and simple to carry out, as well as cost effective. As such, there has been found a new process for the synthesis of compound of formula (6) which is amenable for industrial scale.



(6)

In particular, the present invention provides a convenient process for the production of compound of formula (6) and

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041525
DTX-0013 (Page 4 of 16)

US 7,772,411 B2

3
4

intermediates, addition salts, polymorphic and/or pseudopolymorphic forms thereof at industrial scales. More in particular, the present invention encompasses a suitable route for the synthesis of compound of formula (6) which further benefits from an improved and cost-effective crystallization of (2R,3S)-N-(3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl-4-amino-benzenesulfonamide with acceptable purities and yields. Even more in particular, the present invention presents separate reduction and deprotection reactions encompassing an acid treatment, all resulting in a more controllable, selective and cost-effective process.

In one embodiment, the present invention provides an improved crystallization employing pH and concentration controls in defined ranges, while the crystallization by WO03/057665 only makes mention of heating the solution in polar solvent in order to improve the yield, or heating the solution (30-80° C.) in order to dissolve the crystals present in the polar solvent solution in order to improve purification.

The present invention has the further advantage of using commercially available starting material, such as a 1-oxiranyl-2-phenyl-ethyl-carbamic acid tert-butyl ester. Further, the precursor of compound of formula (6), i.e. (2R,3S)-N-(3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl-4-amino-benzenesulfonamide or compound of formula (5), may be produced as a one-pot procedure which results in an efficient utilization of the reactor and the omission of intermediate purification steps. The reagents further used in said process are safe and available in bulk. Furthermore, each step of said method is performed at controllable conditions and provides with the desired compound in optional yields. Moreover, each step of said process is performed stereoselectively, which allows the synthesis of pure stereoisomeric forms of the desired compounds.

Other objects and advantages of the present invention will become apparent from the following detailed description taken in conjunction with the accompanying examples.

EP0754669 (Kaneka Corporation) describes processes for producing alpha-halo ketones, alpha-halohydrins and epoxides; EP1029856 (Kaneka Corp.) discloses a process for the preparation of (2R,3S)-3-amino-1,2-oxirane; and EP1067125 also by Kaneka Corporation relates to a process for the preparation of threo-1,2-epoxy-3-amino-4-phenylbutane. EP774453 (Ajinomoto Co., Inc.) describes a process for producing 3-amino-2-oxo-1-halogenopropane derivatives. In WO01/12599 (Samchully Pharm Co. Ltd.) there is described new ethylaziridine derivatives and their preparation methods. WO01/46120 (Aerojet Fine Chemicals LLC) discloses an improved preparation of 2S,3S-N-isobutyl-N-(2-hydroxy-3-amino-4-phenylbutyl)-p-nitrobenzenesulfonylamide hydrochloride and other derivatives of 2-hydroxy-1,3-diamines. In WO96/28418 (G. D. Searle & Co., Inc.) there are disclosed sulfonylalkanoylamino hydroxyethylamino sulfonamide retroviral protease inhibitors. WO94/04492 (G. D. Searle & Co., Inc.) discloses alpha- and beta-amino acid hydroxyethylamino sulfonamides useful as retroviral protease inhibitors. WO97/21685 (Abbott) disclose the preparation of peptide analogues as retroviral protease inhibitors. WO94/05639 (Vertex Pharmaceuticals) describes sulfonamide inhibitors of HIV-1 aspartyl protease.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to a process for the preparation of compound of formula (6), addition salts, polymorphic and/or pseudopolymorphic forms thereof;

(6)

which comprises:

(i) introducing an isobutylamino group in compound of formula (1)

(1)

wherein

PG represents an amino-protecting group;

$R_1$ is hydrogen or $C_{1-6}$alkyl;

(ii) introducing a p-nitrophenylsulfonyl group in the resultant compound of step (i);

(iii) reducing the nitro moiety of the resultant compound of step (ii);

(iv) deprotecting the resultant compound of step (iii); and

(v) coupling the resultant compound of step (iv) with a (3R, 3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate, to form compound of formula (6).

In one embodiment, the present invention relates to a process for preparing compound of formula (6), characterized in that said process comprises the steps of: introducing an isobutylamino group in compound of formula (1');

(1')

to obtain compound of formula (2');

(2')

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041526
DTX-0013 (Page 5 of 16)

US 7,772,411 B2

5

introducing a p-nitrophenylsulfonyl group into compound of formula (2') to obtain compound of formula (3');

(3')



reducing the nitro moiety of compound of formula (3') to obtain compound of formula (4');

(4')



deprotecting compound of formula (4') to obtain compound of formula (5);

(5)



coupling compound of formula (5) with (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate to obtain compound of formula (6).

The present invention thus involves processes for the preparation of compound of formula (6), addition salts, polymorphic and/or pseudopolymorphic forms thereof, through the intermediate of formula (5)

(5)



Preferably, compound of formula (5) is crystallized as a freebase. Alternatively, compound of formula (5) is crystallized as a salt with strong acids such as hydrochloric acid, hydrobromic acid, methanesulfonic acid, sulfuric acid, oxalic

6

acid, citric acid, and the like. Crystallization of compound of formula (5) improves its purity and yield, both beneficial factors for the production of compound of formula (6). Alternatively, compound of formula (5) may be crystallized as a polymorphic and/or pseudopolymorphic form thereof.

Preferably, compound of formula (6) is crystallized as a pseudopolymorphic form, preferably as an alcoholate, more preferably as an ethanolate.

Compound of Formula (1)

Compound of formula (1) is

(1)



wherein

PG represents an amino-protecting group;

$R_1$ is hydrogen or $C_{1-6}$alkyl.

The term "amino-protecting group" as used herein refers to one or more selectively removable substituents on the amino group commonly employed to block or protect the amino functionality against undesirable side reactions during synthetic procedures and includes all conventional amino protecting groups. Examples of amino-protecting groups include the urethane blocking groups, such as t-butoxy-carbonyl ("Boc"), 2-(4-biphenylyl)propyl(2)oxycarbonyl ("Bpoc"), 2-phenylpropyl(2)oxycarbonyl ("Poc"), 2-(4-xenyl)isopropoxycarbonyl, isopropoxycarbonyl, 1,1-diphenylethyl(1)-oxycarbonyl, 1,1-diphenylpropyl(1)oxycarbonyl, 2-(3,5-dimethoxyphenyl)propyl(2)-oxycarbonyl ("Ddz"), 2-(p-5-toluyl)propyl(2)oxycarbonyl, 1-methylcyclopentanyloxycarbonyl, cyclohexanyloxycarbonyl, 1-methylcyclohexanyloxycarbonyl, 2-methylcyclohexanyloxycarbonyl, ethoxycarbonyl, 2-(4-toluylsulfonyl)ethoxycarbonyl, 2-(methylsulfonyl)-ethoxycarbonyl, 2-(triphenylphosphino)-ethoxycarbonyl, 9-fluoroenylmethoxycarbonyl ("Fmoc"), 2-(trimethylsilyl)ethoxycarbonyl, allyloxycarbonyl, 1-(trimethylsilylmethyl)prop-1-enyloxycarbonyl, 5-benzisoxalylmethoxycarbonyl, 4-acetoxybenzyloxycarbonyl, 2,2,2-trichloroethoxycarbonyl, tribromoethoxycarbonyl, 2-ethynyl(2)propoxycarbonyl, cyclopropylmethoxycarbonyl, isobornyloxycarbonyl, 1-piperidyloxycarbonyl, benzyloxycarbonyl ("Z" or "Cbz"), 4-phenylbenzyloxycarbonyl, 2-methylbenzyloxy-carbonyl, α-2,4,5,-tetramethyl-benzyloxycarbonyl ("Tmz"), 4-methoxybenzyloxycarbonyl, 4-fluorobenzyloxycarbonyl, 4-chlorobenzyloxycarbonyl, 3-chlorobenzyloxycarbonyl, 2-chlorobenzyloxycarbonyl, dichlorobenzyloxycarbonyl, 4-bromobenzyloxycarbonyl, ortho-bromobenzyloxycarbonyl, 3-bromobenzyloxycarbonyl, 4-nitrobenzyloxycarbonyl, 4-cyanobenzyloxycarbonyl, 4-(decyloxy)benzyloxycarbonyl, and the like; the benzoylmethylsulfenyl group, dithiasuccinoyl ("Dts") group, the 2-(nitro)phenylsulfenyl group ("Nps"), the diphenylphosphine oxide group, and the like. The species of amino-protecting group employed is usually not critical so long as the derivatized amino group is stable to the conditions of the subsequent reactions and can be removed at the appropriate point without disrupting the remainder of the compound.

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041527
DTX-0013 (Page 6 of 16)

US 7,772,411 B2

7

Additional examples of amino protecting groups include phenylacetyl, formyl ("For"), trityl (Trt), acetyl, tifluoroacetyl (TFA), trichloroacetyl, dichloroacetyl, chloroacetyl, bromoacetyl, iodoacetyl, benzoyl, tert-amyloxycarbonyl, tert-butoxycarbonyl, 3,4-dimethoxybenzyloxycarbonyl, 4-(phenylazo)benzyloxycarbonyl, 2-furfuryloxycarbonyl, diphenylmethoxycarbonyl, 1,1-dimethylpropoxycarbonyl, phthalyl or phthalimido, succinyl, alanyl, leucyl, and 8-quinolyloxycarbonyl, benzyl, diphenylmethyl, 2-nitrophenylthio, 2,4-dinitrophenylthio, methanesulfonyl, para-toluenesulfonyl, N,N-dimethylaminomethylene, benzylidene, 2-hydroxybenzylidene, 2-hydroxy-5-chlorobenzylidene, 2-hydroxy-1-naphthylmethylene, 3-hydroxy-4-pyridylmethylene, cyclohexylidene, 2-ethoxycarbonylcyclohexylidene, 2-ethoxycarbonylcyclopentylidene, 2-acetylcyclohexylidene, 3,3-dimethyl-5-oxycyclohexylidene, diphenylphosphoryl, dibenzylphosphoryl, 5-methyl-2-oxo-2H-1,3-dioxol-4-yl-methyl, trimethylsilyl triethylsilyl, triphenylsilyl, 2-(p-biphenyl)-1-methylethoxycarbonyl, diisopropylmethoxycarbonyl, cyclopentyloxycarbonyl, adamantyloxycarbonal, triphenylmethyl, trimethylsilane, phenylthiocarbonyl, para-nitrobenzylcarbonyl.

Other amino protecting groups include 2,7-di-t-butyl-[9-(10,10-dioxo-10,10,10,10-tetrahydrothio-xanthyl)]methyloxycarbonyl; 2-trimethylsilylethyloxycarbonyl; 2-phenylethyloxycarbonyl; 1,1-dimethyl-2,2-dibromoethyloxycarbonyl; 1-methyl-1-(4-biphenylyl) ethyloxycarbonyl; p-nitrobenzyloxycarbonyl; 2-(p-toluenesulfonyl)-ethyloxycarbonyl; m-chloro-p-acyloxybenzyloxycarbonyl; 5-benzyisoxazolylmethyloxycarbonyl; p-(dihydroxyboryl)benzyloxycarbonyl; m-nitrophenyloxycarbonyl; o-nitrobenzyloxycarbonyl; 3,5-dimethoxybenzyoxycarbonyl; 3,4-dimethoxy-6-nitrobenzyloxycarbonyl; N'-p-toluenesulfonylaminocarbonyl; t-amyloxycarbonyl; p-decyloxybenzyloxycarbonyl; 2,2-dimethoxycarbonylvinyloxycarbonyl; di(2-pyridyl)methyloxycarbonyl; 2-furanylmethyloxycarbonyl; dithiasuccinimide; 2,5-dimethylpyrrole; 5-dibenzylsuberyl; and, methanesulfonamide. Preferred amino-protecting group is Boc.

Further examples of amino-protecting groups are well known in organic synthesis and the peptide art and are described by, for example T. W. Greene and P. G. M. Wuts, *Protective Groups in Organic Synthesis*, 2nd ed., John Wiley and Sons, New York, Chapter 7, 1991; M. Bodanszky, *Priaciples of Peptide Synthesis*, 1st and 2nd revised ed., Springer-Verlag, New York, 1984 and 1993; Stewart and Young, *Solid Phase Peptide Synthesis*, 2nd ed., Pierce Chemical Co, Rockford, Ill. 1984; L. Fieser and M. Fieser, *Fieser and Fieser's Reagents for Organic Synthesis*, John Wiley and Sons (1994); L. Paquette, ed. *Encyclopedia of Reagents for Organic Synthesis*, John Wiley and Sons (1995). Suitable amino protecting groups are also given in e.g. WO98/07685.

The term "$C_{1-6}$alkyl" as a group or part of a group defines straight and branched chained saturated hydrocarbon radicals having from 1 to 6 carbon atoms such as methyl, ethyl, isopropyl, butyl, pentyl, hexyl, 2-methylbutyl, 3-methylpentyl and the like.

Preferably compound of formula (1) is compound of formula (1') as shown below wherein PG is a tert-butyloxycarbonyl or "Boc", and $R_1$ is hydrogen. Compounds of formula (1) and (1') are commercially available and may be prepared in several ways available in the literature, for example as described in WO95/06030 (Searle & Co.), as described by Kaneka Corporation in EP0754669 EP1029856 and EP1067125, and as disclosed by Ajinomoto KK in EP1081133 and EP1215209.

8



(1')

Compound of Formula (2)

Compound of formula (1) is subjected to an amination on the epoxide to render compound of formula (2).



The term "amination" as used herein refers to a process in which a primary amine, isobutylamine, is introduced into the organic molecule of formula (1). Amination of compound of formula (1) may be accomplished in several ways available in the literature, for example as described in WO95/06030, which is incorporated herein by reference.

In a preferred embodiment, compound of formula (1') is reacted with isobutylamine to yield compound of formula (2').



Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041528
DTX-0013 (Page 7 of 16)

US 7,772,411 B2

9
10

Amination of epoxides is described for instance in March, Advanced Organic Chemistry 368-69 (3rd Ed. 1985) and McManus et al, 3 Synth. Comm. 177 (1973), which are incorporated herein by reference. Suitably, compounds of formula (2) and (2') may be prepared according to the procedure described in WO97/18205.

The amination agent, isobutylamine, may function as well as a solvent, in which case, an excess of isobutylamine will be added. In other embodiments, the amination process is performed in the presence of one or more solvents other than isobutylamine. In a preferred embodiment, said solvents are used in the work-up of compounds of formula (2) and (2').

Suitable solvents include protic, non-protic and dipolar aprotic organic solvents such as, for example, those wherein the solvent is an alcohol, such as methanol, ethanol, isopropanol, n-butanol, t-butanol, and the like; ketones such as acetone; ethers such as diethyl ether, tetrahydrofuran, dioxane and the like; esters such as ethyl acetate, aminos such as triethylamine; amides such as N,N-dimethylformamide, or dimethylacetamide; chlorinated solvents such as dichloromethane and other solvents such as toluene, dimethyl sulfoxide, acetonitrile, and mixtures thereof. A preferred solvent is toluene.

Conveniently the reaction can be conducted over a wide range of temperatures, e.g., from about −20° C. to about 200° C., but is preferably, although not necessarily, conducted at a temperature at which the solvent refluxes, i.e. between 40° C. and 100° C., more preferably between 60° C. and 90° C.

Suitably the ratios of equivalents between the compound of formula (1) and the amination agent may range from 1:1 to 1:99, respectively. Preferably, the ratio of equivalents between the compound of formula (2) and the amination agent is from 1:5 to 1:20, more preferably the ratio is from 1:10 to 1:15.

In an embodiment of the invention, the amination reaction is carried out in the presence of about 15 equivalents of isobutylamine, using toluene as solvent, and heating to reflux at about 79° C.

Compounds of Formula (3)

Compound of formula (3) is prepared by introducing the sulfonyl moiety, p-nitrobenzene-SO₂, into the intermediate of formula (2).



(2)



(3)

Thus, in a preferred embodiment compound of formula (3') will be prepared by sulfonylating compound of formula (2').



(2')



(3')

As such, compounds of formula (2) and (2') will react with a sulfonylating agent to transform into compounds of formula (3) and (3').

The term "sulfonylation" as used herein refers to a process in which p-nitrobenzene-sulfonyl moiety is introduced into the organic molecule of formulas (2) and (2'). The term "sulfonation" as used herein refers to a process in which a sulfonylating agent is prepared. The term "sulfonylating agent" is referred to p-nitrobenzene-sulfonyl derivatives, such as p-nitrobenzenesulfonyl haloderivatives.

The sulfonylating agents, and in particular p-nitrobenzenesulfonyl haloderivatives, can be prepared by the oxidation of thiols to sulfonyl chlorides using chlorine in the presence of water under carefully controlled conditions. Additionally, sulfonic acids may be converted to sulfonyl halides using reagents such as PCl₅, and also to anhydrides using suitable dehydrating reagents. The sulfonic acids may in turn be prepared using procedures well known in the art. Such sulfonic acids are also commercially available. Sulfonylating agents may as well be prepared by the sulfonation procedures described in "Sulfonation and Related Reactions", by E. E. Gilbert, R. E. Krieger Publishing Co. Huntington, N.Y. (1977), "Mechanistic Aspects of Aromatic Sulfonation and Desulfonation", by H. Cerfontain, Interscience Publishers, NY (1968), and in U.S. Pat. No. 6,455,738, "Process for the sulfonation of an aromatic compound", all incorporated herein by reference.

The treatment of compounds of formula (2) and (2') with the sulfonylating agent can be carried out in the presence of a solvent under heating, approximately between 25° to 250° C., preferably between 70° to 100° C. and agitation. After the sulfonylation, any remaining sulfonylating agent or salts are preferably, although not necessarily, removed from the reaction mixture. This removal can be accomplished by repeated washing with water, change of pH, separation of organic and aqueous phases, ultrafiltration, reverse osmosis, centrifugation, and/or filtration or the like.

The compounds having formula (3) and (3') are prepared by reacting a sulfonylating agent with intermediates of formula (2) and (2') in suitable solvents under alkaline conditions. Suitable alkaline conditions include conventional non-

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,772,411 B2

**11**

nucleophilic inorganic or organic bases and/or acid scavengers. Conventional non-nucleophilic inorganic or organic bases include, for example, hydrides, hydroxides, amides, alcoholates, acetates, carbonates, or hydrogen carbonates of alkaline earth metals or alkali metal hydrides such as, for example, sodium hydride, potassium hydride or calcium hydride, and metal amides, such as sodium amide, potassium amide, lithium diisopropylamide or potassium hexamethyldisilazide, and metal alkanes such as sodium methylate, sodium ethylate, potassium tert-butylate, sodium hydroxide, potassium hydroxide, ammonium hydroxide, sodium acetate, potassium acetate, calcium acetate, ammonium acetate, sodium carbonate, sodium bicarbonate, potassium carbonate, potassium bicarbonate, cesium carbonate, potassium hydrogen carbonate, sodium hydrogen carbonate, or ammonium carbonate, and also basic organic nitrogen compounds such as, trialkylamines, like trimethylamine, triethylamine, tributylamine, N,N-dimethylaniline, N,N-dimethyl-benzylamine, N,N-diisopropylethylamine, pyridine, 1,4-diazabicyclo[2.2.2]-octane (DABCO), 1,5-diazabicyclo [4.3.0]-non-5-ene (DBN), or 1,8-diazabicyclo[5.4.0]-undec-7-ene (DBU), or an excess of an appropriate piperidine compound may be used. Preferably triethylamine is used.

Suitable solvents have been illustrated in the preparation of formulas (2) and (2') above, being inert solvents preferred, such as for example toluene, ethylacetate, methylene chloride, dichloromethane, and tetrahydrofuran.

Conveniently, the ratios of equivalents, calculated from compounds of formula (1) or (1'), and the sulfonylating agent range from 1:1 to 1:3, respectively. Preferably, the ratio of equivalents between the compounds of formula (1) or (1') and the sulfonylating agent is from 1:1 to 1:2, more preferably the ratio is around 1:1.15.

Compounds of Formula (4)

Compounds of formula (4) and (4') are obtained by reducing the nitro moiety of intermediates of formula (3) and (3') respectively with a reducing agent, optionally under a hydrogen atmosphere.



(3)

reducing agent →



(4)



(4)

Reducing agents suitable for reduction of the nitro moiety are metallic reducing reagents such as borane complexes,

**12**

diborane, sodium borohydride, lithium borohydride, sodium borohydride-LiCl, aluminum lithium hydride, or diisobutylaluminium hydride; metals such as iron, zinc, tin and the like; and transition metals such as palladium-carbon, platinum oxide, Raney-nickel, rhodium, ruthenium and the like. When catalytic reduction is applied, ammonium formate, sodium dihydrogenphosphate, hydrazine may be used as the hydrogen source.

Solvents suitable for the reduction of the nitro moiety may be selected from water, alcohols, such as methanol, ethanol, isopropanol, tert-butyl alcohol, esters such as ethyl acetate, amides such as dimethylformamide, acetic acid, dichloromethane, toluene, xylene, benzene, pentane, hexane, heptane, petrol ether, 1,4-thioxane, diethyl ether, diisopropyl ether, tetrahydrofuran, 1,4-dioxane, 1,2-dimethoxyethane, dimethyl sulfoxide, or mixtures thereof. In general any solvent susceptible to being used in a chemical reduction process may be used.

Said reduction step can be carried out at temperatures that range between −78° C. and 55° C., preferably between −10° and 50° C., the preferred temperatures lying between 0° C. and 50° C., more preferably between 5° C. and 30° C. The reaction time may range from 30 minutes to 2 days, more suitably from 1 hour up to 24 hours. According to a preferred embodiment, the reduction step is performed using palladium on charcoal suspended in methanol in another preferred embodiment, an additional amount of charcoal may be employed.

The ratios of equivalents between compounds of formula (3) or (3'), and hydrogen range from 1:1 to 1:10, respectively. Preferably, the ratio of equivalents between the compounds of formula (3) or (3') and the hydrogen is from 1:1 to 1:5, more preferably the ratio is around 1:3.

Compounds of Formula (5)

Compound of formula (5) is obtained by deprotecting the intermediates of formula (4) and (4') under conventional acidic conditions. Alternatively basic conditions may be applied.

deprotecting agent →



(5)

Removal of the amino-protecting-group can be achieved using conditions which will not affect the remaining portion

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041530
DTX-0013 (Page 9 of 16)

US 7,772,411 B2

13

of the molecule. These methods are well known in the art and include acid hydrolysis, hydrogenolysis and the like, thus using commonly known acids in suitable solvents.

Examples of acids employed in the removal of the amino protecting group include inorganic acids such as hydrogen chloride, nitric acid, hydrochloric acid, sulfuric acid and phosphoric acid, organic acids such as acetic acid, trifluoroacetic acid methansulfonic acid and p-toluenesulfonic acid; Lewis acids such as boron trifluoride; acidic cationic ion-exchange resins such as Dowex 50W™. Of these acids, inorganic acids and organic acids are preferred. Hydrochloric acid, sulfuric acid, phosphoric acid and trifluoroacetic acid are more preferred, and hydrochloric acid is most preferred.

The solvent employed during the deprotection of intermediates of formula (4) and (4') is not particularly limited provided that it has no adverse effect on the reaction and dissolves the starting materials to at least some extent. Suitable solvents are aliphatic hydrocarbons such as hexane, heptane and petroleum ether; aromatic hydrocarbons such as benzene, toluene, xylene and mesitylene; halogenated hydrocarbons such as methylene chloride, chloroform, carbon tetrachloride and dichloroethane; ethers such as diethyl ether, terahydrofuran, 1,4-dioxane and 1,2-dimethoxyethane; alcohols such as methanol, ethanol, propanol, isopropanol and butanol; esters such as methyl acetate, ethyl acetate, methyl propionate and ethyl propionate; nitrites such as acetonitrile; amides such as N,N-dimethylformamide and N,N-dimethylacetamide; sulfoxides such as dimethyl sulfoxide and mixtures thereof. Aromatic hydrocarbons, alcohols and esters are preferred. Alcohols and water are more preferred, and water, isopropanol, ethanol and methanol are particularly preferred. Mixtures of methanol, water, and isopropanol or ethanol, and mixtures of ethanol and water are also preferred.

The reaction temperature employed depends upon various factors such as the nature of the starting materials, solvents and acids. However it is usually between –20° C. and 150° C., and is preferably between 30° C. and 100° C., even more preferably at a temperature of reflux. The reaction time employed depends on the reaction temperature and the like. It is typically from 5 minutes to 72 hours, and preferably from 15 minutes to 4 hours.

Examples of reagents and methods for deprotecting amines from amino protecting groups can additionally be found in *Protective Groups in Organic Synthesis* by Theodora W. Greene, New York, John Wiley and Sons, Inc., 1981, incorporated herein by reference.

As those skilled in the art will recognize, the choice of amino protecting group employed in a previous step of the process will dictate the reagents and procedures used in removing said amino protecting group.

The ratios of equivalents between the compounds of formula (3) or (3') and the acid in solvent may range from 1:2 to 1:50, respectively. Preferably, the ratio of equivalents between the compounds of formula (3) or (3') and the acid is from 1:2 to 1:8, more preferably the ratio is around 1:2.

In a preferred embodiment of the present invention, compound of formula (5) is crystallized. Crystallization of compound of formula (5) is performed by dissolving compound of formula (5) in a solvent system, adjusting the pH of the solution and adjusting the concentration of the compound of formula (5). Alternatively, seed crystals of compound of formula (5) may be added.

The solvent system used in the crystallization may comprise one or more water-miscible solvents and water, or alternatively, the solvent system comprises one or more water-immiscible solvents and water.

14

Examples of water-miscible solvents encompass C1-C4 alcohols such as methanol, ethanol n-propanol, isopropanol, n-butanol, isobutanol; cyclic ethers such as tetrahydrofuran or dioxane; amides such as dimethylformamide, dimethylacetamide, N-methylpyrrolidone; dimethylsulfoxide, acetonitrile; a mixture of the abovementioned solvents with one another or a mixture with water, or water itself.

Examples of water-immiscible solvents are hydrocarbons such as pentane, hexane, cyclohexane, methylcyclohexane, heptane, toluene, xylene; C4-C8 esters such as methyl formate, ethyl formate, methyl acetate, ethyl acetate; C4-C8 ethers such as diethyl ether, tert-butyl methyl ether, isopropyl ether; chlorinated solvents such as methylene chloride, dichloromethane, chloroform, dichloroethane, chlorobenzene; or a binary or multiple mixture thereof. When such water-immiscible solvents are used, compound of formula (5) will be isolated by separation of the organic and aqueous phases.

Adjustment of concentration of compound of formula (5) may be accomplished by the addition of water or other suitable solvents, or by evaporation, distillation of the solvent or any other equivalent concentrating techniques. In a preferable crystallization, compound of formula (5) is kept at a concentration between 0.1% and 40% (w/w), preferably between 1% and 30%, more preferably between 2% and 20%, even more preferably between 4% and 15% w/w.

Monitoring or in-process control of the values of concentration of compound of formula (5) in solution may be performed by any method known to the skilled in the art, such as for example, by HPLC chromatography, measurement of density, titration, and the like.

Preferably the solvent used during crystallization of compound of formula (5) is the same as the solvent used during deprotection of intermediates of formula (4) or (4'). Alternatively, when more than one solvent is used, one or more of the solvents used during crystallization of compound of formula (5), are the same as one or more of the solvents used during deprotection of intermediates of formula (4) or (4').

Adjustment of the pH of the solution containing compound of formula (5) may be accomplished by the addition of basic compounds such as sodium hydroxide, sodium carbonate, potassium hydroxide, lithium hydroxide, ammonia, hydrazine, calcium hydroxide, methylamine, ethylamine, aniline, ethylenediamine, triethylamine, tetraethyl ammonium hydroxide, a C2-C18 amino, a C2-C18 ammonium hydroxide, sodium methoxide, potassium methoxide, a C1-C4 organic base, any of the bases listed above, and mixtures thereof. pH of the solution containing compound of formula (5) will be maintained in the basic range, preferably at a pH higher than 7, more preferably at a pH higher than 8, and even more preferably at a pH higher than 9.

In one embodiment, after addition of the base the suspension is further stirred during 1 hour to 48 hours, preferably during 1 to 10 hours, more preferably during 1 to 5 hours.

Working temperatures employed during precipitation of compound of formula (5) may range between –20° and 50° C. Preferably, working temperatures during precipitation may range between –15° C. to 10° C., even more preferably between –10° C. and 10° C., most preferably around 5° C. In another embodiment, compound of formula (5) is collected by centrifugation and dried in vacuum at around 65° C.

A preferred crystallized compound of formula (5) is the free base. Alternatively, other suitable compounds are those crystallized compounds of formula (5) in a salt form, wherein the salt is selected from hydrochloride, hydrobromide, trifluoroacetate, fumarate, chloroacetate and methanesulfonate, and the like.

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041531
DTX-0013 (Page 10 of 16)

US 7,772,411 B2

15

Intermediates of formula (5) are also active inhibitors of retrovirus proteases.

(3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate

(3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof, may be synthetised as described in WO 03/022853. (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof are suitably activated with coupling agents to generate a (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate which may undergo carbamoylation with compound of formula (5). Activation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof with the coupling agent preferably occurs before the coupling with compound of formula (5). Said activation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof and their coupling to compound of formula (5) has the additional advantage to be a one-pot procedure, since isolation of the activated intermediate is not necessary.

Precursors of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol are those compounds where the oxygen of the alcohol function is protected with O-protecting groups, such as t-butyl ether ("Boc"), acetates, benzyl groups, benzyl ethers, allyls, silyl protecting groups such as tert-butyldimethylsilyl (TBS), trimethylsilylethoxymethyl (SEM), alkoxyalkyl groups such as methoxyethoxymethyl (MEM), methoxymethyl (MOM), tetrahydropyranyl (THP), tetrahydropyranyl (THE), and the like. Where precursors of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol are employed, deprotection may be accomplished prior to the coupling or in situ. Removal of the alcohol protecting groups may be achieved in acidic or basic conditions, being acidic conditions preferred. Protecting groups are well known in the art, see for example Greene, T. W. Protective Groups in Organic Synthesis, John Wiley and Sons, Inc. New York, 1991.

Alternatively, (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof may be obtained through a dynamic diastereoselective resolution of a racemate mixture of hexahydrofuro[2,3-b]furan-3-ol. In such a case, the racemate mixture is submitted to the action of certain enzymes such as porcine pancreatic lipase, candida cylindracea, pancreatin, and the like, in the presence of suitable solvents and reagents such as acetic anhydride, and vinyl acetate. This alternative route allows the in situ production of the desired (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol enantiomer, which can be conveniently activated in a one-pot procedure; the undesired stereoisomer is blocked or rendered inert.

Examples of coupling agents used in carbamoylation reactions are carbonates such as bis-(4-nitrophenyl)carbonate, disuccinimidyl carbonate (DSC), carbonyl diimidazole (CDI). Other coupling agents include chloroformates, such as p-nitrophenylchloroformate, phosgenes such as phosgene and triphosgene.

In particular, when the (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol is processed with disuccinimidyl carbonate, 1-([[(3R,3aS,6aR)hexahydrofuro[2,3-b]furan-3-yloxy]carbonyl]oxy)-2,5-pyrrolidinedione is obtained. Said compound is a preferred (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate.



16

For the activation of the (3R,3 aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and precursors thereof with a coupling agent it is recommended that the alcohol is present at a concentration between 1% and 20% (w/w), preferably at a concentration between 2% and 15% (w/w), more preferably at a concentration between 4% and 10% (w/w).

Reaction of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate with compound of formula (5) will be performed in the presence of suitable solvents, such as tetrahydrofuran, dimethylformamide, acetonitrile, dioxane, dichloromethane or chloroform, and optionally with bases, such as triethylamine although further cominations from the solvents and bases hereinabove disclosed are also embodied. Among the solvents, preferred solvents are aprotic solvents such as tetrahydrofuran, acetonitrile, dimethylformamide, ethyl acetate, and the like.

In one embodiment, during the coupling of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivate with compound of formula (5), said derivate is present at a concentration between 1% and 15% (w/w), preferably at a concentration between 5% and 12% (w/w), more preferably at a concentration between 8% and 12% (w/w).

Carbamoylation reaction is suitably carried out at a temperature between −70° and 40° C., preferably between −10° C. and 20° C.

The compound obtained from the coupling of (3R,3aS,6aR)-hexahydrofura[2,3-b]furan-3-yl derivate with compound of formula (5) is compound of formula (6). Compound of formula (6) will preferably be solvated with alcohols such as ethanol, methanol, being the ethanolate solvate form preferred. Solvation of compound of formula (6) is described in PCT/EP03/50176 (Tibotec N.V.), which is incorporated herein by reference.

(6)



In each of the preparations presented above, the reaction products, for instance compounds of formula (3), (3'), (4), (4'), (5) and the end product compound of formula (6) may be isolated from the reaction medium and, if necessary, further purified according to methodologies generally known in the art such as, for example, extraction, crystallization, distillation, trituration and chromatography.

For therapeutic use, the salts of the compounds according to the invention, are those wherein the counter-ion is pharmaceutically or physiologically acceptable. However, salts having a pharmaceutically unacceptable counterion may also find use, for example, in the preparation or purification of a pharmaceutically acceptable compound of the present invention. All salts, whether pharmaceutically acceptable or not are included within the ambit of the present invention.

The pharmaceutically acceptable salts of the compounds according to the invention, i.e. in the form of water-, oil-soluble, or dispersible products, include the conventional non-toxic salts or the quaternary ammonium salts which are

DEFs-JT(Daru) 041532
DTX-0013 (Page 11 of 16)

US 7,772,411 B2

17

formed, e.g., from inorganic or organic acids or bases. Examples of such acid addition salts include acetate, adipate, alginate, aspartate, benzoate, benzenesulfonate, bisulfate, butyrate, citrate, camphorate, camphorsulfonate, cyclopentanepropionate, digluconate, dodecylsulfate, ethanesulfonate, fumarate, glucoheptanoate, glycerophosphate, hemisulfate, heptanoate, hexanoate, hydrochloride, hydrobromide, hydroiodide, 2-hydroxyethanesulfonate, lactate, maleate, methanesulfonate, 2-naphthalenesulfonate, nicotinate, oxalate, phosphate, pamoate, pectinate, persulfate, 3-phenylpropionate, picrate, pivalate, propionate, succinate, tartrate, thiocyanate, tosylate, and undecanoate. Base salts include ammonium salts, alkali metal salts such as sodium and potassium salts, alkaline earth metal salts such as calcium and magnesium salts, salts with organic bases such as dicyclohexylamine salts, N-methyl-D-glucamine, and salts with amino acids such a sarginine, lysine, and so forth. Also, the basic nitrogen-containing groups may be quaternized with such agents as lower alkyl halides, such as methyl, ethyl, propyl, and butyl chloride, bromides and iodides; dialkyl sulfates like dimethyl, diethyl, dibutyl; and diamyl sulfates, long chain halides such as decyl, lauryl, myristyl and stearyl chlorides, bromides and iodides, aralkyl halides like benzyl and phenethylbromides and others. Other pharmaceutically acceptable salts include the sulfate salt ethanolate and sulfate salts.

The term "polymorphic form" refers to the property of compounds of formula (5) and (6) to exist in amorphous form, in polymorphic form, in crystalline form with distinct structures varying in crystal hardness, shape and size. The different crystalline forms can be detected by crystallographic techniques or indirectly by assessment of differences in physical and/or chemical properties associated with each particular polymorph. The different polymorphs vary in physical properties such as solubilty, dissolution, solid-state stability as well as processing behaviour in terms of powder flow and compaction during tableting.

The terms "pseudopolymorphic form" or "solvates" refer to aggregates that consists of molecules of compound of formula (6) and salts thereof, entrapped or complexed with solvent molecules, on a mol/mol basis and at various degrees of solvation.

The intermediates according to the invention may also exist in their tautomeric forms. Such forms, although not explicitly indicated in the compounds described herein, are intended to be included within the scope of the present invention.

Pure stereoisomeric forms of the compounds and intermediates as mentioned herein are defined as isomers substantially free of other enantiomeric or diastereomeric forms of the same basic molecular structure of said compounds or intermediates. In particular, the term "stereoisomerically pure" concerns compounds or intermediates having a stereoisomeric excess of at least 80% (i.e. minimum 90% of one isomer and maximum 10% of the other possible isomers) up to a stereoisomeric excess of 100% (i.e. 100% of one isomer and none of the other), more in particular, compounds or intermediates having a stereoisomeric excess of 90% up to 100%, even more in particular having a stereoisomeric excess of 94% up to 100% and most in particular having a stereoisomeric excess of 97% up to 100%. The terms "enantiomerically pure" and "diastereomerically pure" should be understood in a similar way, but then having regard to the enantiomeric excess, respectively the diastereomeric excess of the mixture in question.

Pure stereoisomeric forms of the compounds and intermediates of this invention may be obtained by the application of

18

art-known procedures. For instance, enantiomers may be separated from each other by the selective crystallization of their diastereomeric salts with optically active acids or bases. Examples thereof are tartaric acid, dibenzoyltartaric acid, ditoluoyltaric acid and camphosulfonic acid. Alternatively, enantiomers may be separated by chromatographic techniques using chiral stationary phases. Said pure stereochemically isomeric forms may also be derived from the corresponding pure stereochemically isomeric forms of the appropriate starting materials, provided that the reaction occurs stereospecifically. Preferably, if a specific stereoisomer is desired, said compound will be synthesized by stereospecific processes. These processes will advantageously employ enantiomerically pure starting materials.

The diastereomeric racemates of the compounds and intermediates of this invention can be obtained separately by conventional methods. Appropriate physical separation methods which may advantageously be employed are, for example, selective crystallization and chromatography, e. g. column chromatography.

It is clear to a person skilled in the art that the compounds and intermediates of this invention contain at least two asymmetric centers and thus may exist as different stereoisomeric forms. These asymmetric centers are indicated with an asterisk (*) in the figures below.



The absolute configuration of each asymmetric center that may be present in the compounds and intermediates of this invention may be indicated by the stereochemical descriptors R and S, this R and S notation corresponding to the rules described in Pure Appl. Chem. 1976, 45,11-30.

The present invention is also intended to include all isotopes of atoms occurring on the present compounds. Isotopes include those atoms having the same atomic number but different mass numbers. By way of general example and without limitation, isotopes of hydrogen include tritium and deuterium. Isotopes of carbon include C13 and C-14.

The reagents and solvents used throughout the specification may be replaced by functional alternatives or functional derivatives thereof as they are known to a person skilled in the art. Also the reaction conditions such as stirring time, purification and temperature may be adjusted to optimise reaction conditions. Similarly, the reaction products may be isolated

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041533
DTX-0013 (Page 12 of 16)

US 7,772,411 B2

19 20

from the medium and, if necessary, further purified according to methodologies generally known in the art such as, for example, extraction, crystallization, trituration and chromatography. A number of intermediates and starting materials used in the foregoing preparations are known compounds, while others may be prepared according to methods known in the art of preparing said or similar compounds.

The compounds of formula (5) and all intermediates leading to the formation of stereoisomerically pure compounds are of particular interest in preparing 4-amino-benzene sulfonamide compounds, as HIV protease inhibitors, as disclosed in WO 95/06030, WO 96/22287, WO 96/28418, WO 96/28463, WO 96/28464, WO 96/28465 WO 97/18205, and WO 02/092595 all incorporated herein by reference, and in particular, the HIV-protease inhibitor compound of formula (6), and any addition salt, polymorphic and/or pseudopolymorphic forms thereof.

Thus, the present invention also relates to HIV protease inhibitors such as compound of formula (6) and any pharmaceutically acceptable salt, polymorphic or pseudopolymorphic form thereof, obtained by using any intermediate as described herein, wherein both, intermediates and compound of formula (6), are prepared as described in the present invention.

Thus, the present invention also relates to HIV protease inhibitors such as compound of formula (6) and any pharmaceutically acceptable salt, polymorphic or pseudopolymorphic form thereof, obtained by using a compound of formula (5) as intermediate, wherein both compound of formula (5) and compound of formula (6) are prepared as described in the present invention.

The following examples are meant to illustrate the present invention. The examples are presented to exemplify the invention and are not to be considered as limiting the scope of the invention.

EXAMPLES

Example 1

Preparation of (1-Benzyl-2-hydroxy-3-isobutylamino-propyl)-carbamic acid tert-butyl ester

To 154.4 Kg isobutylamine, (1-Oxiranyl-2-phenyl-ethyl)-carbamic acid tert-butyl ester (53.3 Kg) was added, and then the solution was heated under reflux. Under reduced pressure, isobutylamine was removed from the reaction mixture, and then replaced by toluene.

Example 2

Preparation of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester

26.7 kg triethylamine were added to the prepared solution in Example 1, and the obtained solution was heated to 82-88° C. To the solution, a solution of 4-nitrobenzene-sulfonyl chloride (53 Kg) in toluene was gradually added and stirred. The obtained reaction mixture was washed with water.

The washed solution of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester was heated, then toluene and n-heptane were added. This solution was cooled and seeded with crystals of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester. After the deposition of crystals was observed, the solution was kept

stirring and then was slowly cooled to 20-30° C. The resulting crystals were filtered off and washed with a mixed solution composed of toluene and n-heptane to give the wet crystals of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester (yield 87-91%, based on (1-Oxiranyl-2-phenyl-ethyl)-carbamic acid tert-butyl ester).

Example 3

Preparation of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-amino-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester

The wet crystals of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester were suspended in ethanol (around 950 L), and then hydrogenated in the presence of 10 wt % palladium carbon at around 5-30° C. After the resulting reaction mixture was filtered to remove the palladium-carbon, the filtrate was concentrated under reduced pressure to give a solution of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-amino-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester in ethanol.

Example 4

Preparation of 4-Amino-N-(2R,3S)(3-amino-2-hydroxy-4-phenyl-butyl)-N-isobutyl-benzenesulfonamide

The solution of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-amino-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester obtained in Example 3 was heated for reflux, and then concentrated hydrochloric acid (35-37 kg) was added. The solution was stirred.

The obtained solution was then cooled to 40±3° C. followed by the addition of water. Adjustment of the pH of the solution to around 9.5 with aqueous solution of sodium hydroxide gave crystals 4-Amino-N-(3-amino-2-hydroxy-4-phenyl-butyl)-N-isobutyl-benzenesulfonamide. Additional water was added to this solution to adjust the concentration of 4-Amino-N-(3-amino-2-hydroxy-4-phenyl-butyl)-N-isobutyl-benzenesulfonamide to 5.5-5.8 wt %, and then this solution was cooled to 6±4° C. The resulting crystals were filtered off and washed with a mixed solution composed of water and ethanol and then washed with water. The resulting wet crystals were subjected to vacuum drying to give the product of (2R,3S)-N-(3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl-benzenesulfonamide. Yields were 75–85% based on (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester.

Example 5

Preparation of 4-Amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-(isobutyl)benzene sulfonamide

50,00 g of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester, which was prepared according to the procedures described in WO99/48885, WO01/12599, and WO01/46120; 2 mol % of ethanolamine and palladium on activated charcoal were suspended in methanol, rendered inert and evacuated. At an inside temperature of 22-30° C. about 3,0 eq of hydrogen were added at overpressure. Then the catalyst was removed by filtration. The colorless (to slightly yellowish) solution

DEFs-JT(Daru) 041534
DTX-0013 (Page 13 of 16)

US 7,772,411 B2

21

was treated with 21.70 g hydrochloric acid 37% and heated to reflux for 2 h. After complete conversion methanol was removed by distillation. The precipitation was performed in a mixture of the solvents MeOH/Water/IPA-mixture 1:8:6,5. At a temperature of 0-7° C., sodium hydroxide 30% was dosed until a pH value of pH>12.5 was reached. After 4 to 48 h the white precipitate was filtered and washed with water and isopropanol. The wet product was dried in vacuum at 65° C. The process yielded 36,94 g of a white to yellowish powder.

Example 6

Preparation of 4-Amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl)benzene sulfonamide

50,00 g of (1-Benzyl-2-hydroxy-3-[isobutyl-(4-nitro-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester, which was prepared according to the procedures described in WO99/48885, WO01/12599, and WO01/46120; and palladium on activated charcoal were suspended in ethanol, rendered inert and evacuated. At an inside temperature of 22-30° C. about 3,0 eq of hydrogen were added at overpressure. Then the catalyst was removed by filtration. After distillation of the alcohol (1-Benzyl-2-hydroxy-3-[isobutyl-(4-amino-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester remained as a colorless foam in a yield of 97%. (1-Benzyl-2-hydroxy-3-[isobutyl-(4-amino-benzenesulfonyl)-amino]-propyl)-carbamic acid tert-butyl ester was dissolved in methanol treated with 21.70 g hydrochloric acid 37% and heated to reflux for 2 h. After complete conversion most of the alcohol was removed by distillation. The hydrochloric salt of 4-Amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl)benzene sulfonamide was precipitated by removing most of the alcohol by distillation and adding dichloromethane to the 40° C. warm solution. By stirring and cooling to room temperature the hydrochloric salt precipitated immediately. The precipitation of 4-Amino-N-((2R, 3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-isobutyl)benzene sulfonamide was performed by dissolving the hydrochloric salt in a mixture of the solvents EtOH/water-mixture 1:1. At a temperature of 0-7° C., sodium hydroxide 30% was dosed until a pH value of pH>12.5 was reached. After 4 to 48 h the white precipitate was filtered and washed with water and dried in vacuum. The process yielded 33,78 g of a white to yellowish powder.

Example 7

Preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate ethanolate

100 mmol (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol in ethyl acetate were added onto 120 mmol of disuccimidyl-carbonate (95%) in acetonitrile. Following, a solution of 140 mmol triethylamine in ethylacetate was added and stirred. The mixture was cooled and treated with a suspension of 92 mmol of 4-Amino-N-((2R,3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-(isobutyl)benzene sulfonamide in ethyl acetate. 20 mmol methylamine, 41% aqueous solution in ethanol were added and the mixture was warmed. The reaction was washed twice with 10% Na₂CO₃-solution and with water. Solvent was evaporated and ethanol was added. Another portion of solvent was distilled off. The temperature was kept around 40-45° C. and crystallization was initiated by seeding. After stirring for another 90 min stirred, cooled and again stirred for 60 min. The precipitate was filtered and washed with ethanol. The wet product was

22

dried in vacuo at 40° C. 43.5 g of (3R,3aS,6aR)-hexahydro-furo[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl) amino]-1-benzyl-2-hydroxypropylcarbamate were suspended in ethanol abs. and dissolved. The clear solution was cooled and seeding was applied. Crystallization occurred while cooling the mixture. Stirring was continued for another 60 min, followed by cooling, stirring and filtering off the product, which was washed with cold ethanol abs. The wet product was dried in vacuo at 40° C. Yield: 42.1 g=71%.

Example 8

Preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate ethanolate

100 mmol (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol in ethyl acetate were added onto 105 mmol of bis-(4-nitro-phenyl)carbonate in acetonitrile. Following, a solution of 250 mmol triethylamine in ethylacetate was added and stirred. The mixture was treated with a suspension of 95 mmol of 4-Amino-N-(2R,3S)-3-amino-2-hydroxy-4-phenyl-butyl)-N-(isobutyl)benzene sulfonamide in ethyl acetate. 20 mmol methylamine, 41% aqueous solution in ethanol were added. The reaction was washed three times with 10% K₂CO₃-solution and with water. Solvent was evaporated and ethanol was added. Another portion of solvent was distilled off. The temperature was kept around 40-45° C. and crystallization was initiated by seeding. After stirring the mixture was cooled, stirred for another 90 min stirred, cooled and again stirred for 60 min. The precipitate was filtered and washed with ethanol. The wet product was dried in vacuo at 40° C. 43.5 g of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl) sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate were suspended in ethanol abs. and dissolved. The clear solution was cooled and seeding was applied. Crystallization occurred while cooling the mixture. Stirring was continued for another 60 min, followed by cooling, stirring and filtering off the product, which was washed with cold ethanol abs. The wet product was dried in vacuo at 40° C. Yield: 47.9 g=81%.

Example 9

Preparation of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl)sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate ethanolate

100 mmol (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol in acetonitrile were added onto 110 mmol of disuccimidyl-carbonate (95%) in acetonitrile. Following 300 mmol pyridine was added and stirred. The mixture was cooled and treated with a suspension of 95 mmol of 4-Amino-N-((2R, 3S)-3-amino-2-hydroxy-4-phenylbutyl)-N-(isobutyl)-benzene sulfonamide in acetonitrile, followed by 100 mmol of triethylamine. 20 mmol methylamine, 41% aqueous solution in water were added and the mixture was warmed. 80 g solvent were distilled off, MTBE was added and the reaction mixture was washed with 10% Na₂CO₃-solution, with a mixture of sodium sulfate in sulfuric acid and again with 10% Na₂CO₃-solution. Solvent was evaporated and ethanol was added. Another portion of solvent was distilled off. The temperature was kept around 40-45° C. and crystallization was initiated by seeding. After stirring the mixture was cooled, stirred for another 90 min stirred, cooled and again stirred for 60 min. The precipitate was filtered and washed with ethanol. The wet product was dried in vacuo at 40° C. 43.5 g of

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,772,411 B2

| 23 | 24 |

(3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl (1S,2R)-3-[[(4-aminophenyl) sulfonyl](isobutyl)amino]-1-benzyl-2-hydroxypropylcarbamate were suspended in ethanol abs. and dissolved. The clear solution was cooled and seeding was applied. Crystallization occurred while cooling the mixture. Stirring was continued for another 60 min, followed by cooling, stirring and filtering off the product, which was washed with cold ethanol abs. The wet product was dried in vacuo at 40° C. Yield: 48.1 g—81%.

The invention claimed is:

1. A process for preparing compound of formula (6),



or an addition salt, thereof; comprising:

(i) introducing an isobutylamino group in compound of formula (1)



wherein

PG represents an amino-protecting group;

R₁ is hydrogen or C₁₋₆alkyl;

(ii) introducing a p-nitrophenylsulfonyl group in the resultant compound of step (i);

(iii) reducing the nitro moiety of the resultant compound of step (ii);

(iv) deprotecting the resultant compound of step (iii); and

(v) coupling the resultant compound of step (iv) with a (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivative.

2. A process according to claim 1 for preparing compound of formula (6), comprising the steps of:

(i) introducing an isobutylamino group in compound of formula (1');



to obtain compound of formula (2');



(ii) introducing a p-nitrophenylsulfonyl group into compound of formula (2') to obtain compound of formula (3');



(iii) reducing the nitro moiety of compound of formula (3') to obtain compound of formula (4');



(iv) deprotecting compound of formula (4') to obtain compound of formula (5)



Copy provided by USPTO from the PIRS Image Database on 01/25/2013

US 7,772,411 B2

| 25 | 26 |

coupling compound of formula (5) with (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-yl derivative to obtain compound of formula (6).

3. A process according to claim 1 wherein step (i) is carried out in toluene.

4. A process according to claim 1 wherein step (ii) is carried out in toluene, ethylacetate, methylene chloride, dichloromethane, or tetrahydrofuran.

5. A process according to claim 1 wherein step (iii) is carried out in the presence of up to 10 mol % primary or secondary amine, with palladium on charcoal under a hydrogen atmosphere.

6. A process according to claim 1 wherein step (iv) is carried out in acidic or basic conditions.

7. A process according to claim 2 wherein compound of formula (5) is crystallized by dissolving in a solvent system, adjusting the pH to a value higher than 9 and keeping the concentration of compound of formula (5) in solution in a value between 4% and 15% (w/w).

8. A process according to claim 2 wherein compound of formula (5) is crystallized at a temperature between 0° C. and 10° C.

9. A process according to claim 7 wherein seed crystals of compound of formula (5) are added during crystallization.

10. A process according to claim 7 wherein the solvent system comprises one or more water-miscible solvents and water.

11. A process according to claim 7 wherein the solvent system comprises one or more water-immiscible solvents and water.

12. A process according to claim 10 wherein the solvent system is methanol, isopropanol, and water in a ratio 1:6.5:8 respectively.

13. A process according to claim 2 wherein (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol is reacted with bis-(4-nitrophenyl)carbonate before coupling to compound of formula (5).

14. A process according to claim 2 wherein (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol is reacted with disuccinimidyl carbonate before coupling to compound of formula (5).

15. A process according to claim 13 wherein the reaction of (3R,3aS,6aR)-hexahydrofuro[2,3-b]furan-3-ol and the carbonic acid derivative is activated by an (amine-) base.

16. A process according to claim 2 wherein step (i) is carried out in toluene.

17. The process according to claim 5 wherein the amine is ethanolamine.

18. The process according to claim 15 wherein the (amine-) base is triethylamine or pyridine.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 01/25/2013

DEFs-JT(Daru) 041537
DTX-0013 (Page 16 of 16)

# Exhibit 4

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 23, 2014

*By the Court:*

| | |
|---|---|
| Nos. 14-1822, 14-1888, 14-1899, 14-2006, 14-2012 and 14-2023 | ERIC O'KEEFE and WISCONSIN CLUB FOR GROWTH INCORPORATED,<br>Plaintiffs - Appellees<br><br>v.<br><br>JOHN T. CHISHOLM, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:14-cv-00139-RTR<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa | |

The following are before the court:

**1.  DEFENDANTS-APPELLANTS' JOINT MOTION FOR LEAVE TO FILE JOINT AND CONSOLIDATED APPELLATE BRIEFS**, filed on July 17, 2014, by counsel for the appellants.

**2.  PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO FILE JOINT AND CONSOLIDATED APPELLATE BRIEFS**, filed on July 17, 2014, by counsel for the appellees.

Nos. 14-1822, et al.                                                                          Page 2


3.  **DEFENDANTS-APPELLANTS' REPLY IN SUPPORT OF THEIR JOINT MOTION FOR LEAVE TO FILE JOINT AND CONSOLIDATED APPELLATE BRIEFS**, filed on July 17, 2014, by counsel for the appellants.

Appellants may file two joint consolidated opening briefs, one addressing the denial of their motions to dismiss and one addressing the order granting preliminary injunction. The brief addressing the motions to dismiss may contain up to 18,000 words and the brief addressing the preliminary injunction may contain up to 14,000 words. Appellants' request to file reply briefs that exceed the word limits is denied without prejudice to renewal after appellees file their brief or briefs.

The briefing order is amended as follows:

1.  The brief and required short appendix of the appellants are due by August 1, 2014.

2.  The brief of the appellees is due by September 2, 2014.

3.  The reply brief of the appellants, if any, is due by September 16, 2014.


Important Scheduling Notice !

   Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).


form name: **c7_Order_BTC**(form ID: **178**)

# Exhibit 5

528 Fed.Appx. 150
This case was not selected for
publication in the Federal Reporter.
Not for Publication in West's Federal Reporter.
See Fed. Rule of Appellate Procedure 32.1 generally
governing citation of judicial decisions issued
on or after Jan. 1, 2007. See also Third Circuit
LAR, App. I, IOP 5.7. (Find CTA3 App. I, IOP 5.7)
United States Court of Appeals,
Third Circuit.

Mary J. SCOTT, Appellant

v.

Faye Riva COHEN, Esquire; David Oh, Esquire;
Jeffrey D. Snyder, Esquire; Bruce M. Ludwig,
Esquire; Larry Pitt, Esquire; Howard G. Hopkirk,
Deputy Attorney General; Sue Ann Unger,
Senior Deputy Attorney General; Mary Kay
Henry, Services Employees International Union.

No. 12–3940.    |    Submitted Pursuant
to Third Circuit    LAR 34.1(a) March 14,
2013.    |    Opinion filed: June 13, 2013.

**Synopsis**
**Background:** After attorney obtained state court judgment against former client for unpaid legal fees and obtained writ of execution on judgment, client brought federal action alleging writ was falsely obtained against attorney, naming numerous defendants who were involved in the underlying workers' compensation claim process and resulting litigation including two deputy attorney generals who had represented the Department of Public Welfare and the president of a union. The United States District Court for the Eastern District of Pennsylvania, Jan E. Dubois, J., dismissed the complaint with prejudice, and client appealed.

**Holdings:** The Court of Appeals held that:

[1] federal court did not have jurisdiction over complaint asserting state law claims as no diversity existed;

[2] under Pennsylvania law, statute of limitations barred legal malpractice claims for conduct occurring from 2002 to 2003, but not sued upon until after writ of execution on judgment for unpaid legal fees issued in 2012; and

[3] client's general allegations did not state claim under § 1983 or associated state law theories.

Affirmed.

**\*151**  On Appeal from the United States District Court for the Eastern District of Pennsylvania, (D.C. Civil Action No. 12–cv–03252), District Judge: Honorable Jan E. Dubois.

**Attorneys and Law Firms**

Mary J. Scott, Philadelphia, PA, pro se.

Grace K. Flanagan, Esq., Zarwin, Baum, Devito, Kaplan, Schaer & Toddy, Linda M. Martin, Esq., Willig, Williams & Davidson, Phyllis D. Haskin, Esq., Larry Pitt & Associates, Barry N. Kramer, Esq., Claudia M. Tesoro, Esq., Office of Attorney General of Pennsylvania, Philadelphia, PA, Kevin L. Connors, Esq., Exton, PA, for Faye Riva Cohen, Esquire; David Oh, Esquire; Jeffrey D. Snyder, Esquire; Bruce M. Ludwig, Esquire; Larry Pitt, Esquire; Howard G. Hopkirk, Deputy Attorney General; Sue Ann Unger, Senior Deputy Attorney General; Mary Kay Henry, Services Employees International Union.

Faye R. Cohen, Esquire, Philadelphia, PA, pro se.

Before: SLOVITER, GREENAWAY, JR. and BARRY, Circuit Judges.

**OPINION**

PER CURIAM.

Pro se appellant Mary Scott filed a complaint in the District Court against her former counsel, Faye Riva Cohen. Scott had sustained a work-related injury in 1999. From 2002 to 2003, Cohen represented Scott in related unsuccessful employment litigation, including a worker's compensation claim before the Workers' Compensation Appeals Board. Cohen was also allegedly involved in Scott's federal suit against the Department of Public Welfare (DPW). [1]  In 2008, Cohen obtained a judgment in Pennsylvania state court against Scott for unpaid legal fees and, in May 2012, obtained a writ of execution on that judgment. The underlying complaint appears to allege, inter alia, that the writ was falsely obtained. In addition to Cohen, it names numerous

WestlawNext © 2015 Thomson Reuters. No claim to original U.S. Government Works.

defendants who were allegedly involved in various ways in the worker's compensation claim process or resulting litigation including, among others, two Deputy Attorney Generals who had represented the DPW and the president of the Service Employees International Union.

The District Court dismissed the complaint against each defendant with prejudice and Scott appealed. We have jurisdiction under 28 U.S.C. § 1291. We **152** exercise plenary review over the dismissal of Scott's claims. *See Ill. Nat'l Ins. Co. v. Wyndham Worldwide Operations, Inc.,* 653 F.3d 225, 230 (3d Cir.2011).

[1] [2] [3] Scott's complaint purports to allege various violations of her rights. As the District Court noted, the rambling, often incoherent complaint contains few discernible claims against the defendants. Although pro se pleadings are to be liberally construed, *see Haines v. Kerner,* 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972), they must state a "plausible claim for relief to survive[ ] a motion to dismiss." *Ashcroft v. Iqbal,* 556 U.S. 662, 679, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009). Scott's complaint presents a threshold problem of jurisdiction. Federal jurisdiction is determined from the facts as they exist when the complaint is filed. *See Nationwide Mut.Fire Ins. Co. v. T & D Cottage Auto Parts and Serv., Inc.,* 705 F.2d 685, 688 (3d Cir.1983). As best can be determined, the complaint sought $1 million dollars against each of the defendants for claims of legal malpractice and fraud. There appears to be no diversity jurisdiction to support these state law claims. [2] *See Zambelli Fireworks Mfg. Co. v. Wood.* 592 F.3d 412, 419 (3d Cir.2010). Moreover, even if jurisdiction did lie, as the District Court noted, it is clear that the claims are beyond the statute of limitations. Under Pennsylvania law, the statute of limitations for a legal malpractice claim is two years if the claim is grounded in negligence and four years if the claim is premised upon a breach of contract. *See Wachovia Bank, N.A. v. Ferretti,* 935 A.2d 565, 571 (Pa.Super.Ct.2007). The actions which would give rise to any conceivable malpractice claim occurred from 2002 to 2003 and are thus time-barred. Also, under

Pennsylvania law, claims for fraud are governed by a two-year statute of limitations. *United Nat'l Ins. Co. v. J.H. France Refractories Co.,* 542 Pa. 432, 668 A.2d 120, 121 (1995). Although the writ of execution appears to have prompted this litigation, it is Cohen's actions in 2008 in obtaining the underlying judgment that were allegedly fraudulent; such a claim would clearly be time-barred. The remaining defendants' involvement, if any, was clearly outside the statute of limitations.

[4] In her response to Cohen's motion to dismiss, Scott alleged several bases for her claims, including "violations of the First and Fourteenth Amendments, protected through 42 U.S.C. § 1983, and under state law, for breach of contract and tortious interference with contractual relations, and violating state and federal laws." Even if these theories of liability had been included in her complaint, the outcome would be no different. *See Thomason v. Nachtrieb,* 888 F.2d 1202, 1205 (7th Cir.1989) ("It is a basic principle that the complaint may not be amended by the briefs in opposition to a motion to dismiss."). As the District Court noted, there were no factual allegations to support any § 1983 violations by any of the defendants. The facts in the response were no more developed than the insufficient allegations in the complaint. Furthermore, Scott's conclusory statements were insufficient to enable a court to draw a reasonable inference that the defendants were indeed liable for any of the misconduct that she alleged. *See Iqbal,* 556 U.S. at 678, 129 S.Ct. 1937 (" 'naked assertions' devoid of 'further factual enhancement' " do not establish grounds for relief) (citation omitted). **153** Noting the frivolous nature of the claims, the District Court properly dismissed the complaint with prejudice. *See Grayson v. Mayview State Hosp.,* 293 F.3d 103, 108 (3d Cir.2002).

For the foregoing reasons, we will affirm the District Court's dismissal of the complaint. Appellees' Henry and Ludwig's motion for permission and acceptance to file separate briefs or, alternatively, to file one brief, and motions to supplement the appendix are granted.

---

Footnotes

1    The federal suit was dismissed with prejudice. *See Scott v. Pa. Dep't of Public Welfare,* (E.D.Pa.Civ. No. 02–3799). The docket indicates that Scott proceeded pro se, but she claims that Cohen filed the case and seeks relief against Cohen for the "unwarranted dismissal of [the] federal case."

2    Defendant Cohen asserts in her motion to dismiss that, like Scott, she is a resident of Pennsylvania.

**End of Document**

© 2015 Thomson Reuters. No claim to original U.S. Government Works.

# United States Court of Appeals
*for the*
# Federal Circuit

2014-1842, -1843

JANSSEN PRODUCTS, L.P. AND JANSSEN SCIENCES IRELAND UC,

*Plaintiffs-Appellees,*

v.

LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC.,
MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,

*Defendants-Appellants.*

Appeals from the United States District Court for the District of New Jersey in No. 2:10-cv-05954-WHW-CLW, Senior Judge William H. Walls.

## AFFIDAVIT OF COUNSEL FOR DEFENDANTS-APPELLANTS' MOTION FOR SEPARATE BRIEFS

Deanne M. Mazzochi
William A. Rakoczy
Amy D. Brody
Tara M. Raghavan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

Dated: January 23, 2015

*Attorneys for Defendants-Appellants Lupin Limited, Lupin Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., and Mylan Inc.*

I, Tara M. Raghavan, being duly sworn, state as follows:

1.    I am a partner in the law firm of Rakoczy Molino Mazzochi Siwik LLP ("RMMS"), and counsel of record for Defendants-Appellants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), and Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), (Lupin and Mylan are collectively referred to herein as "Defendants-Appellants").  I am a practicing attorney and member in good standing of the Bar of the State of Illinois.  I am admitted to practice before this Court.  I submit this Affidavit in support of Defendants-Appellants' Motion for Separate Briefs, filed contemporaneously herewith.

2.    I have personal knowledge of the facts stated in this Affidavit and am competent to testify to the same.

3.    Janssen[6], in its status as a licensee, and in conjunction with third-party patent owner G.D. Searle LLC (individuals at G.D. Searle first patented the darunavir molecule and disclosed its anti-HIV use), asserted against both Lupin and Mylan a series of patents directed to the basic darunavir molecule, including U.S. Patent Nos. 5,843,946 ("the '946 patent"); 6,248,775 ("the '775 patent"); RE

---

[6] "Janssen" as set forth herein refers to Tibotec Inc., Tibotec Pharmaceuticals Ltd., Tibotec Pharmaceuticals (f/k/a Tibotec Pharmaceuticals Ltd.), Janssen R&D Ireland (f/k/a Tibotec Pharmaceuticals), Janssen Sciences Ireland UC, and Janssen Products, L.P. or one of those entities in combination with one or more other of those entities.

42,889 ("the '889 patent"); and RE 43,596 ("the '596 patent") (collectively, "the Searle Patents"). *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 11-cv-4437[7] (D.N.J. Aug. 1, 2011), ECF No. 1; *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 12-cv-2840 (D.N.J. May 10, 2012), ECF No. 1; *Janssen Prods., L.P. et al. v. Teva Pharm. USA, Inc. et al.*, No. 12-cv-3569 (D.N.J. June 13, 2012), ECF No. 1; *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 12-cv-5358 (D.N.J. Aug. 24, 2012), ECF No. 1. The disputes concerning the Searle Patents have been fully and finally resolved as to Lupin and Mylan, respectively, and are no longer at issue in the case. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954, ECF Nos. 378 (Stipulation and Order of Dismissal – Mylan), 392 (Stipulation and Order of Dismissal – Lupin).

4.    The United States government and the Board of Trustees of the University of Illinois, as owners/licensees of U.S. Patent No. 7,470,506 ("the '506 patent"), directed to a darunavir method of use, also sued both Lupin and Mylan under the '506 patent. *United States et al. v. Mylan Pharm. Inc.*, No. 10-cv-5956 (D.N.J. Nov. 15, 2010), ECF No. 1. That dispute has been fully and finally resolved, and the '506 patent is no longer at issue in this case. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954, ECF Nos. 814 (Stipulation and Order of Dismissal – Lupin), 819 (Stipulation and Order of Dismissal – Mylan).

---

[7] Later consolidated with Lead Case No. 10-cv-5954. *See Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Sept. 15, 2011), ECF No. 71.

5.    Janssen initially asserted U.S. Patent No. 7,700,645 ("the '645 patent"), a polymorph patent, against both Lupin and Mylan. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Nov. 15, 2010), ECF No. 1. Janssen dismissed with prejudice all claims against Mylan under this patent pre-trial. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Mar. 25, 2014), ECF No. 799. Thus, during the district court trial, Janssen only asserted claim 4 of the '645 patent, and against Lupin only.

6.    Janssen later asserted U.S. Patent Nos. 7,126,015 ("the '015 patent") and 7,595,408 ("the '408 patent"), two process patents involving "bis-THF," against Lupin. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Jan. 18, 2013), ECF No. 267. Before trial, Janssen dismissed with prejudice all claims against Lupin under the '408 patent. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Mar. 18, 2013), ECF No. 790. By the time of trial, Janssen asserted only claim 1 of the '015 patent, and against Lupin only.

7.    Janssen also later asserted U.S. Patent No. 7,772,411 ("the '411 patent"), a process patent directed to an allegedly novel process for preparing darunavir molecule using certain ingredients, against Mylan. *Janssen Prods., L.P. et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Jan. 18, 2013), ECF No. 267. By the time of trial, the only claim Janssen asserted against Mylan was limited to

4

claim 13 of the '411 patent.  *Janssen Prods. L.P., et al. v. Lupin Ltd. et al.*, No. 10-cv-5954 (D.N.J. Mar. 18, 2013), ECF No. 790.

Dated this 23rd day of January, 2015.

I, Tara M. Raghavan, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States, that the foregoing Affidavit is true and correct.

  /s/  Tara M. Raghavan           

RAKOCZY MOLINO MAZZOCHI SIWIK LLP

6 West Hubbard Street, Suite 500

Chicago, Illinois 60654

Telephone: (312) 222-6340

Facsimile: (312) 222-6341

E-mail: traghavan@rmmslegal.com

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Appellants Lupin Limited and Lupin Pharmaceuticals, Inc. certify the following:

1.    The full name of every party represented by me is:

Lupin Limited and Lupin Pharmaceuticals, Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Lupin Limited and Lupin Pharmaceuticals, Inc.

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

Lupin Limited has no parent corporation.  Lupin Pharmaceuticals, Inc. is a wholly-owned subsidiary of Lupin Limited.  There is no publicly held company that owns 10% or more of the stock of Lupin Limited. There is no publicly held company that owns 10% or more of the stock of Lupin Pharmaceuticals, Inc.

4.    The names of all law firms and the partners or associates who have appeared for the party now represented by me in the trial court or are expected to appear in this Court are:

Deanne M. Mazzochi                  James E. Cecchi
William A. Rakoczy                  Melissa E. Flax
Paul J. Molino                      Michael Cross
Amy D. Brody                        Audra E. Petrolle*
Tara M. Raghavan                    CARELLA, BYRNE, CECCHI,
Theodore J. Chiacchio               OLSTEIN, BRODY & AGNELLO, P.C.
Luke T. Shannon                     5 Becker Farm Road
Matthew V. Anderson                 Roseland, New Jersey 07068
Cynthia H. Sun
Thomas R. Burns
Ryan M. Daniel*
RAKOCZY MOLINO MAZZOCHI

SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*No longer affiliated with the firm.

Dated:  January 23, 2015.              /s/ Tara M. Raghavan
                                       Tara M. Raghavan
                                       RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                       6 West Hubbard Street, Suite 500
                                       Chicago, Illinois 60654
                                       Telephone: (312) 222-6340
                                       Facsimile: (312) 222-6341
                                       E-mail: traghavan@rmmslegal.com

                                       *Counsel for Defendants-Appellants Lupin*
                                       *Limited and Lupin Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Appellants Mylan Pharmaceuticals Inc. and Mylan Inc. certify the following:

1.    The full name of every party represented by me is:

Mylan Pharmaceuticals Inc. and Mylan Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Mylan Pharmaceuticals Inc. and Mylan Inc.

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

Mylan Pharmaceuticals Inc. is a wholly-owned subsidiary of Mylan Inc.  The name of any publicly-held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Inc.  Mylan Inc. has no parent corporation, and no publicly-held corporation owns 10% or more of Mylan Inc.'s stock.

4.    The names of all law firms and the partners or associates who have appeared for the party now represented by me in the trial court or are expected to appear in this Court are:

| | |
|---|---|
| Deanne M. Mazzochi | James E. Cecchi |
| William A. Rakoczy | Melissa E. Flax |
| Paul J. Molino | Michael Cross |
| Amy D. Brody | Audra E. Petrolle* |
| Tara M. Raghavan | CARELLA, BYRNE, CECCHI, |
| Theodore J. Chiacchio | OLSTEIN, BRODY & AGNELLO, P.C. |
| Luke T. Shannon | 5 Becker Farm Road |
| Matthew V. Anderson | Roseland, New Jersey 07068 |
| Cynthia H. Sun | |
| Thomas R. Burns | |
| Ryan M. Daniel* | |
| RAKOCZY MOLINO MAZZOCHI | |
| SIWIK LLP | |

6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*No longer affiliated with the firm.


Dated: January 23, 2015.            /s/ Tara M. Raghavan
                                    Tara M. Raghavan
                                    RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                    6 West Hubbard Street, Suite 500
                                    Chicago, Illinois 60654
                                    Telephone: (312) 222-6340
                                    Facsimile: (312) 222-6341
                                    E-mail: traghavan@rmmslegal.com

                                    *Counsel for Defendants-Appellants*
                                    *Mylan Pharmaceuticals Inc. and Mylan Inc.*

## PROOF OF SERVICE

I, Tara M. Raghavan, an attorney, hereby certify that on this 23rd day of January, 2015, a true and correct copy of the foregoing **DEFENDANTS-APPELLANTS' MOTION FOR SEPARATE BRIEFS,** and the **AFFIDAVIT OF TARA M. RAGHAVAN IN SUPPORT THEREOF** was filed using the Court's CM/ECF filing system and served via Electronic Mail on the following counsel for Plaintiffs-Appellees:

Gregory L. Diskant
Eugene M. Gelernter
Irena Royzman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email: gldiskant@pbwt.com
Email: emgelernter@pbwt.com
Email: iroyzman@pbwt.com

/s/ Tara M. Raghavan
Tara M. Raghavan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: (312) 222-6340
Facsimile: (312) 222-6341
E-mail: traghavan@rmmslegal.com

*Counsel for Defendants-Appellants Lupin Limited, Lupin Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., and Mylan Inc.*